UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MICHELLE GEIGEL**

v.   CIVIL ACTION NO. 22-11437-DJC

**BOSTON POLICE DEPARTMENT**

### ORDER TO SHOW CAUSE

CASPER, D.J.

Deadline for filing opposition to defendant's motion to dismiss was April 24, 2023. Plaintiff has failed to file opposition by this deadline. Accordingly, plaintiff has until May 12, 2023 to show cause why this case should not be dismissed and file any opposition to the pending motion. Failure to do so may result in immediate dismissal of this case.

April 27, 2023

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk