UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHELLE GEIGEL, as administrator** ) <br> **of the estate of CRISTHIAN GEIGEL,** ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **BOSTON POLICE DEPARTMENT,** ) <br> **ISMAEL ALMEIDA, and** ) <br> **JOHN/JANE DOES NOS. 1–2** ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 1:22-CV-11437 |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO ORDER
TO SHOW CAUSE AND TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Now comes the undersigned counsel of record for the plaintiff and moves this Honorable Court to permit him to file the therein response to the Court's Order to Show Cause late. Counsel humbly asks this Court to find good cause due to excusable neglect to extend the time for the plaintiff file this response as well as the Plaintiff's Response to Defendant's Motion to Dismiss. In support of this request counsel relies on the attached affidavit. Fed. R. Civ. P. 6(b)(1)(B).

June 1, 2023                                          Respectfully submitted,

                                                             /s/ John Benzan
                                                      John Benzan BBO #555874
                                                      Law Office of John Benzan
                                                      P.O. Box 620667
                                                      Newton Lower Falls, Massachusetts 02462
                                                      Tel.: (617) 733-7723
                                                      johnbenzan@msn.com

<u>Certificate of Service</u>

I, John Benzan hereby certify that on June 1, 2023, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

                                                    <u>/s/ John Benzan</u>
                                                    John Benzan