UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHELLE GEIGEL, as administrator** ) <br> **of the estate of CRISTHIAN GEIGEL,** ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **BOSTON POLICE DEPARTMENT,** ) <br> **ISMAEL ALMEIDA, and** ) <br> **JOHN/JANE DOES NOS. 1–2** ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 1:22-CV-11437 |

### ATTORNEY JOHN BENZAN'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO ORDER TO SHOW CAUSE AND TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

I, John Benzan, do state and aver the following under the pains and penalty of perjury:

1. I am counsel of record for the plaintiff;

2. I underwent full hip replacement surgery on February 23, 2023 by Dr. James Nairus at New England Baptist Hospital;

3. It was the second major surgery in 24 months for me and my recovery and my return to work was longer than expected. I had cancer related surgery in February, 2021.

4. I am asking the Court to find my neglect to file a Response to the Defendant's Motion to Dismiss as excusable due to my medical condition.

5. I am a sole practitioner and do not have another lawyer to cover my practice when I am out due to illness or a medical reason.

June 1, 2023                                              Respectfully submitted,

                                                          _____/s/ John Benzan_____
                                                          John Benzan BBO #555874
                                                          Law Office of John Benzan
                                                          P.O. Box 620667
                                                          Newton Lower Falls, Massachusetts 02462
                                                          Tel.: (617) 733-7723
                                                          johnbenzan@msn.com