UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE GEIGEL, as administrator ) <br> of the estate of CRISTHIAN GEIGEL, ) <br> Plaintiff, ) <br> v. ) <br>  ) <br> BOSTON POLICE DEPARTMENT, ) <br> ISMAEL ALMEIDA, and ) <br> JOHN/JANE DOES NOS. 1–2 ) <br> Defendant. ) <br>  ) | CIVIL ACTION NO. 1:22-CV-11437 |

### ASSENTED TO MOTION TO CONTINUE

Now comes counsel for the plaintiff and respectfully moves this Honorable Court to continue the hearing scheduled on the above-referenced matter for July 25, 2023. Counsel is requesting the Court to re-schedule the hearing to July 27, 2023 at 12:00PM.  As reasons for said request, counsel states that he is scheduled to be before the Honorable LaPlante in the New Hampshire district on July 25, 2023.  (U.S. v. Evangelista Soto Docket No. 1:23-cr-00009). Opposing counsel has assented to this request.

Respectfully submitted,

_____/s/ John Benzan____
John Benzan BBO #555874
Law Office of John Benzan
P.O. Box 620667
Newton Lower Falls, MA 02462
Tel.: (617) 733-7723

1

```
July 7, 2023                                          johnbenzan@msn.com
```

CERTIFICATE OF SERVICE

I, John Benzan, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 7, 2023.

/s/ John Benzan.
John Benzan