**Pay.gov Payment Confirmation: MASSACHUSETTS DISTRICT COURT**

do_not_reply@psc.uscourts.gov
Wed 9/7/2022 9:45 PM

To:johnbenzan@msn.com <johnbenzan@msn.com>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Kerri Garbus at 617-748-9136.

    Account Number: 6280558
    Court: MASSACHUSETTS DISTRICT COURT
    Amount: $402.00
    Tracking Id: AMADC-9486198
    Approval Code: 104154
    Card Number: *************5995
    Date/Time: 09/07/2022 09:45:29 ET


NOTE: This is an automated message. Please do not reply