# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## Boston Police Department
## Arrest Booking Form

**Report Date:** 05/28/2019 12:43
**Booking Status:** Verified
**Printed By:** LYNCH, Jeffrey

**District:** 04  **UCR Code:** 3125
**OBTN:** TBOS190080604
**Court of Appearance:** Roxbury District Court
**Master Name:** GEIGEL, Christian
**Age:** 39
**Location of Arrest:** 1341 Boylston St, Boston

**Booking Name:** GEIGEL, Christhian
**Alias:**
**Address:** Homeless, BOSTON MA US




### Charges:
Fugitive From Justice (276-20B)

---

**Booking #:** 19-00806-04
**Booking Date:** 05/26/2019 14:11
**Incident #:** 192039379
**Arrest Date:** 05/26/2019 13:30
**CR Number:** 004703-97
**RA Number:**

| | | |
|---|---|---|
| **Sex:** Male | **Height:** 5'10 | **Occupation:** Unemployed |
| **Race:** White Hispanic | **Weight:** 170 lbs | **Employer/School:** |
| **Date of Birth:** [REDACTED] | **Build:** Medium | **Emp/School Addr:** MA US |
| **Place of Birth:** SAN JUAN PR | **Eyes Color:** Brown | **Social Sec. Number** [REDACTED] |
| **Marital Status:** Single | **Hair Color:** Black | **Operators License:** |
| **Mother's Name:** MARINO, Marai | **Complexion:** Medium | **State:** MA |
| **Father's Name:** GEIGEL, Raymond | | |

**Phone Used:** No
**Examined at Hospital:** No
**Breathalyzer Used:** No
**Examined by EMS:** No

**Scars/Marks/Tattoos:** Tattoos / Symbols / Upper Right Arm
**Clothing Desc:** black jeans, red sneakers, blue t-shirt, red sweatshirt

| | | | | |
|---|---|---|---|---|
| **Arresting Officer:** | BPD | 148310 | VERDERICO, James | **Cell Number:** 16 |
| **Booking Officer:** | BPD | 89182 | MACLEAN, Brian | **Partner's #:** 116906 |
| **Informed of Rights:** | BPD | 116906 | KULESZA, Matthew | **Unit #:** D431D |
| **Placed in Cell By:** | BPD | 89182 | MACLEAN, Brian | **Trans Unit #:** D101D |
| **Searched By:** | BPD | 148310 | VERDERICO, James | |

**Cautions:**

**Booking Comments:** BOP and Q5 completed. Q5 negative

**Visible Injuries:** none

### JUVENILE INFORMATION
**Person Notified:**     **Relationship:**     **Phone:**
**Address:**     **Juv. Prob. Officer:**
**Notified By:**     **Notified Date/Time:**

**Bail Set By:**     I Selected the Bail Comm.
**Bailed By:**
**Amount:**

*Signature of Prisoner*

| | | | |
|---|---|---|---|
| **BOP Check:** | BPD | 89182 | MACLEAN, Brian |
| **Suicide Check:** | | | |
| **BOP Warrant:** | | | |
| **BOP Court:** | | | |

*Signature of Duty Su[REDACTED]*