# District-4, Day Tour

| Day & Date: | Saturday, May 25, 2019 | Squad Off: | 5 |
|---|---|---|---|

| | | VEH # |
|---|---|---|
| **Captain (DC01)** | | |
| **Duty Supervisor** | Sgt. Hogardt    D908 | |
| **Patrol Supervisor** | Sgt. DeLeo      D912 | 3519 |

| South End East Neighborhood Beat | | |
|---|---|---|
| **Sergeant** | | |
| **Detective** | *D823 Wallace* | |
| **D101D (South End East)** | Dick / Devito,J  **RIFLE** | 9522 |
| **D411D (South End East)** | McCarthy,Da  **RIFLE** | 7538 |
| **D415D (South End East)** | | |
| **D417D (South End East)** | | |
| **D613D (Lower Roxbury)** | | |

| S. End West / Lower Rox. Neighborhood Beat | | |
|---|---|---|
| **Sergeant** | | |
| **Detective** | *D824 Bagas* | |
| **D421D (Lower Roxbury)** | Mathewson | 7537 |
| **D425D (Lower Roxbury)** | (OT) Killion | 7539 |
| **D427D (South End West)** | | |
| **D621D (Mass and Albany)** | | |
| **D623D (Mass and Albany)** | | |

| Back Bay Neighborhood Patrol Beat | | |
|---|---|---|
| **Detective** | *D803 McCarthy* | |
| **D103D (Back Bay)** | (OT) De. McCarthy / (OT) Kulesza | 7540 |
| **D431D (Back Bay)** | (OT) Donlon | 9526 |
| **D435D (Back Bay)** | | |
| **D631D (Copley/Boylston)** | | |
| **D633D (Copley/Boylston)** | | |
| **D635D (Upper Newbury)** | | |
| **D637D (Newbury)** | | |

| Fenway Neighborhood Patrol Beat | | |
|---|---|---|
| **Sergeant** | | |
| **Detective** | *D841 Ryan* | |
| **D105D (Kenmore Sq.)** | | |
| **D441D (East Fenway)** | (OT) DaSilva | 9525 |
| **D445D (West Fenway)** | | |
| **D447D (West Fenway)** | | |
| **D639D (Mass / Huntington)** | | |
| **D642D (Fenway Area)** | | |

| District Wide Units | | |
|---|---|---|
| **D201D (Wagon)** | Carr / Chiola | |
| **DK01D (Anti-Crime)** | Tobin / (OT) Lenane | 7515 |
| **DT55D (Traffic Enforcement)** | Papasso | 7535 |
| **DG01D (Memorial Day GC)** | (OT) Butler / (OT) Bardol | 12-1600 |
| **DG02D (Memorial Day GC)** | (OT) Pankievich / (OT) Verderico | 12-1600 |

| Courts |
|---|
| **BMC** |
| **Roxbury** |
| **Juvenile** |

| CSO Personnel |
|---|
| **Supervisor** |
| **DD04  C.S.O.** |
| **DD05  C.S.O.** |
| **DD07 C.S.O.** |

| RECAP | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| SERVICE UNITS | 6 | CLERKS | 1 |
| MOTORCYCLES | 0 | CSO/SGT | 0 |
| BICYCLES | 0 | CSO/PO | 0 |
| FOOT PATROL | 0 | LT/DET | 0 |
| ANTI-CRIME | 1 | SGT/DET | 1 |
| CAPTAINS | 0 | DETECTIVES | 4 |
| COMMUNITY POLICING: | **ALL UNITS AT DISTRICT - 4** | | |
| (D/S MUST DO RECAP & FAX BATS TO BFS) | | | |

| E.D.T. | | |
|---|---|---|
| D912 | Sergeant DeLeo | D912 |
| D103D | Officer McCarthy | D103D |
| D103D | Officer Kulesza | D103D |
| D103D | Officer Mathewson | D421D |

| Detectives |
|---|
| **DA81D Lt. Det.** |
| **D981D Sgt. Det.**    Power |
| **Detective FJC / DVU** |

| Administrative Sworn | |
|---|---|
| **Chief Clerk** | Ivens |
| **Clerk L/D** | |
| **Clerk** | (OT) Gately |
| **Booking Officer** | MacLean |
| **Autos** | |
| **Evidence Clerk** | |
| **Clerk L/D** | |
| **L/D** | |

| Detail Room | |
|---|---|
| **Detail Clerk** | B. Lydon |
| **Detail Clerk** | Doherty |

| Civilian Personnel |
|---|
| **Capt.'s Clerk** |
| **Front Desk** |
| **CSO** |
| **Detectives** |

| Assignments | |
|---|---|
| **Code 19's** | |
| **Harrison Av / Worcester Sq** | |
| 0730-1000 | D101D |
| **Lenox** | |
| 1200-1400 | D103D |
| 1400-1600 | D201D |
| **Villa** | |
| 1200-1400 | DG01D |
| 1400-1600 | DG02D |
| D691/D693/D695 Do not Count towards Minimum Manning | |

Minimum Manning: 14 Officers outside and 2 Officers inside.

---

## District-4, Day Tour                                              *Page 2.*

| Day & Date: | Saturday, May 25, 2019 | Squads Off: | 5 |
|---|---|---|---|

| Comp Day Off: | Comp Day Off (Civilian) |
|---|---|
| Vilvalex - WO | |

OPERATION CROSSWALK TUES. and THURS.

B. O'Donnell - WO
M. Ryan - WO

| Vacation: | Vacation (Civilian) |
|---|---|
| Harlow | |
| Flynn | |

| Sick/Injured: | Sick Civilian |
|---|---|
| Litto | |
| McNabb | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| | |

| Range  (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| Detailed Out |
|---|
| Walton - Run to Remember |
| Gill - WI Run to Remember |

| Admin Regular Scheduled Day Off | |
|---|---|
| Captain Sweeney | Lt. Ryan |
| Lt. Det. Hopkins | Lt. Hill |
| Sgt. Freeman | Nagle |
| Det. Keeley | |
| Evans | Travers |
| Cadet Watty-Niles | Slyne |

| Grant Funded O.T. Patrols |
|---|
| Supervisor |
| P.O. |
| P.O. |
| P.O. |
| P.O. |
| P.O. |

| Regular Scheduled Day Off Personnel | |
|---|---|
| Sgt. Buckley | Det. Lundbohm |
| | Det. Haley |

| Summons |
|---|
| |

| DiPerri | Lynch |
|---|---|
| Green | McDonagh |
| Hansford | O'Connor |
| Kearney | O'Donnell,T-MIS |
| Lucas | Verderico |

| Swaps |
|---|
| |

| Additonal Notes, Comments & Assignments |
|---|
| |

OPERATION CROSSWALK TUES. and THURS.

# District-4, Day Tour

| Day & Date: | Sunday, May 26, 2019 | Squad Off: | 1 |
|---|---|---|---|

| | | VEH # | (D/S MUST DO RECAP & FAX BATS TO BFS) | | | |
|---|---|---|---|---|---|---|
| Captain (DC01) | | | RAPID RESPONSE | 3 | DESK SUPERVISOR | 1 |
| Duty Supervisor | Sgt. Buckley | D907 | WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| Patrol Supervisor | Sgt. Deleo | D912 | SERVICE UNITS | 8 | CLERKS | 5 |
| **South End East Neighborhood Beat** | | | MOTORCYCLES | 0 | CSO/SGT | 0 |
| Sergeant | | | BICYCLES | 0 | CSO/PO | 0 |
| Detective | D824 Bagas | | FOOT PATROL | 0 | LT/DET | 0 |
| D101D (South End East) | Dick / Devito | | ANTI-CRIME | 0 | SGT/DET | 0 |
| D411D (South End East) | Kearney | | CAPTAINS | 0 | DETECTIVES | 4 |
| D415D (South End East) | (OT) Coppinger | | **COMMUNITY POLICING: ALL UNITS AT DISTRICT - 4** | | | |
| D417D (South End East) | | | **E.D.T.** | | | |
| D611D (South End) | | | Supervisor | Sgt. Deleo | | D912 |
| D613D (Lower Roxbury) | | | PO | Bardol | | D103D |
| **S. End West / Lower Rox. Neighborhood Beat** | | | PO | Zarnoch | | D103D |
| Sergeant | | | PO | Donlon | | D441D |
| Detective | D823 Wallace | | **Detectives** | | | |
| | | | DA81D Lt. Det. | | | |
| D421D (Lower Roxbury) | McCarthy,Da | | D981D Sgt. Det. | | | |
| D425D (Lenox Street Area) | (OT) DaSilva | Road Race | Clerk | | | |
| D427D (Lower Roxbury) | | | **Administrative Sworn** | | | |
| | | | L/D Clerk | | | |
| | | | Chief Clerk | Travers | | |
| D621D (Mass and Albany) | | | Chief Clerk | | | |
| D623D (Mass and Albany) | | | Clerk | Lynch | | |
| **Back Bay Neighborhood Patrol Beat** | | | Booking Officer | MacLean | | |
| Sergeant | | | Autos | Nagle | | |
| Detective | D825 Lundbohm | | Evidence Clerk | | | |
| D103D (Back Bay) | (OT) Bardol /(OT) Zarnoch | | **Detail Room** | | | |
| D431D (Back Bay) | Verderico | | Detail Clerk | | | |
| D435D (Back Bay) | | | Detail Clerk | Doherty | | |
| | | | **Civilian Personnel** | | | |
| D631D (Pru / Boylston) | | | Captain's Clerk | | | |
| D633D (Newbury/Boylston) | | | Civilian Clerk | | | |
| D635D (Upper Newbury ) | | | Front Desk | | | |
| D637D (Lower Newbury ) | | | CSO | | | |
| D639D (Boylston/Copley) | | | Detectives | | | |
| | | | **Assignments** | | | |
| **Fenway Neighborhood Patrol Beat** | | | **Code 19's** | | | |
| Sergeant | | | Harrison/Worcester Sq | | | |
| Detective | | | 7:30AM - 9:00AM (D101D) | | | |
| D105D (Kenmore Sq.) | (OT) Russell /(OT) Lenane | | | | | |
| D441D (East Fenway) | (OT) Donlon | | Code 19's Lenox St | | | |
| D445D (East Fenway) | | | 12-2pm (D105D & D499D) | | | |
| D447D (West Fenway) | | | 2-4pm (D103D) | | | |
| D641D (Mass / Huntington) | | | | | | |
| D693 | | | | | | |
| **District Wide Units** | | | | | | |
| D201D ( Wagon) | Carr / Chiola | | | | | |
| Anti-Crime Supervisor | | | | | | |
| DK01D (Anti-Crime) | | | | | | |
| D499D ( District Wide) | (OT) Kulesza | 1200-1600 | | | | |
| DG01D (Memorial Day GC) | (OT) Parlon / (OT) Simpson | 1200-1600 | Villa Code 19 (DG01D) | | | |
| | | | | | | |
| DT55D | Lucas | | | | | |
| **Courts** | | | | | | |
| BMC | | | | | | |
| Roxbury | | | | | | |
| Juvenile | | | | | | |
| **CSO Personnel** | | | | | | |
| Supervisor | | | | | | |
| DD03 C.S.O. | | | **Minimum Manning Requirements** | | | |
| DD04 C.S.O. | | | 15 Patrol Officers,One Booking & One Clerk | | | |
| DD05 C.S.O. | | | **Green does not count towards minimum manning** | | | |
| DD07 C.S.O. | | | " * " indicates that the person was sick their previous tour of duty. | | | |

| District Four, Day Tour | | Page 2. | |
|---|---|---|---|
| Day & Date: | Sunday, May 26, 2019 | Squads Off: | 1 |
| **Comp Day Off:** | | **Comp Day Off (Civilian)** | |

OPERATION CROSSWALK TUES. and THURS.

Ivens - PL

| Vacation: | | Vacation (Civilian) |
|---|---|---|
| McDonagh | Det. Haley | |
| Hansford | | |
| DiPerri | | |
| O'Connor | | |

| Sick / Injured: | Sick Civilian |
|---|---|
| Green - FMLA | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| O'Donnell,T | |

| Range  (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| Admin Regular ScheduledDay Off | | Detailed Out / Special Assignments |
|---|---|---|
| Captain Sweeney | Lt. Ryan | Gill - WI Run to Remember |
| Lt. Det. Hopkins | Lt. Hill | |
| Det. Keeley | Litto | |
| Evans | Slyne | |
| McNabb | B. O'Donnell   Sgt. Power | Grant Funded O.T. Patrols |

| Regular Scheduled Day Off Personnel | | |
|---|---|---|
| Sgt. Hogardt | Det. Ryan | Supervisor |
| | Det. McCarthy | P.O. |
| | | P.O. |
| | | P.O. |
| | | Summons |
| Flynn | Papasso | |
| Harlow | Tobin | Swaps |
| Lydon, B | Vivalex | |
| Mathewson | Walton | |

**Additonal Notes, Comments & Assignments**

OPERATION CROSSWALK TUES. and THURS.

# District-4, Day Tour

| Day & Date: | Monday, May 27, 2019 | Squad Off: | 1 |
|---|---|---|---|

OPERATION CROSSWALK EVERY TUESDAY & THURSDAY

| | | VEH # | (D/S MUST DO RECAP & FAX BATS TO BFS) | | | |
|---|---|---|---|---|---|---|
| **Captain (DC01)** | **Captain Sweeney** | | RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| | | | WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| **Duty Supervisor** | **Sergeant DeLeo** | | SERVICE UNITS | 6 | CLERKS | 1 |
| **South End East Neighborhood Beat** | | | MOTORCYCLES | 0 | CSO/SGT | 0 |
| | | | BICYCLES | 0 | CSO/PO | 1 |
| **Detective** | *D823 Wallace* | | FOOT PATROL | 1 | LT/DET | 0 |
| **D101D (South End East)** | (OT) S. O'Brien / Verderico | 7537 | ANTI-CRIME | 1 | SGT/DET | 0 |
| **D411D (South End East)** | **Kearney** | 7536 | CAPTAINS | 1 | DETECTIVES | 3 |

**COMMUNITY POLICING: ALL UNITS AT DISTRICT - 4**

### E.D.T.
- D907  Sergeant Buckley
- D101D  Officer S. O'Brien
- D103D  Officer Verderico
- D431D  Officer King

### Detectives
- DA81D Lt. Det.
- D981D Sgt. Det.
- Clerk

**S. End West / Lower Rox. Neighborhood Beat**

| **Detective** | *D843 Keeley* | |
|---|---|---|
| **D421D (Lower Roxbury)** | McCarthy, Da.  **RIFLE** | 7538 |
| | | 7540 |

### Administrative Sworn
- L/D Clerk
- **Chief Clerk**  Travers
- Captain's Clerk
- **Clerk**  Lynch
- **Booking Officer**  MacLean
- **Autos**  DD11  Nagle
- Evidence Clerk

### Detail Room
- Detail Clerk  McDonagh
- Detail Clerk  Donovan- WI

### Civilian Personnel
- Captain's Clerk
- **Community Service**  Blas
- Cadet
- CSO Clerk
- **Detective's Clerk**  Williams

**Back Bay Neighborhood Patrol Beat**

| **Sergeant** | **Sergeant Buckley**  D907 | 3519 |
|---|---|---|
| **Detective** | *D825 Lundbohm* | |
| **D103D (Back Bay)** | (OT) Francis / (OT) Pagan | 9526 |
| **D431D (Back Bay)** | (OT) King  **RIFLE** | 9522 |
| **D633D (Newbury / Boylston)** | (OT) Simpson | 9524 |

### CD19 Assignments

**Harrison Av / Worcester Sq**
| 0730-1000 | DK01D |
|---|---|

**Lenox**
| 1200-1400 | D101D |
|---|---|
| 1400-1600 | D103D |

**780 Albany Street**
| 0830-0930 | D431D |
|---|---|
| 1230-1330 | D441D |

**Villa**
| 1200-1400 | DG01D |
|---|---|
| 1400-1600 | DG02D |

**Fenway Neighborhood Patrol Beat**

| **Detective** | *D824 Bagas* | |
|---|---|---|
| **D441D (East Fenway)** | (OT) Sparrow | 9525 |

### Rifle Cars
D421D & D431D

**District Wide Units**

| **D201D (Wagon)** | (OT) Zarnoch / (OT) McCabe | 7609 |
|---|---|---|
| **DK01D (Anti-Crime)** | Dick / Devito | 7515 |
| **DG01D (1200-1600)** | (OT)Kulesza/(OT)Abasciano | 7539 |
| **DG02D (1200-1600)** | (OT)Lonergan/(OT)Cavanaugh | 5532 |
| **D499D** | (OT) L. Wright | 7540 |
| **DT55D** | Lucas | 7535 |

### Courts
| **BMC** | Russell / Vinson |
|---|---|
| **Roxbury** | Doyle |
| **Juvenile** | |

### CSO Personnel
- Supervisor
- DD03  C.S.O.
- DD04  C.S.O.
- DD05  C.S.O.
- DD07  C.S.O.  Slyne

### Minimum Manning Requirements
15 Patrol Officers, One Booking & One Clerk
D635D does not count towards minimum mannning

**District Four, Day Tour**                                           **Page 2.**

| Day & Date: | | Squads Off: | 1 |
|---|---|---|---|

| Comp Day Off: | | Comp Day Off (Civilian) |
|---|---|---|
| Ivens - PL,   Doherty- WO | Lt. Det. Hopkins- E | |
| Carr- PL | Lt. Ryan- E | |
| Chiola- PL | Lt. Hill- E | |
| Evans- E | Sgt. Freeman- E | |

| Vacation: | | Vacation (Civilian) |
|---|---|---|
| Hansford | Haley | |
| DiPerri | | |
| O'Connor | | |

| Sick / Injured: | Sick Civilian |
|---|---|
| Green - FMLA | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| O'Donnell,T-inj | |

| Range  (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| Admin Regular ScheduledDay Off | | Detailed Out / Special Assignments |
|---|---|---|
| McNabb | Sgt. Det. Power | |
| Litto | | |
| B. O'Donnell | | |

| Regular Scheduled Day Off Personnel | | Grant Funded O.T. Patrols |
|---|---|---|
| Sgt. Hogardt | Det. Ryan | Supervisor |
| | Det. McCarthy,T. | P.O. |
| | | P.O. |
| | | P.O. |

| | | Summons |
|---|---|---|

| Flynn | Papasso | Swaps |
|---|---|---|
| Harlow | Tobin | |
| Lydon, B | Vilvalex | |
| Mathewson | Walton | |

| Additonal Notes, Comments & Assignments |
|---|
| |

# District-4, Day Tour

| Day & Date: | Tuesday, May 28, 2019 | Squad Off: 3 |
|---|---|---|

| In-Charge | | VEH # |
|---|---|---|
| Captain (DC01) | Captain Sweeney | |
| Duty Supervisor | Lieutenant Hill | DA04 |

### South End East Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | Sgt. Hogardt | D908 |
| Detective | D825 Lundbohm | |
| D101D (South End East) | Flynn / (OT) Katikakis | 7539 |
| D411D (South End East) | Kearney | 7536 |
| D415D (South End East) | (OT) O'Connor | |
| D611D (South End) | | |
| D613D (South End) | | |

### S. End West / Lower Rox. Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | D803 McCarthy | |
| D421D (South End) | (OT) Forde | 7540 |
| D425D (Lenox St Area) | Harlow **RIFLE** | 9522 |
| D427D (South End West) | | |
| D621D (Mass and Cass) | | |
| D622D (Tremont St) | | |

### Back Bay Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | Sergeant Buckley | D907 |
| Detective | D843 Keeley / Fancelli WI | |
| D103D (Back Bay) | (OT) Francis / (OT) Pagan | 9526 |
| D431D (Back Bay) | (OT) Shoulla | 7541 |
| D435D (Back Bay) | (OT) Herrera-Brea | 9525 |
| **D630D (Pru/Boylston)** | | |
| **D631D (Copley/Boylston)** | | |
| **D633D (Copley Sq.)** | | |
| **D634D (Newbury)** | | |
| **D635D (Newbury)** | | |
| **D636D (Newbury)** | | |
| **D637D ( Newbury)** | | |

### Fenway Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | D841 Ryan | |
| D105D (Kenmore Sq.) | | |
| D441D (East Fenway) | (OT) Patterson | |
| D445D (East Fenway) | Lucas | 9523 |
| D447D (West Fenway) | | |
| D639D (Mass/Huntington) | | |

### District Wide Units

| | | |
|---|---|---|
| D201D (Wagon) | Verderico / (OT) Butcher | 7609 |
| D203D (Wagon) | | |
| Anti-Crime Supervisor | | |
| DK01D (Anti-Crime) | Tobin / Mathewson | 7515 |
| DK03D (Anti-Crime) | | |
| DT55D (Traffic Enf.) | Papasso | 7535 |

### Courts

| | |
|---|---|
| BMC | Russell / Vinson |
| Roxbury | Walton |

### CSO Personnel

| | | |
|---|---|---|
| D905  Supervisor | Sergeant Freeman | |
| DD04  C.S.O. | Litto | |
| DD05  C.S.O. | Evans | |
| DD07  C.S.O. | Slyne | |

### RECAP

| | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 2 |
| SERVICE UNITS | 9 | CLERKS | 2 |
| MOTOR CYCLES | 0 | CSO/SGT | 1 |
| BICYCLES | 0 | CSO/PO | 3 |
| FOOT PATROL | 0 | LT/DET | 1 |
| ANTI-CRIME | 1 | SGT/DET | 1 |
| CAPTAINS | 1 | DETECTIVES | 5 |

COMMUNITY POLICING: ALL UNITS AT DISTRICT - 4

(D/S MUST DO RECAP & FAX BATS TO BFS)

### E.D.T.

| | |
|---|---|
| Supervisor | D14 Sgt. |
| PO | Flynn   D101D |
| PO | Katikakis   D101D |
| PO | Lucas   D445D |

### Detectives

| | |
|---|---|
| DA81D Lt. Det. | Hopkins |
| D981D Sgt. Det. | Power |
| Clerk | |

### Administrative Sworn

| | | |
|---|---|---|
| Chief Clerk | Travers / O'Donnell | |
| Auto | DD11 | Nagle |
| Clerk | (OT) L. Wright | |
| Booking Officer | Lynch | |
| Evidence Clerk | McNabb | |

### Detail Room

| | |
|---|---|
| Detail Clerk | McDonagh/ Lydon, B |

### Civilian Personnel

| | |
|---|---|
| Captain's Clerk | |
| Community Service | Blas |
| CSO Clerk | |
| Detective's Clerk | Williams |
| Cadet | Watty-Niles |

### Assignments

**Brigham & Women's Hosp - Prisoner Watch**

D411& D445 7:30-9:30, D415&D431 9:30-11:30,
D421&D435 11:30-13:30, D103 13:30-16:00

### CD19 Assignments

**Lenox**

| | |
|---|---|
| 1200-1400 | D103D |
| 1400-1600 | D201D |

**780 Albany Street**

| | |
|---|---|
| 0830-0930 | DT55D |
| 1230-1330 | D421D |

### CD8 Assignments

| School Safety Posts | | | Unit |
|---|---|---|---|
| McKinley S.E. Academy | 0900-1530 | 90 Warren Avenue | D421D |
| McKinley School | 0720-1315 | 97 Peterboro Street | D441D |
| Cathedral High School | 0730-1530 | Washington St .@ Union Park | D431D |
| Snowden School | 0730-1415 | 150 Newbury Street | D411D |

### School Traffic Post

**Blackstone School**

West Dedham between Washington St and Shawmut Av

| | |
|---|---|
| 0730-0930 & 1330-1530 | DT55D |

Minimum Manning: 15 Officers outside and two Officers inside.
D635D does not count towards minimum manning

| District-4, Day Tour | | Page 2. |
|---|---|---|
| Day & Date: | Tuesday, May 28, 2019 | Squads Off: 3 |

| Comp Day Off: | Comp Day Off (Civilian) |
|---|---|
| | |

OPERATION CROSSWALK TUES. and THURS.

| Vacation: | | Vacation (Civilian) |
|---|---|---|
| Diperri | Det. Haley | |
| Hansford | | |
| O'Connor | | |

| Sick/Injured: | Sick Civilian |
|---|---|
| Green - FMLA | |
| Vilvalex | |
| Lt. Ryan | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| T. O'Donnell | |

| Range (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| | Detailed Out  //   Assignments |
|---|---|
| | Walton @ Rox Ct (Doyle) |

| Admin Regular ScheduledDay Off | Grant Funded O.T. Patrols |
|---|---|
| | Supervisor |
| | P.O. |
| | P.O. |
| | P.O. |
| | P.O. |
| | P.O. |

| Regular Scheduled Day Off Personnel | | Summons |
|---|---|---|
| Sgt. Deleo | Det. Wallace | |
| | Det. Bagas | |

| | | Swaps |
|---|---|---|
| Carr | Doherty | |
| Chiola | Ivens | |
| Dick | Maclean | |
| Devito | Da. McCarthy | |

| Additonal Notes, Comments & Assignments |
|---|
| D103D to Brigewater to pickup prisoner |

OPERATION CROSSWALK TUES. and THURS.

# District-4, First Half Tour

| Day & Date: | Saturday, May 25, 2019 | Squad Off: 5 |
|---|---|---|

| | | VEH # |
|---|---|---|
| Captain (DC01) | | |
| Duty Supervisor | **(OT) Lt. Foley** | |
| | | |
| Patrol Supervisor | **Sgt. McGrail** | **D903** |

| South End East Neighborhood Beat | | |
|---|---|---|
| Sergeant | | |
| Detective | D820 Simpson | |
| **D101F** **(South End East)** | **Turcotte/ Martinez** | |
| **D411F** **(South End East)** | | |
| D415F (South End East) | **(OT) Dick** | |
| D417F (South End East) | | |
| **D611F** **(Blackstone Park)** | **Coppinger** | |
| **D613F** **(SoWa Area)** | | |
| **D615F** **(Villa Victoria)** | | |

| S. End West / Lower Rox. Neighborhood Beat | |
|---|---|
| Sergeant | |
| Detective | D822 Felix |
| **D421F** **(Lower Roxbury)** | **Katikakis** |
| **D427F** **(Lower Roxbury)** | **(OT) Tobin** |
| **D425F** **(South End West)** | |
| D621F (Mass and Albany) | |
| D623F (Tremont St ) | |

| Back Bay Neighborhood Patrol Beat | |
|---|---|
| Sergeant | |
| Detective | D837 Kelleher |
| **D103F** **(Back Bay)** | **Bardol / Sparrow** |
| D431F (Back Bay) | **(OT) Marshall** |
| D435F (Back Bay) | **(OT) Cook** |
| **D437F** **(Back Bay)** | |
| **D631F** **(Boylston/Copley)** | |
| **D633F** **(Boylston/Copley)** | |
| **D635F** **(Upper Newbury)** | |
| **D637F** **(Lower Newbury)** | |

| Fenway Neighborhood Patrol Beat | |
|---|---|
| Sergeant | |
| Detective | D801 Fencer |
| **D105F** **(Kenmore Sq.)** | |
| **D441F** **(East Fenway)** | **(OT) Walsh** |
| D445F (Fenway East) | **(OT) Hernandez** |
| D447F (Fenway East) | |
| **D641F** **(Fenway Area)** | |
| **D442F** **(West Fenway)** | |
| D446F (Fenway West) | |
| D642F (Fens area) | |

| District Wide Units | |
|---|---|
| **D201F** **(Wagon)** | **(OT) Carr /(OT) Chiola** |
| **D203F** **(Wagon)** | |
| **DT55** **(Traff. Enf.)** | |
| **DK01F** **(Anti-Crime)** | **Butler / Haslett** |
| **DG01F** **(Memorial Day GC)** | **(OT). T. McCarthy/ (OT) Dunn** |
| **DG02F** **(Memorial Day GC)** | **(OT) Mathewson/ (OT) Simonson** |
| **D693F** **(Bike Patrol)** | **De. McCarthy** |
| D695 | |

| CSO Personnel |
|---|
| **DD01F** |
| **DD03F** **(Y.S.O.)** |
| **DD06F** |

| Civilian Personnel |
|---|
| Clerk |
| Cadet |

| Injured |
|---|

| RECAP | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| SERVICE UNITS | 7 | CLERKS | 3 |
| MOTORCYCLES | 0 | CSO SGT. | 0 |
| BICYCLES | 1 | CSO P.O. | 0 |
| FOOT PATROL | 1 | LT. DET. | 0 |
| ANTI-CRIME | 1 | SGT. DET. | 0 |
| CAPTAINS | 0 | DETECTIVES | 4 |
| **COMMUNITY POLICING:All Units At District-4** | | | |
| **(DS MUST DO RECAP & FAX BATS TO BFS)** | | | |

| E.D.T. | |
|---|---|
| Supervisor | **D903** |
| PO Dick | **D415F** |
| PO Martinez | **D101F** |
| PO Turcotte | **D101F** |

| Detectives |
|---|
| DA81D Lt.-Det. |
| D982F Sgt. |
| D984F Sgt.-Det. |
| Detective |
| Detective |

| Drug Unit (Detailed In) | Squad 6 |
|---|---|

| Clerical Sworn | |
|---|---|
| Clerk L/D | |
| Clerk | **Kulesza** |
| Booking Officer | **Gately** |
| L/D | |
| L/D | |

| Detail Room | |
|---|---|
| Detail Clerk | **L. Wright** |
| Detail Clerk | |
| Detail Clerk | |

### DAILY ASSIGMENTS & NOTES:

**Code 19's**
**Mass Ave and Albany Street**

Code 19's Lenox St
4-6pm---D101F
6pm-8pm---DK01F
8pm-10pm---D201F
10pm-finish---D103F

Villa CD 19's
D445F
D441F
D435F
D427F

The Duty Supervisor must make a notation on the
Bat of any comments or notes pertaining to the shift.
The notes will then be placed in the "Blue Detail"
book by the Chief Clerk's Office.

**F.I.O.'s & TAGS**
**Minimum Manning Requirements**
15 Officers outside and 2 Officers inside.

# District 4, First Half Tour                        Page 2.

| Day & Date: | Saturday, May 25, 2019 | Squads Off: 5 |
|---|---|---|

| Comp Day Off: | Comp Day Off (Civilian) |
|---|---|
| Sgt. Carroll - E | |

| Vacations: | Vacation (Civilian) |
|---|---|
| Keaton | |
| Brady | |
| Burton | |
| J. Lydon | |

| Sick: | | Sick (Civilian) |
|---|---|---|
| Arthur | Sgt. Wright | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| Rockwell | |

| Range  (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 6:00 PM | |
| 8:00 PM | |

|  | Detailed Out |
|---|---|

| Admin Regular Scheduled Day Off | | |
|---|---|---|
| Lt. Gaughan | Pagan | |
|  | Francis | Grant Funded O.T. Patrols |
| Cadet Liang | Shoulla | Supervisor |

| Regular Scheduled Day Off Personnel | | |
|---|---|---|
|  | | P.O. |
| Sgt. Grey | Det. Parlon | P.O. |
|  | Det. Tierney - MIS | P.O. |
|  | Det. Fancelli | P.O. |
|  |  | P.O. |
|  |  | Summons |
| Bucelewicz | McGregor | |
| Donovan | Moccia | |
| Hessler | Paulino | |
| McMorrow | Texeria | Swaps |
| Medrano | King | |

### ADDITIONAL NOTES & ASSIGNMENTS

# District-4, First Half Tour

| Day & Date: | Sunday, May 26, 2019 | Squad Off: 1 |
|---|---|---|

| | | VEH # |
|---|---|---|
| Captain (DC01) | | |
| Duty Supervisor | **Sgt. Grey**       **D904** | |
| Patrol Supervisor | **Sgt. Wright**       **D909** | 3531 |
| Patrol Supervisor | | |
| **South End East Neighborhood Beat** | | |
| Sergeant | | |
| Detective | | |
| **D101F**    (South End East) | **(OT) Lundbohm / (OT) Cook** | 9522 |
| **D411F**    (South End East) | **(OT) Kearney** | 7536 |
| *D415F*    *(South End East)* | **(OT) Bertocchi** | 9525 |
| **D611F**    (Blackstone Park) | **Coppinger** | 7540 |
| **D613F**    (Castle Square) | | |
| **D615F**    (Villa Victoria) | | |
| **D617F**    (O'Day Playground) | | |
| **S. End West / Lower Rox. Neighborhood Beat** | | |
| Sergeant | | |
| Detective | D820 Simpson/ D822 Felix | |
| **D421F**    (Lower Roxbury) | **Paulino** | 9526 |
| *D425F*    *(Lower Roxbury)* | **King** | 5532 |
| **D427F**    (South End West) | | |
| D621F    (Mass and Albany) | | |
| D625F | | |
| **Back Bay Neighborhood Patrol Beat** | | |
| Sergeant | | |
| Detective | | |
| **D103F**    (Back Bay) | **Bardol / Sparrow** | 9523 |
| **D431F**    (Back Bay) | **(OT) Moore** | 9524 |
| **D435F**    (Back Bay) | | |
| **D437F**    (Back Bay) | | |
| **D631F**    (Upper Boylston) | | |
| **D633F**    (Boylston/Copley) | | |
| **D635F**    (Upper Newbury) | | |
| **D637F**    (Lower Newbury) | | |
| **D639F** | | |
| **Fenway Neighborhood Patrol Beat** | | |
| Sergeant | | |
| Detective | D842 Parlon | |
| **D105F**    (Kenmore Sq.) | | |
| **D441F**    (East Fenway) | **(OT) Lucas** | 7535 |
| *D445F*    *(Fenway East)* | **Katikakis** | 7537 |
| *D447F*    *(Fenway East)* | | |
| **D641F**    (Fens Area) | | |
| **District Wide Units** | | |
| **D201F**    (Wagon) | **(OT) Travers /(OT) Da. McCarthy** | 7609 |
| **DT55F**    ( Traffic ) | | |
| **DK01F** ( Anti Crime) | **Hessler / Medrano** | 7515 |
| **DG01F** (Memorial Day GC) | **(OT) Carr / (OT) Chiola** | 5613 |
| **DG02F** (Memorial Day GC) | **(OT) Boyle / (OT) Marshall** | 7539 |
| **D691F**    (Bike Patrol) | | |
| **D693F**    (Bike Patrol) | | |
| **D695F** | | |
| **DG01F**    (Villa) | | |
| **DG03F** | | |
| **CSO Personnel** | | |
| DD01F | | |
| DD03F    (Y.S.O.) | | |
| DD06F | | |
| **Civilian Personnel** | | |
| Clerk | | |
| Cadet | | |
| **Injured** | | |

| RECAP | | | |
|---|---|---|---|
| RAPID RESPONSE | 4 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| SERVICE UNITS | 6 | CLERKS | 3 |
| MOTORCYCLES | / | CSO SGT. | / |
| BICYCLES | / | CSO P.O. | / |
| FOOT PATROL | 1 | LT. DET. | / |
| ANTI-CRIME | 1 | SGT. DET. | / |
| CAPTAINS | / | DETECTIVES | 3 |

COMMUNITY POLICING: All Units At District-4
(DS MUST DO RECAP & FAX BATS TO BFS)

### E.D.T.

| | | |
|---|---|---|
| Supervisor | D14 | |
| PO | Bardol | D103 |
| PO | Sparrow | D103 |
| PO | King | D425 |

### Detectives

| | |
|---|---|
| DA81D Lt.-Det. | |
| D982F Sgt.-Det. | |
| D984F Sgt.-Det. | |
| Detective | |
| Detective (L/D) | |

### Drug Unit (Detailed In)      Squad 6

| | |
|---|---|
| VD983 Sgt. Det. Keenan | VD103 PO Stoddard |
| VD189 PO Rodriques | PO Ryan |
| | Det. Boyle |

### Clerical Sworn

| | |
|---|---|
| Clerk L/D | |
| Clerk | **(OT) Dick** |
| Booking Officer | **Kulesza** |
| Clerk L/D | |

### Detail Room

| | |
|---|---|
| Detail Clerk | |
| Detail Clerk  L/D | **Wright** |
| Detail Clerk | |

### DAILY ASSIGNMENTS & NOTES:

P/S to perform OPERATION CRISS-CROSS

Code 19's Lenox St

| 4-6 | 6-8 | 8-10 | 10-finsh |
|---|---|---|---|
| D103 | D101 | DK01 | D201 |

GANG CARS FIXED POST CD19
DG01  LENOX 4-8 / VILLA 8-11:45
DG02   VILLA 4-8 / LENOX 8-11:45

The Duty Supervisor must make a notation on the
Bat of any comments or notes pertaining to the shift.
The notes will then be placed in  the "Blue Detail"
book by the Chief Clerk's Office.

**Minimum Manning**
15 patrol officers, 1 booking & 1 clerk

All walking beats are included when figuring minimum
manning requirements

| District-4, First Half Tour | Page 2. |
|---|---|

| **Day & Date:** | **Sunday, May 26, 2019** | **Squads Off:** | 1 |
|---|---|---|---|

| Comp Day Off: | Comp Day Off (Civilian) |
|---|---|
| **Bucelewicz- PL** | |
| **McGregor- PL** | |
| **Donovan- WO** | |

| Vacations: | | Vacation (Civilian) |
|---|---|---|
| **McMorrow** | Brady | |
| **Burton** | | |

| Sick: | | Sick (Civilian) |
|---|---|---|
| **Det. Fancelli** | De. McCarthy -J | |
| **Texeria** | | |

| MIS: | | BPSOF / BPPA / BPDS |
|---|---|---|
| **Tierney** | Clark | **Moccia - LO** |

| Range (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| **6:00 PM arrive by 5:45pm** | |
| **8:00 PM arrive by 7:45pm** | Detailed Out |

| Admin Regular Scheduled Day Off | | Grant Funded O.T. Patrols |
|---|---|---|
| Lt. Gaughan | Pagan | **Supervisor** |
| Sgt. Det. Carroll | Shoulla | P.O. |
| Francis | Cadet Liang | P.O. |
| Regular Scheduled Day Off Personnel | | P.O. |
| Sgt. McGrail | Det. Kelleher | P.O. |
| | Det. Fencer | P.O. |
| | | Summons |
| Arthur | Lydon,J | |
| Butler | Martinez | |
| | Rockwell | Swaps |
| Gately | Turcotte | |
| Haslett | Keaton | |
| | | |
| O'Brien - Military Deployment | | |

**ADDITIONAL NOTES & ASSIGNMENTS**

# District-4, First Half Tour

| Day & Date: | Monday, May 27, 2019 | Squad Off: 1 |
|---|---|---|

| | | | VEH # |
|---|---|---|---|
| Captain (DC01) | | | |
| Duty Supervisor | Lt. Gaughan | DA02 | |
| Patrol Supervisor | Sgt. Grey | D904 | |
| Patrol Supervisor | Sgt. Wright | D909 | |
| **South End East Neighborhood Beat** | | | |
| Sergeant | Sgt. Carty - WI | D906 | |
| Detective | D822 Felix | | |
| **D101F** (South End East) | Kulesza / (OT) Russell | | 7539 |
| **D411F** (South End East) | (OT) Travers | | 7540 |
| *D415F* (South End East) | | | |
| **D417F** (South End) | | | |
| **D611F** (Blackstone Park) | Coppinger | | 9524 |
| **D613F** (Castle Square) | | | |
| **D615F** (Villa Victoria) | | | |
| **D617F** (O'Day Playground) | | | |
| **S. End West / Lower Rox. Neighborhood Beat** | | | |
| Sergeant | | | |
| Detective | D819 Det. Gill - L/D | | |
| **D102F** (South End West) | | | |
| **D421F** (Lower Roxbury) | Paulino | | 9526 |
| *D425F* (Lower Roxbury) | King | | 9522 |
| **D427F** (South End West) | | | |
| **D621F** (Mass and Albany) | | | |
| **D623F** (Lenox/ Shawmut) | | | |
| **D625F** (Lenox/Shawmut) | | | |
| **Back Bay Neighborhood Patrol Beat** | | | |
| Sergeant | | | |
| Detective | D820 Simpson | | |
| **D103F** (Back Bay) | Katikakis / Sparrow | | 9525 |
| **D431F** (Back Bay) | (OT) Cook | | 5532 |
| **D435F** (Back Bay) | | | |
| **D437F** (Back Bay) | | | |
| **D631F** (Boylston/Pru) | | | |
| **D633F** (Boylston/Copley) | | | |
| **D635F** (Upper Newbury) | | | |
| **D637F** (Lower Newbury) | | | |
| **D639F** | | | |
| **Fenway Neighborhood Patrol Beat** | | | |
| Sergeant | | | |
| Detective | D842 Parlon/ D817 Fancelli * | | |
| **D105F** (Kenmore Sq.) | | | |
| **D441F** (East Fenway) | (OT) Lucas | | 7536 |
| *D445F* (Fenway East) | Texeria | | 7541 |
| *D447F* (Fenway West) | | | |
| **D641F** (Fens Area) | | | |
| **District Wide Units** | | | |
| D201F (Wagon) | (OT) Canty / (OT) Bertocchi | | 7609 |
| DT55F (Traffic) | Brady | | 7535 |
| **DK01F** (Anti-Crime) | Hessler / Medrano | | 7515 |
| **DG01F** | (OT) Verderico / (OT) Bagas | | 7537 |
| **DG03F** | (OT) McDonagh / (OT) Boyle | | 9523 |
| **D693F** (Bike Patrol) | | | |
| **D695F** | | | |
| **CSO Personnel** | | | |
| **D906** (CSO-Sup) | | | |
| DD01F | Pagan | | |
| DD03F (Y.S.O.) | | | |
| DD06F | Francis | | |
| **Civilian Personnel** | | | |
| Clerk | | | |
| Cadet | Liang | | |

| RECAP | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 3 |
| SERVICE UNITS | 8 | CLERKS | 3 |
| MOTORCYCLES | 0 | CSO SGT. | 0 |
| BICYCLES | 0 | CSO P.O. | 3 |
| FOOT PATROL | 0 | LT. DET. | 0 |
| ANTI-CRIME | 1 | SGT. DET. | 0 |
| CAPTAINS | 0 | DETECTIVES | 5 |
| COMMUNITY POLICING: All Units At District-4 | | | |
| (DS MUST DO RECAP & FAX BATS TO BFS) | | | |

| E.D.T. | | |
|---|---|---|
| Supervisor | D904 Sgt. Grey | |
| PO | D103 Katakakis | |
| PO | D103 Sparrow | |
| PO | D431 Cook | |

| Detectives | |
|---|---|
| DA81D Lt.-Det. | |
| D982F Sgt.-Det. | |
| D984F Sgt.-Det. | |
| Detective L/D | |
| Detective | |

| Drug Unit (Detailed In)  Squad 6 | | |
|---|---|---|
| VD983 Sgt. Det. Keenan | VD 103 PO J. Stoddard | |
| VD189 PO Rodrigues | PO Ryan | |
| | Det. Boyle | |

| Clerical Sworn | |
|---|---|
| Clerk L/D | |
| Booking Officer | Wright |
| L/D | |
| Clerk | Bucelewicz |

| Detail Room | |
|---|---|
| Detail Clerk | |
| Detail Clerk L/D | Donovan |
| Detail Clerk | |

| DAILY ASSIGNMENTS & NOTES: |
|---|
| **Code 19's** |
| **Mass Ave and Albany Street** |
| |
| Code 19's Lenox St |
| 4-6   6-8   8-10   10-finish |
| DG01F |
| |
| Villa CD 19 |
| DG03 |
| |
| |
| Brigham & Women's Hospital |
| 4-6 D103 |
| 6-8 D101 |
| 8-10 DK01 |
| 10-1145 D201 |
| |
| |
| |
| |
| The Duty Supervisor must make a notation on the |
| Bat of any comments or notes pertaining to the shift. |
| The notes will then be placed in the "Blue Detail" |
| book by the Chief Clerk's Office. |
| Minimum Manning |
| 15 patrol officers, 1 booking & 1 clerk |

## District-4, First Half Tour

Page 2.

| Day & Date: | | Squads Off: 1 |
|---|---|---|

| Comp Day Off: | | Comp Day Off (Civilian) |
|---|---|---|
| McGregor- PL | Shoulla -E | |
| Bardol - PL | | |

| Vacations: | Vacation (Civilian) |
|---|---|
| McMorrow | |
| Burton | |

| Sick/ Injured: | Sick (Civilian) |
|---|---|
| De. McCarthy - J | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| Det. Tierney | Moccia - LI/LO |
| Clark | |

| Range  (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 6:00 PM arrive by 5:45pm | |
| 7:30 PM arrive by 7:15pm | Detailed Out |

| Admin Regular Scheduled Day Off | |
|---|---|
| Sgt. Det. Carroll | |

| | | Grant Funded O.T. Patrols |
|---|---|---|
| | | Supervisor |

| Regular Scheduled Day Off Personnel | | |
|---|---|---|
| Sgt. McGrail | Det. Kelleher | P.O. |
| | Det. Fencer | P.O. |
| | | P.O. |
| | | P.O. |
| | | P.O. |
| | | Summons |
| Arthur | Lydon,J | |
| Butler | Martinez | |
| | Rockwell | |
| Gately | Turcotte | Swaps |
| Haslett | Keaton | |
| | | |
| O'Brien - Military Deployment | | |

**ADDITIONAL NOTES & ASSIGNMENTS**

# District-4, First Half Tour

| Day & Date: | Tuesday, May 28, 2019 | Squad Off: | 3 |
|---|---|---|---|

| | | VEH # | RECAP | | | |
|---|---|---|---|---|---|---|
| Captain (DC01) | | | RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| Duty Supervisor | **Lt. Gaughan**   **DA02** | | WAGON PATROL | 1 | PATROL SUPERVISOR | 2 |
| Patrol Supervisor | **Sgt. McGrail**   **D903** | | SERVICE UNITS | 9 | CLERKS | 3 |
| Patrol Supervisor | **Sgt. Grey**   **D904** | | MOTORCYCLES | 0 | CSO SGT. | 0 |
| **South End East Neighborhood Beat** | | | BICYCLES | 0 | CSO P.O. | 3 |
| Sergeant | | | FOOT PATROL | 0 | LT. DET. | 0 |
| Detective | D819 Det. Gill -L/D | | ANTI-CRIME | 1 | SGT. DET. | 1 |
| D101F (South End East) | (OT) Papasso / Turcotte | 7539 | CAPTAINS | 0 | DETECTIVES | 5 |
| D411F (South End East) | Paulino | 7540 | COMMUNITY POLICING: All Units At District-4 | | | |
| D415F (South End East) | (OT) T. McCarthy | 7541 | (DS MUST DO RECAP & FAX BATS TO BFS) | | | |
| D417F (South End East) | | | | | | |
| D611F (SoWa Area) | | | **E.D.T.** | | | |
| D613F (SoWa Area) | | | Supervisor | | | |
| D615F (Villa Victoria) | | | PO Papasso | D101F | | |
| **S. End West / Lower Rox. Neighborhood Beat** | | | PO Turcotte | D101F | | |
| Detective | D801 Fencer | | PO Gately | D425F | | |
| D102F (South End) | | | **Detectives** | | | |
| D421F (Lower Roxbury) | Texeira | 9524 | DA81D Lt.-Det. | | | |
| D425F (South End West) | Gately | 7537 | D982F Sgt. | Carroll | | |
| D427F ( South End) | | | D984F Sgt.-Det. | | | |
| D621F (Lenox) | | | Detective | | | |
| D623F (Villa Victoria) | | | Det. Detailed Out | | | |
| | | | **Drug Unit (Detailed In)   Squad 6** | | | |
| **Back Bay Neighborhood Patrol Beat** | | | VD983 Sgt. Det. Keenan | PO Ryan | | |
| Sergeant | | | | VD189 PO Rodrigues | | |
| Detective | D837 Kelleher | | VD103 PO J. Stoddard | Det. Boyle | | |
| D103F (Back Bay) | Hessler / Medrano | 7536 | | | | |
| D431F (Back Bay) | (OT) Vertyl | 9525 | **Clerical Sworn** | | | |
| D435F (Back Bay) | | | Clerk L/D | | | |
| D437F (Back Bay) | (OT) Lundbohm | | Clerk | McGregor | | |
| D631F (Boylston/Copley) | | | Booking Officer | Bucelewicz | | |
| D633F (Boylston/Copley) | | | L/D | | | |
| D635F (Upper Newbury) | | | L/D | | | |
| D637F (Upper Newbury) | | | **Detail Room** | | | |
| D639F | | | Detail Clerk | | | |
| | | | Detail Clerk L/D | Donovan | | |
| **Fenway Neighborhood Patrol Beat** | | | Detail Clerk | | | |
| Sergeant | | | **DAILY ASSIGNMENTS & NOTES:** | | | |
| Detective | D842 Parlon/D817 Fancelli | | **Code 19's** | | | |
| D105F (Kenmore Sq.) | | | **Mass Ave and Albany St** | | | |
| D441F (East Fenway) | King | 9522 | | | | |
| D445F (Fenway East) | (OT) Lucas | 9523 | **Code 19's Lenox St** | | | |
| D446F (Fenway East) | | | 4-6 | 6-8 | 8-10 | 10-finish |
| D442F (West Fenway) | (OT) Slyne | 7535 | D101F | D103F | D201F | DK01F |
| D641F (Fenway Area) | | | | | | |
| D670F (Landmark Center) | | | **Villa Code 19's** | | | |
| D671F (Landmark Center) | | | D411F / D421F / D431F | | | |
| **District Wide Units** | | | | | | |
| D201F (Wagon) | (OT) Mathewson / (OT)PJ Kearney | 7609 | **Brigham & Women's** | | | |
| D107F | | | 4-6 | 6-8 | 8-10 | 10-finish |
| DT55F (Traffic Enf.) | | | D103F | D437F & D442F | D101F | D201F |
| D691F | | | | | | |
| D693F | | | | | | |
| D695F | | | | | | |
| Anti-Crime Supervisor | | | The Duty Supervisor must make a notation on the | | | |
| DK01F (Anti-Crime) | Butler / Haslett | 7515 | Bat of any comments or notes pertaining to the shift. | | | |
| DG01F (Villa ) | | | The notes will then be placed in the "Blue Detail" | | | |
| DG02F (Mass Av) | | | book by the Chief Clerk's Office. | | | |
| **CSO Personnel** | | | | | | |
| **D906 CSO - Supervisor** | | | **F.I.O.'s & TAGS** | | | |
| DD01F | Pagan | | **Minimum Manning** | | | |
| DD03F (Y.S.O.) | Shoulla | | 15 Officers outside and 2 Officers Inside | | | |
| DD06F | Francis | | | | | |
| **Civilian Personnel** | | | | | | |
| Cadet | Liang | | | | | |
| **Injured** | | | | | | |

# District-4, First Half Tour                    Page 2.

| Day & Date: | Squads Off: 3 |
|---|---|

| Comp Day Off: | Comp Day Off (Civilian) |
|---|---|

**Vacations:**  | **Vacation (Civilian)**
McMorrow
J. Lydon
Keaton

**Sick:** | **Sick (Civilian)**
Arthur        Martinez

**MIS:** | **BPSOF / BPPA / BPDS**
Rockwell    Clark | Moccia - LI/LO
Tierney

**Range (Arrive 15 minutes prior)** | **Inserve Training**
6:00 PM

7:30PM | **Detailed Out**

**Admin Regular Scheduled Day Off**

| | **Grant Funded O.T. Patrols** |
| | Supervisor |

**Regular Scheduled Day Off Personnel** | P.O.
Sgt. Wright       Det. Felix | P.O.
                  Det. Simpson | P.O.
| P.O.
| P.O.
| **Summons**

Bardol        Kulesza
Brady         De. McCarthy | **Swaps**
Burton        Sparrow
Coppinger     L. Wright
Katikakis

**ADDITIONAL NOTES & ASSIGNMENTS**

# LAST-HALF TOUR AREA D-4

| Day & Date: | Saturday, May 25, 2019 | Squad Off: | 5 |
|---|---|---|---|

| | | VEH # | RECAP | | | |
|---|---|---|---|---|---|---|
| Duty Supervisor | (OT) Lt. Gaughan  DA02 | | Rapid Response | 4 | Duty Sup. | 1 |
| Patrol Supervisor | Sgt. Aziz  D910 | | Wagon Patrol | 1 | Patrol Sup. | 1 |
| | | | Service Units | 5 | Clerks | 2 |
| | | | Foot Patrol | 0 | Anti-Crime | 0 |
| | | | (DS MUST DO RECAP & FAX BATS TO BFS) | | | |

### South End East Neighborhood Beat

| | | | | | |
|---|---|---|---|---|---|
| **Sergeant** | | | | | |
| D101A (South End East) | RO Doolan / Canty | | 9523 | | |
| D411A (South End East) | (OT)Felix | **7537** | Road Race | | |
| *D415A (South End East)* | | | | | |
| *D611A (O'Day Playground)* | | | | | |
| *D613A (O'Day Playground)* | | | | | |

| E.D.T. | | |
|---|---|---|
| Supervisor | Sgt. Aziz | D910 |
| PO | Marshall | D105 |
| PO | Melay | D105 |
| PO | Felix | D411 |

### S. End West/Lower Rox. Neighborhood Beat

| | | | |
|---|---|---|---|
| **Sergeant** | | | |
| D102A (South End West) | | | |
| D421A (Lower Roxbury) | (OT) Stenstrom | 7536 | |
| D425A (Lower Roxbury) | (OT) Katikakis | 9526 | |
| D427A (Lower Roxbury) | | | |
| *D621A (Tremont St)* | | | |
| *D623A (Tremont St)* | | | |

| CLERICAL SWORN | |
|---|---|
| Clerk | |
| Clerk | Lenane |
| Booking | |
| Booking | (OT)MacLean |
| Light Duty | |
| Data Entry | |
| Civilian Clerk | |

### Back Bay Neighborhood Patrol Beat

| | | | |
|---|---|---|---|
| **Sergeant** | | | |
| D103A (Back Bay) | Walsh / Simonson | **7540** | Road Race |
| D431A (Back Bay) | (OT) Tran | 5532 | |
| D435A (Back Bay) | | | |
| D437A (Back Bay) | | | |
| D635A (Newbury St.) | | | |

| Comp Days Off | |
|---|---|
| | Sgt. McManus - PL |
| Kearney Jr. - PL | Nazaire - PL |
| Linnane - PL | Maloney - PL |

| Vacations |
|---|
| Boudreau |

### Fenway Neighborhood Patrol Beat

| | | | |
|---|---|---|---|
| **Sergeant** | | | |
| D105A (Fenway Patrol Unit) | Marhsall / Melay | 9522 | |
| D441A (Fenway East) | | | |
| *D445A (Fenway East)* | DaSilva | **7525** | Road Race |
| D442A (Fenway West) | | | |
| *D641A (Lansdowne St)* | | | |
| *D642A (Lansdowne St)* | | | |
| *D670A (NU Patrol)* | | | |
| *D671A (NU Patrol)* | | | |

| Sick |
|---|
| |

| Injured / MIS | |
|---|---|
| Holbrook | Joseph |
| Beato | Telisnor |
| Antonino | |

### District Wide Units

| | | | |
|---|---|---|---|
| D201A (Wagon) | Moore / Monahan | 7609 | |
| D203A (Wagon) | | | |
| DK01A (Anti-Crime) | | | |
| DG01A (Memorial Day GC) | (OT)Haslett/(OT)Turcotte | 7539 | |
| DG03A | | | |
| D499A (District Wide) | | | |
| DT55A (Traffic Car) | | | |

| Range - Every Wednesday @ 6:30 A.M. |
|---|
| |

| In-Service |
|---|
| |

### Regular Scheduled Day Off Personnel:

| | |
|---|---|
| Lt. Horan | Sgt. Carty |
| | |
| | |
| Almeida | McCabe |
| Bertocchi | Pankievich |
| Boyle | Rosario |
| Butcher | Zarnoch |

### Daily Assignments & Notes

Assign Sector cars to Code 19's as needed

**DG01A in 11:45pm - 3:45am**

**\*\*PO's assigned to the Road Race are to be at A-1 for roll call at 0600\*\***

**Lenox Code 19's**

| 11:45pm - 1:30am | D103A | 1:30am - 3:00am | D101A |
|---|---|---|---|

**Villa Code 19's**

D411A & D445A

### Detailed Out/Union/Special Assignment/Swaps

Sgt. Parolin

### Minimum Manning

13 Officers outside & 2 Officers inside.

"*" indicates: person was out sick their previous tour

Minimum Manning: - 15 Patrol Officers and two inside clerks.

# LAST~HALF TOUR AREA D~4

| Day & Date: | Sunday, May 26, 2019 | Squad Off: | 1 |
|---|---|---|---|

| | | VEH # |
|---|---|---|
| Duty Supervisor | (OT) Lt. Gaughan | |
| Patrol Supervisor | Sgt. Carty | D906 |

| RECAP | | | |
|---|---|---|---|
| Rapid Response | 2 | Duty Sup. | 1 |
| Wagon Patrol | 1 | Patrol Sup. | 1 |
| Service Units | 5 | Clerks | 2 |
| Foot Patrol | 0 | Anti-Crime | 1 |
| (DS MUST DO RECAP & FAX BATS TO BFS) | | | |

### South End East Neighborhood Beat
Sergeant

| | | | VEH # |
|---|---|---|---|
| D101A (South End East) | Canty / Moore | | 9424 |
| D411A (South End East) | | | |
| D415A (South End East) | (OT) Hessler | | 7536 |
| D611A (O'Day Playground) | | | |
| D613A (O'Day Playground) | | | |

### S. End West/Lower Rox. Neighborhood Beat
Sergeant

| | | | |
|---|---|---|---|
| D102A (South End West) | | | |
| D421A (Lower Roxbury) | Pankievich | | 9582 |
| D425A (Lower Roxbury) | | | |
| D427A (Lower Roxbury) | | | |
| | | | |
| D621A (Tremont St) | | | |
| D623A (Tremont St) | | | |

### Back Bay Neighborhood Patrol Beat
Sergeant

| | | | |
|---|---|---|---|
| D103A (Back Bay) | Butcher / Bertocchi | | 9525 |
| D431A (Back Bay) | (OT) Connor | | 9523 |
| D435A (Back Bay) | | | |
| **D437A (Back Bay)** | | | |
| D635A (Newbury St.) | | | |

### Fenway Neighborhood Patrol Beat
Sergeant

| | | | |
|---|---|---|---|
| D105A (Fenway) | | | |
| D441A (West Fenway) | (OT) Felix | | 7540 |
| D445A (Fenway East) | | | |
| **D447A (Fenway West)** | | | |
| D641A (Lansdowne St) | | | |
| D642A (Lansdowne St) | | | |
| D670A (NU Patrol) | | | |
| D671A (NU Patrol) | | | |

### District Wide Units

| | | | |
|---|---|---|---|
| **D201A (Wagon)** | Marshall / (OT) Medrano | | 7609 |
| D203A (Wagon) | | | |
| **DK01A (Anti-Crime)** | Boyle / Zarnoch | | 7515 |
| DK03A (Anti-Crime) | | | |
| **DG01A (Party Car)** | (OT) Paulino / (OT) Egan (4 hour) | | 9526 |
| D499A (District Wide) | | | |
| **DT55A (Traffic Car)** | Lenane | | 7535 |

### Regular Scheduled Day Off Personnel:

| | |
|---|---|
| Lt. Horan | Sgt. Parolin |
| Sgt. Aziz | Maloney |
| Simonson | Nazaire |
| Boudreau | DaSilva |
| PJ Kearney | Telisnor |
| Holbrook | Walsh |
| Joseph | Melay |

### Detailed Out/Union/Special Assignment/Swaps

*~ indicates: person was out sick their previous tour*

### ****** Minimum Manning ******
**13 Patrol Officers, 1 Booking and 1 Clerk**

### E.D.T.

| | | |
|---|---|---|
| Supervisor | | |
| PO | Butcher | D103A |
| PO | Bertocchi | D103A |
| PO | Pankievich | D421A |

### CLERICAL SWORN

| | |
|---|---|
| Clerk L/D | |
| Clerk | Doolan |
| Booking | Monahan |
| Booking | |
| Light Duty | |
| Light Duty | |
| Civilian Clerk | |

### Comp Days Off
Sgt. McManus- PL
Almeida- PL
Linnane- PL

### Vacations
McCabe

### Sick
Rosario

### Injured / MIS
Beato- Inj
Antonino- Inj

### RANGE ~ Every Wednesday at 6:30 A.M.

### In-Service

### Daily Assignments & Notes
Code 19's
815 Albany Street
6:00-7:30am

Newbury Street
3AM-5AM

**Lundbohm & Bagas on call 03:30 - 07:30**

Lenox St Cd 19
23:45 - 01:30 D103A
01:30 - 03:00 D201A

Villa Code 19
DG01A

# LAST~HALF TOUR AREA D~4

| Day & Date: | Monday, May 27, 2019 | Squad Off: | 1 |
|---|---|---|---|

| | | VEH # |
|---|---|---|
| Duty Supervisor | Lt. Horan | DA03 |
| Patrol Supervisor | Sgt. Carty | D906 |
| Patrol Supervisor | Sgt. McManus | D901 |

### South End East Neighborhood Beat
Sergeant
| | |
|---|---|
| **D101A (South End East)** | Linnane/ Moore |
| **D411A (South End East)** | RO Doolan |
| *D415A (South End East)* | |
| *D611A* (O'Day Playground) | |
| *D613A* (O'Day Playground) | |

### S. End West/Lower Rox. Neighborhood Beat
Sergeant
| | |
|---|---|
| D102A (South End West) | |
| D421A (Lower Roxbury) | Pankievich |
| *D425A* (Lower Roxbury) | |
| *D427A* (Lower Roxbury) | |
| **D422A (South End West)** | |
| *D621A* (Tremont St) | |
| *D622A* (Tremont St) | |

### Back Bay Neighborhood Patrol Beat
Sergeant
| | |
|---|---|
| **D103A** (Back Bay) | Butcher/ Bertocchi |
| D431A (Back Bay) | Canty |
| *D435A* (Back Bay) | |
| *D437A* (Back Bay) | |
| D635A (Newbury St.) | |

### Fenway Neighborhood Patrol Beat
Sergeant
| | |
|---|---|
| D105A (Fenway) | |
| **D441A** (East Fenway) | Monahan |
| *D445A* (Fenway East) | |
| *D447A* (Fenway East) | |
| | |
| *D641A* (Fens) | |

### District Wide Units
| | | |
|---|---|---|
| **D201A** (Wagon) | Rosario* / Marshall | |
| D203A (Wagon) | | |
| DK01A ( Anti-Crime) | Zarnoch / Boyle | |
| **DK03A** | | |
| DG01A | (OT) Paulino / (OT) Barker | **23:45-03:45** |
| **DG03A** | (OT) /(OT)Medrano | **23:45-03:45** |
| **DT55A** (Traffic Car) | Lenane | |

### Regular Scheduled Day Off Personnel:
| Sgt. Aziz | Sgt. Parolin |
|---|---|
| Boudreau | PJ Kearney |
| Simonson | Telisnor |
| Joseph | Walsh |
| Maloney | DaSilva |
| Nazaire | Melay |

### Detailed Out/Union/Special Assignment/Swaps
**Sgt. Parolin - LI**

*~ indicates: person was out sick their previous tour*

###### ****** Minimum Manning ******
**13 Patrol Officers, 1 Booking and 1 Clerk**

---

### RECAP
| | | | |
|---|---|---|---|
| Rapid Response | 2 | Duty Sup. | 1 |
| Wagon Patrol | 1 | Patrol Sup. | 2 |
| Service Units | 5 | Clerks | 2 |
| Foot Patrol | 0 | Anti-Crime | 1 |

**(DS MUST DO RECAP & FAX BATS TO BFS)**

### E.D.T.
| | |
|---|---|
| Supervisor | D901 Sgt. McManus |
| PO Linnane | D101 Moore |
| PO Doolan | D101 Linnane |
| PO | D411 Doolan |

### CLERICAL SWORN
| | |
|---|---|
| Clerk | Almeida |
| Clerk L/D | |
| Booking | McCabe |
| Booking | |
| Light Duty | |
| Clerk L/D | |
| Civilian Clerk | |

### Comp Days Off

### Vacations

### Sick

### Injured / MIS
Antonino- Inj
Beato-Inj

### RANGE ~ at 6:30 A.M.

### In-Service

### Daily Assignments & Notes
**Code 19's**
ASSIGN SECTOR CARS TO CD 19'S AS NEEDED

**Lenox St Cd 19**
| | |
|---|---|
| 23:45-01:30 D101A | 01:30-03:00 D201A |

**Villa CD19**
| | |
|---|---|
| 23:45-01:30 D103A | |
| 01:30-03:00 DK01A | |

# LAST~HALF TOUR AREA D~4

| Day & Date: | Tuesday, May 28, 2019 | Squad Off: | 3 |
|---|---|---|---|

|  | VEH # |
|---|---|
| Duty Supervisor | Lt. Horan    DA03 |
| Patrol Supervisor |  |
| Patrol Supervisor | Sgt. Aziz    D910 |

### RECAP

| Rapid Response | 2 | Duty Sup. | 1 |
|---|---|---|---|
| Wagon Patrol | 1 | Patrol Sup. | 1 |
| Service Units | 5 | Clerks | 2 |
| Foot Patrol | 0 | Anti-Crime | 1 |

(DS MUST DO RECAP & FAX BATS TO BFS)

### South End East Neighborhood Beat

| Sergeant | |
|---|---|
| D101A (South End East) | Butcher / Bertocchi |
| D411A (South End East) | Maloney |
| D415A (South End East) | |
| D611A (O'Day Playground) | |
| D613A (O'Day Playground) | |

### S. End West/Lower Rox. Neighborhood Beat

| Sergeant | |
|---|---|
| D102A (South End West) | |
| D421A (Lower Roxbury) | Pankievich |
| D425A (Lower Roxbury) | Walsh |
| D427A (Lower Roxbury) | |
| D422A (South End West) | |
| D621A (Lenox ) | |
| D623A | |

### Back Bay Neighborhood Patrol Beat

| Sergeant | |
|---|---|
| D103A (Back Bay) | PJ Kearney / Simonson |
| D431A (Back Bay) | Nazaire |
| D435A (Back Bay) | |
| D635A (Newbury St.) | |

### Fenway Neighborhood Patrol Beat

| Sergeant | |
|---|---|
| D105A (Fenway Patrol Unit) | |
| D441A (East Fenway) | Melay |
| D445A (Fenway East) | |
| D447A (Fenway East) | |
| D671A (NU Walking Beat) | |

### District Wide Units

| D201A | (Wagon) | DaSilva / Rosario |
|---|---|---|
| DK01A | (Anti-Crime) | Boyle / Zarnoch |
| DK03A | (Anti-Crime) | |
| DG01A | (Villa) | |
| DG03A | (Mass Av) | |
| DT55A | (Traffic Car) | |
| D499A | (District Wide) | |

### Regular Scheduled Day Off Personnel:

Sgt. McManus

| Antonino | Lenane |
|---|---|
| Beato | Linnane |
| Canty | Marshall |
| RO Doolan | Monahan |
|  | Moore |

### Detailed Out/Union/Special Assignment/Swaps

Sgt. Parolin - LI/LO

\* ~ indicates: person was out sick their previous tour

****** Minimum Manning ******

13 Officers outside and 2 Officers inside.

### E.D.T.

| Supervisor | | |
|---|---|---|
| PO | Bertocchi | D101A |
| PO | Butcher | D101A |
| PO | Maloney | D411A |

### CLERICAL SWORN

| Clerk L/D | |
|---|---|
| Clerk | Almeida |
| Booking | |
| Booking | McCabe |
| Light Duty | |
| Light Duty | |
| Civilian Clerk | |

### Comp Days Off

Sgt. Carty - WO

### Vacations

Boudreau

### Sick

### Injured / MIS

Telisnor    Joseph
Holbrook

### RANGE ~ @ 6:30 A.M.

### In~Service

### Daily Assignments & Notes

**Code 19's**

Assign sector cars to CD 19's as needed

**Lennox CD19**
23:45-01:30 D101A
01:30-03:00 D103A

**Villa CD19**
| 23:45-01:30 D201A | 23:45-01:30 DK01A |