UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE GEIGEL, as administrator )<br>of the estate of CRISTHIAN GEIGEL, )<br>      Plaintiff, )<br>v. )<br>   )<br>BOSTON POLICE DEPARTMENT, )<br>ISMAEL ALMEIDA, and )<br>JOHN/JANE DOES NOS. 1–2 )<br>      Defendant. )<br>   ) | CIVIL ACTION NO. 1:22-CV-11437 |

**PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 16.1 AND RULE 26(f)**

Michelle Geigel ("Plaintiff") respectfully submits the following statement in accordance with Local Rule 16.1(d) and this Court's Notice of Scheduling Conference dated January 5, 2024 (the "Order"). Counsel conferred on February 2, 2024 but there was insufficient time to submit a joint scheduling statement. Plaintiff hereby submits a separate statement.

**I. AGENDA OF MATTERS TO BE DISCUSSED**

Plaintiff consents to Defendant's proposal for phased discovery set forth in Paragraph II of its Statement.

**II. RECOMMENDATION REGARDING RULE 16 CONFERENCE**

Plaintiff proposes that this Court order phased discovery to resolve the issue of which police personnel were in contact with the decedent and who was responsible for his well being. The Plaintiff proposes ordered discovery to resolve the precise date when the Plaintiff learned of the circumstances of the decedents death and not simply the date of death.

1

III. **CONCISE SUMMARY OF THE PLAINTIFF'S POSITION ON LIABILITY AND RELIEF SOUGHT**

The Plaintiff asserts that while the date of death was known on one date certain, the circumstances surrounding the dependents death was not know and could not have been known until months later.

IV. TIMETABLE FOR DISCOVERY AND MOTION PRACTICE

Plaintiff consents to those proposed by the Defendant.

V. **PENDING MOTIONS**

Plaintiff currently has no motions pending before the Court.

VII. **TRIAL**

Plaintiff demanded a trial by jury and does not consent to a trial by magistrate.

VIII. **ALTERNATIVE DISPUTE RESOLUTION**

The parties have not discussed the possibility of alternative dispute resolution. Plaintiff would be open to ADR.

IX. **SETTLEMENT PROPOSALS**

Plaintiff will make a written settlement proposal under Local Rule 16.1(c) by February 29, 2024.

X. **CERTIFICATIONS**

Plaintiff will file a Local Rule 16.1(d)(3) certification separately.

Respectfully submitted,

<pre>
                                            /s/ John Benzan
                                            John Benzan BBO #555874
                                            Law Office of John Benzan
                                            P.O. Box 620667
                                            Newton Lower Falls, MA 02462
                                            Tel.: (617) 733-7723
February 5, 2024                            johnbenzan@msn.com
</pre>

CERTIFICATE OF SERVICE

I, John Benzan, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 5, 2024.

<pre>
                                            /s/ John Benzan.
                                            John Benzan
</pre>