UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE GEIGEL, as administrator ) <br> of the estate of CRISTHIAN GEIGEL, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> BOSTON POLICE DEPARTMENT, ) <br> ISMAEL ALMEIDA, and ) <br> JOHN/JANE DOES NOS. 1–2 ) <br>     Defendant. ) <br> ) | CIVIL ACTION NO. 1:22-CV-11437 |

**PLAINTIFF'S CONSENTED TO MOTION TO ENLARGE TIME**

Now comes the undersigned counsel of record for the plaintiff and moves this Honorable Court to push back by ten (10) days all matters or filings that were due starting on February 20, 2024. Counsel for the plaintiff has advised counsel for the defendants of the death of a family household member and counsel for the defendants has consented to the request. Counsel humbly asks this Court to grant this request and to allow him until March 1, 2024 to have new counsel file an appearance.

February 21, 2024                                         Respectfully submitted,


                                                                       /s/ John Benzan
                                                      John Benzan BBO #555874
                                                      Law Office of John Benzan
                                                      P.O. Box 620667
                                                      Newton Lower Falls, Massachusetts 02462
                                                      Tel.: (617) 733-7723
                                                      johnbenzan@msn.com


Certificate of Service

I, John Benzan hereby certify that on February 21, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants

as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

        /s/ John Benzan
John Benzan