

# Incident Report

| | |
|---|---|
| Case Number | I192039379 |
| Report Type | Incident Report |
| CAD Incident # | P190258745 |
| Page | 1 of 5 |
| Date / Time Occurred | 05/26/2019 13:07 to |
| Date / Time Reported | 05/26/2019 13:07 |

| Arrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 1 | | | | | | |

- [ ] Drugs
- [ ] DVIP
- [ ] Juvenile
- [ ] Child Present
- [ ] Elderly
- [ ] Sexual Assault
- [ ] CRU - Hate/Bias
- [ ] Licensed Premise
- [ ] Disabled
- [ ] Homeland Security
- [ ] Homeland Security - UASI
- [ ] Home Invasion
- [ ] Car Jack
- [ ] Gun
- [ ] Gang
- [ ] Shots Fired
- [ ] Victim Shot
- [ ] Victim Stabbed
- [x] Other Agency/Unit Notified
- [x] Warrant Arrest
- [ ] Search Warrant
- [ ] Licensed Premise Violation
- [ ] LPR
- [ ] Human Trafficking
- [ ] Bicycle
- [ ] School
- [x] Homeless
- [ ] Sex Offender
- [ ] NIDV
- [ ] Child Abuse

## Incident Details

| Unit Number | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|
| | ADULT ARREST | | |

| Situation Found | Case Status |
|---|---|
| E911 | |

Location Given By Dispatcher

## Incident Address

Street Address
1341 BOYLSTON ST

| City | State | Zip | District |
|---|---|---|---|
| BSTN | MASSACHUSETTS | 02215 | DISTRICT D4 |

## Administrative Info

| Reporting Officer | Employee Number | Approving Supervisor |
|---|---|---|
| VERDERICO, JAMES | 148310 | GREY, ETHAN |

## OFFENSE

- [ ] Upgrade/Downgrade Offense
- Upgrade/Downgrade Offense Code
- [x] Primary Offense
- Crime Description: FUGITIVE FROM JUSTICE

| Offense Code Value | Attempted/Completed | Premise Type |
|---|---|---|
| 02619 | Completed | Highway/Road/Alley |

| Circumstances | Bias |
|---|---|
| | Unknown - Offenders motivation not known |

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|
| No Known Gang Committed Offense | | |

| Offender Using 1 | Offender Using 2 | Offender Using 3 |
|---|---|---|
| Not Applicable | | |

| # Premise Entered | Home Invasion | Domestic Violence | Gang Activity |
|---|---|---|---|
| | | | NO |

| Gang Type #1 | Gang Name #1 |
|---|---|
| | |

| Gang Type #2 | Gang Name #2 |
|---|---|
| | |

| Drug Related | Drug Type | Drug Origin | Drug Precursors |
|---|---|---|---|
| | | | |

### MO Panel

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| | | |

| Entry Point 1 | Entry Point 2 | Exit Point 1 |
|---|---|---|
| | | |

| Exit Point 2 | Target Area | Property Target 1 |
|---|---|---|
| | | |

| Property Target 2 | Property Target 3 | Victim Target |
|---|---|---|
| | | |

| Time of Day | Victim Activity | Action 1 to Premises |
|---|---|---|
| | | |

| Action 2 to Premises | Action 3 to Premises | Action 1 on Victim |
|---|---|---|
| | | |

| Action 2 on Victim | Action 3 on Victim | Other Action 1 |
|---|---|---|
| | | |

| Other Action 2 | Other Action 3 | Solicited Offered 1 |
|---|---|---|
| | | |

| Solicited Offered 2 | Solicited Offered 3 | Weapon 1 |
|---|---|---|
| | | |

| Weapon 1 Auto | Weapon 2 | Weapon 2 Auto |
|---|---|---|
| | | |

| Weapon 3 | Weapon 3 Auto | Arson |
|---|---|---|
| | | |

COB000061



# Incident Report

| | |
|---|---|
| Case Number | CAD Incident # |
| I192039379 | P190258745 |
| Report Type | |
| Incident Report | Page 2 of 5 |
| Date / Time Occurred | Date / Time Reported |
| 05/26/2019 13:07 to | 05/26/2019 13:07 |

| Precipitating Circumstance | Instrument Used |
|---|---|
| | |

Unusual Actions and Statements of Suspect

---

**SUSPECT**  ☑ Known   ☐ Unknown   ☑ Arrested

Name (Last, First Middle)
**GEIGEL, CRISTHIAN**

| Suffix | Nickname | Race | Gender | SSN | Date of Birth | Age | Age Range |
|---|---|---|---|---|---|---|---|
| | | White | Male | | | 39 | to |

| Height | Weight | Driver's License # | DL State | Local ID | SID |
|---|---|---|---|---|---|
| 5'10" | 170 | | MASSACHUSETTS | 1997004703 | 09746832 |

| FBI # | SBI # | Place of Birth | Citizenship |
|---|---|---|---|
| 130652EB0 | | SAN JUAN PR | |

| Ethnicity | Marital Status |
|---|---|
| Unknown | Separated |

| Preferred | Contact #1 | Contact #2 | Email Address |
|---|---|---|---|
| | 857-272-9424 | | |

### Suspect Home Address

| Street Address | | | |
|---|---|---|---|
| HOMELESS | | | |
| City | State | Zip | |

### Suspect Employment Information

☐ Student   Employer / School: **UNEMPLOYED**   Occupation:

| Street Address | | | | |
|---|---|---|---|---|
| City | State | Zip | Work Phone | Hours of Employment |

### Details

| Hair Color | Hair Length | Glasses | Eye Color | Build | Facial Hair | Facial Hair Color |
|---|---|---|---|---|---|---|
| Black | Bald | ☐ | Brown | Medium | Beard | Black |

| Voice | Complexion | Hand Preference |
|---|---|---|
| | Medium | |

Clothing Description
BLUE S/S T-SHIRT, DK COLORED JEANS, RED "GUCCI" SNEAKERS

Trademarks of Suspect

| Injury 1 | Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|---|

☐ Hospitalized   Hospital Facility:    Resident:

**MO Panel**

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| Entry Point | Exit Point | Target Area |
| Property Target 1 | Property Target 2 | Property Target 3 |
| Victim Target | Time of Day | Victim Activity |
| Action 1 on Victim | Action 2 on Victim | Action 3 on Victim |
| Action 1 to Premises | Action 2 to Premises | Action 3 to Premises |
| Other Action 1 | Other Action 2 | Other Action 3 |
| Solicited Offered 1 | Solicited Offered 2 | Solicited Offered 3 |
| Weapon 1 | Weapon 2 | Weapon 3 |
| Weapon 1 Type | Weapon 2 Type | Weapon 3 Type |

COB000062



# Incident Report

| | |
|---|---|
| Case Number | I192039379 |
| Report Type | Incident Report |
| CAD Incident # | P190258745 |
| Page | 3 of 5 |
| Date / Time Occurred | 05/26/2019 13:07 to |
| Date / Time Reported | 05/26/2019 13:07 |

| Weapon 1 Caliber | Weapon 2 Caliber | Weapon 3 Caliber |
|---|---|---|
| Weapon 1 Color | Weapon 2 Color | Weapon 3 Color |
| Arson | Precipitating Circumstance | Instrument Used |

**Comments**

## Associated Offenses

**Offense**
FUGITIVE FROM JUSTICE    ☑ Associated With Suspect

### ARREST

| Arrested As | Arrest Number | RICI Booking Num | Arrest Action |
|---|---|---|---|
| ☑ Adult  ☐ Juvenile | 100056489 | 19-00806-04 | Arrested |

| Disposition | Arrest Date/Time | Booking District | |
|---|---|---|---|
| Referred to Criminal or Adult Court | 05/26/2019 13:30 | DISTRICT D4 | ☐ Arrested on Scene |

#### Arrest Address

Street Address: BOYLSTON ST & PARK DR
City: BSTN  State: MASSACHUSETTS  Zip: 02215

| Test Given | Test Date/Time | Test Results | Test Administered By |
|---|---|---|---|
| Test Given | Test Date/Time | Test Results | Test Administered By |

Arresting Officer: VERDERICO,JAMES
Transporting Officer: VERDERICO,JAMES

Weapon 1: None
Automatic Weapon 1:
Weapon 2:
Automatic Weapon 2:
Multiple Clearance: COUNT ARRESTEE
Juvenile Disposition:
Card Number:
Warrant Number:
Warrant Signed By:
☑ OUI Alcohol Arrest

### DUI/OUI Information

| Public Way | Observed Driving | Glassy Eyes | PBT |
| Unsteady on Feet | Bloodshot Eyes | Crash | Offered Test |
| Slurred Speech | Odor | | |

Other Grounds

### Associated Charges

**Charge**
Other Offense - Failure to appear in court    ☐ Felony  ☑ Misdemeanor
**Counts** Bail
1

### Statement of Probable Cause

See Narrative.

### VICTIM

Victim Type: Society
Name (Last, First Middle): STATE, OF NEW HAMPSHIRE
Suffix | Nickname | Race | Gender | SSN | Date of Birth | Age | Age Range to
Infant Type | Height | Weight | Driver's License # | DL State
Place of Birth | Citizenship

COB000063

Case 1:22-cv-11437-DJC   Document 45-1   Filed 04/26/24   Page 4 of 5



# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I192039379 | P190258745 |

| Report Type | | |
|---|---|---|
| Incident Report | Page 4 | of 5 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 05/26/2019 13:07   to | 05/26/2019 13:07 |

| Ethnicity | Marital Status | | |
|---|---|---|---|
| Preferred | Contact #1 | Contact #2 | Email Address |

**Victim Home Address**

Street Address

| City | State | Zip |
|---|---|---|

**Employment Information**

| ☐ Student | Employer / School | Occupation |
|---|---|---|

| College Name | On Campus ☐ Yes ☐ No |
|---|---|

Street Address

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|

**Details**

| Hair Color | Eye Color | Build | Resident |
|---|---|---|---|

| Injury 1 | Injury Description |
|---|---|

| Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|

| Victim Condition | Victim-Offender |
|---|---|

| **A. Assault/Homicide** ☐ Yes ☐ No | A. Assault/Homicide Circumstance 1 | A. Assault/Homicide Circumstance 2 |
|---|---|---|

| **Justifiable Homicide** ☐ Yes ☐ No | Justifiable Homicide Circumstance | |
|---|---|---|

| Hospital Facility ☐ Victim Hospitalized | Hospital Description |
|---|---|

| Under Influence Alcohol? ☐ Yes ☐ No ☐ Unknown | Under Influence Drugs? ☐ Yes ☐ No ☐ Unknown | Domestic Disturbance | Domestic Violence Victim Transported ☐ Yes ☐ No |
|---|---|---|---|

| Violation of Protective Order ☐ Yes ☐ No | Cohabitant ☐ Yes ☐ No |
|---|---|

**Associated Offenses**

| Offense | |
|---|---|
| FUGITIVE FROM JUSTICE | ☑ Associated With Victim |

**Public Narrative**

About 1:08pm, on 05/26/2019, Officer Verderico in the D431D responded to a radio call of a person with a knife at 1341 Boylston Street, Boston (Target).

On arrival in the area (Boylston St/Park Dr) of the initial call, Officer observed an unknown male fitting the description (w/male, black shoulder length 'wet' hair, black backpack, red sweatshirt wrapped around waist, red sneakers and holding a silver/gold colored sword) of the suspect being sought. Suspect was stopped at Boylston St and Park Drive and identified as; Cristhian Geigel             The sword that Geigel was found to be in possession was a plastic toy and not real.

The D101D (Divito/Dick), D103D (Zarnoch/Bardol), D499D (Kulesza) and D411D (Kearney) were on-scene to assist.

A NCIC/Query was conducted on Geigel, showing an Active, State of New Hampshire, Grafton County Superior Court Warrant (W526153133/ OCA 215-2017-CR-00297). Geigel was placed under arrest for said warrant and transported to D-4 by the D431D (Verderico) for booking.

Boston Police Department Warrant Unit notified (Dunlap), HIT Confirmation and Warrant Located. Required paperwork submitted/faxed.

Grafton County Sheriffs Department, Supervisor; Douglas Brown notified (603-787-2111) and confirmed Extradition of Geigel.

COB000064

| Incident Report | Case Number<br>I192039379 | CAD Incident #<br>P190258745 |
|---|---|---|
| | Report Type<br>Incident Report | Page 5 of 5 |
| | Date / Time Occurred<br>05/26/2019 13:07   to | Date / Time Reported<br>05/26/2019 13:07 |

Geigel will be charged with; Fugitive From Justice On Gov's Warrant (276/19/A-0-), MGL c276 s19

COB000065