

# Boston Police Department
## Arrest Booking Form

Report Date: 05/28/2019 12:43
Booking Status: Verified
Printed By: LYNCH, Jeffrey

District: 04  UCR Code: 3125
OBTN: TBOS190080604
Court of Appearance: Roxbury District Court
Master Name: GEIGEL, Christian          Age: 39
Location of Arrest: 1341 Boylston St, Boston

Booking Name: GEIGEL, Christhian
Alias:
Address: Homeless, BOSTON MA US




**Charges:**
Fugitive From Justice (276-20B)

Booking #: 19-00806-04          Incident #: 192039379          CR Number: 004703-97
Booking Date: 05/26/2019 14:11  Arrest Date: 05/26/2019 13:30  RA Number:

| | | |
|---|---|---|
| Sex: Male | Height: 5'10 | Occupation: Unemployed |
| Race: White Hispanic | Weight: 170 lbs | Employer/School: |
| Date of Birth: | Build: Medium | Emp/School Addr: MA US |
| Place of Birth: SAN JUAN PR | Eyes Color: Brown | Social Sec. Number: |
| Marital Status: Single | Hair Color: Black | Operators License: |
| Mother's Name: | Complexion: Medium | State: MA |
| Father's Name: | | |

Phone Used: No
Examined at Hospital: No
Breathalyzer Used: No
Examined by EMS: No

Scars/Marks/Tattoos: Tattoos / Symbols / Upper Right Arm
Clothing Desc: black jeans, red sneakers, blue t-shirt, red sweatshirt

| | | | | |
|---|---|---|---|---|
| Arresting Officer: | BPD | 148310 | VERDERICO, James | Cell Number: 16 |
| Booking Officer: | BPD | 89182 | MACLEAN, Brian | Partner's #: 116906 |
| Informed of Rights: | BPD | 116906 | KULESZA, Matthew | Unit #: D431D |
| Placed in Cell By: | BPD | 89182 | MACLEAN, Brian | Trans Unit #: D101D |
| Searched By: | BPD | 148310 | VERDERICO, James | |

Cautions:
Booking Comments: BOP and Q5 completed. Q5 negative
Visible Injuries: none

**JUVENILE INFORMATION**
Person Notified:                Relationship:                  Phone:
Address:                        Juv. Prob. Officer:
Notified By:                                                    Notified Date/Time:

Bail Set By:                    I Selected the Bail Comm.
Bailed By:
Amount:
                                                                *Signature of Prisoner*

| BOP Check: | BPD | 89182 | MACLEAN, Brian |
| Suicide Check: | | | |
| BOP Warrant: | | | |
| BOP Court: | | | |

*Signature of Duty Supervisor*

COB000033



# Boston Police Department
## Prisoner Disposition Form

Master Name: GEIGEL, Christian
Booking Name: GEIGEL, Christhian

Address: Homeless, BOSTON MA US

Sex: Male
Race: White Hispanic
Date of Birth: [redacted]
District: 01
Booking #: 19-00806-04
Ident: 192039379
CR: 004703-97

Height: 5'10
Weight: 170 lbs
Eye Color: Brown
Hair Color: Black
Cell #: 16
Arrest Date: 05/26/2019 13:30
Booking Date: 05/26/2019 14:11

Charges: Fugitive From Justice (276-20B)

Report Date: 05/28/2019 11:27
Booking Status: Verified
Printed By: LYNCH, Jeffrey



**Booking Comments:**
and C completed. Q5 negative

**Visible Injuries:**
none

**Handwritten Additional Comments:**

### If Prisoner is Being Transferred

Transporting Unit:
Transporting Officer:
Transferred Date:
Receiving Agency:
Name of Receiver:

Signature of Transporting Officer

Signature of Receiving Officer

### If Prisoner is Being Released

Released By:
Released Date:

Signature of Releasing Officer

### Prisoner Personal Data Area

ID: 25.20

Property: black baseball cap, phone charger, portable battery pack, black leather wallet 25.20, sunglasses, shoelaces, seven silver colored rings, black colored arm, gold colored ring, silver colored chain, earings

Cautions:

*Took sneakers from property (Red hightop sneakers)

Detective ID# 86197
Signature of Prisoner Receiving Property

COB000034



# Boston Police Department
## Prisoner Booking Form

**Booking Name:** GEIGEL
**First:** Christhian
**Middle:**
**Suffix:**
**Home Address:** Homeless, BOSTON MA US

**Sex:** Male
**Race:** White Hispanic
**Date of Birth:**
**District:** 04
**Booking Number:** 19-00806-04
**Incident Number:** 192039379
**Arrest Date:** 05/26/2019 13:30
**Booking Date:** 05/26/2019 14:11

**Charges:** Fugitive From Justice (276-20B)

**Report Date:** 05/26/2019 14:26
**Booking Status:** Unverified
**Printed By:** MACLEAN, Brian



## Miranda Warning

Before asking you any questions, it is my duty to advise you of your rights:

1) You have the right to remain silent;
2) If you choose to speak, anything you say may be used against you in a court of law or other proceeding;
3) You have the right to consult with a lawyer before answering any questions and you may have him present with you during questioning;
4) If you cannot afford a lawyer and you want one, a lawyer will be provided for you by the State without cost to you;
5) You may also waive the right to counsel and your right to remain silent and you may answer any question or make any statement you wish. If you decide to answer any questions you may stop any time to consult with a lawyer.

**Do you understand what I have told you?**
Yes, I understand

**Informed Rights By Officer:**
BPD 116906 KULESZA, Matthew

_Signature of Prisoner_                    _Signature of Officer_

## Prisoner Property

**Money:** 25.20     **Property Storage No:**
**Property:** black baseball cap, phone charger, [portable battery pack, black leather wallet, 25.20, sunglasses, shoelaces, seven silver colored rings, black colored ring, gold colored ring, silver

Acknowledgement of property items being held

_Signature of Prisoner_

**Telephone Used:** No
**Breathalyzer Used:** No
**Examined at Hospital:** No
**Examined by EMS:** No
**Visible Injuries:**
none

COB000035