# District-4, Day Tour

| Day & Date: | Saturday, May 25, 2019 | Squad Off: 5 |
|---|---|---|

| | | VEH # |
|---|---|---|
| **Captain (DC01)** | | |
| **Duty Supervisor** | Sgt. Hogardt   D908 | |
| **Patrol Supervisor** | Sgt. DeLeo   D912 | 3519 |

| South End East Neighborhood Beat | | |
|---|---|---|
| **Sergeant** | | |
| **Detective** | *D823 Wallace* | |
| D101D (South End East) | Dick / Devito,J  **RIFLE** | 9522 |
| D411D (South End East) | McCarthy,Da  **RIFLE** | 7538 |
| D415D (South End East) | | |
| D417D (South End East) | | |
| D613D (Lower Roxbury) | | |

| S. End West / Lower Rox. Neighborhood Beat | | |
|---|---|---|
| **Sergeant** | | |
| **Detective** | *D824 Bagas* | |
| D421D (Lower Roxbury) | Mathewson | 7537 |
| D425D (Lower Roxbury) | (OT) Killion | 7539 |
| D427D (South End West) | | |
| D621D (Mass and Albany) | | |
| D623D (Mass and Albany) | | |

| Back Bay Neighborhood Patrol Beat | | |
|---|---|---|
| **Detective** | *D803 McCarthy* | |
| D103D (Back Bay) | (OT) De. McCarthy / (OT) Kulesza | 7540 |
| D431D (Back Bay) | (OT) Donlon | 9526 |
| D435D (Back Bay) | | |
| D631D (Copley/Boylston) | | |
| D633D (Copley/Boylston) | | |
| D635D (Upper Newbury) | | |
| D637D (Newbury) | | |

| Fenway Neighborhood Patrol Beat | | |
|---|---|---|
| **Sergeant** | | |
| **Detective** | *D841 Ryan* | |
| D105D (Kenmore Sq.) | | |
| D441D (East Fenway) | (OT) DaSilva | 9525 |
| D445D (West Fenway) | | |
| D447D (West Fenway) | | |
| D639D (Mass / Huntington) | | |
| D642D (Fenway Area) | | |

| District Wide Units | | |
|---|---|---|
| D201D (Wagon) | Carr / Chiola | |
| DK01D (Anti-Crime) | Tobin / (OT) Lenane | 7515 |
| DT55D (Traffic Enforcement) | Papasso | 7535 |
| DG01D (Memorial Day GC) | (OT) Butler / (OT) Bardol | 12-1600 |
| DG02D (Memorial Day GC) | (OT) Pankievich / (OT) Verderico | 12-1600 |

| Courts |
|---|
| BMC |
| Roxbury |
| Juvenile |

| CSO Personnel |
|---|
| **Supervisor** |
| DD04  C.S.O. |
| DD05  C.S.O. |
| DD07  C.S.O. |

| RECAP | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| SERVICE UNITS | 6 | CLERKS | 1 |
| MOTORCYCLES | 0 | CSO/SGT | 0 |
| BICYCLES | 0 | CSO/PO | 0 |
| FOOT PATROL | 0 | LT/DET | 0 |
| ANTI-CRIME | 1 | SGT/DET | 1 |
| CAPTAINS | 0 | DETECTIVES | 4 |
| COMMUNITY POLICING: | | **ALL UNITS AT DISTRICT - 4** | |
| (D/S MUST DO RECAP & FAX BATS TO BFS) | | | |

| E.D.T. | | |
|---|---|---|
| D912 | Sergeant DeLeo | D912 |
| D103D | Officer McCarthy | D103D |
| D103D | Officer Kulesza | D103D |
| D103D | Officer Mathewson | D421D |

| Detectives |
|---|
| DA81D Lt. Det. |
| D981D Sgt. Det.   Power |
| Detective FJC / DVU |

| Administrative Sworn | |
|---|---|
| **Chief Clerk** | Ivens |
| **Clerk L/D** | |
| **Clerk** | (OT) Gately |
| **Booking Officer** | MacLean |
| **Autos** | |
| **Evidence Clerk** | |
| **Clerk L/D** | |
| **L/D** | |

| Detail Room | |
|---|---|
| **Detail Clerk** | B. Lydon |
| **Detail Clerk** | Doherty |

| Civilian Personnel |
|---|
| **Capt.'s Clerk** |
| **Front Desk** |
| **CSO** |
| **Detectives** |

| Assignments | |
|---|---|
| Code 19's | |
| **Harrison Av / Worcester Sq** | |
| 0730-1000 | D101D |
| **Lenox** | |
| 1200-1400 | D103D |
| 1400-1600 | D201D |
| **Villa** | |
| 1200-1400 | DG01D |
| 1400-1600 | DG02D |
| | |
| D691/D693/D695 Do not Count towards Minimum Manning | |

Minimum Manning: 14 Officers outside and 2 Officers inside.

# District-4, Day Tour

| Day & Date: | Saturday, May 25, 2019 | Squads Off: 5 |
|---|---|---|

Page 2.

| Comp Day Off: | Comp Day Off (Civilian) |
|---|---|
| Vilvalex - WO | |

OPERATION CROSSWALK TUES. and THURS.

COB001156

B. O'Donnell - WO
M. Ryan - WO

| Vacation: | Vacation (Civilian) |
|---|---|
| Harlow | |
| Flynn | |

| Sick/Injured: | Sick Civilian |
|---|---|
| Litto | |
| McNabb | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| | |

| Range (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| | | Detailed Out |
|---|---|---|
| | | Walton - Run to Remember |
| | | Gill - WI Run to Remember |

| Admin Regular ScheduledDay Off | | Grant Funded O.T. Patrols |
|---|---|---|
| Captain Sweeney | Lt. Ryan | |
| Lt. Det. Hopkins | Lt. Hill | Supervisor |
| Sgt. Freeman | Nagle | P.O. |
| Det. Keeley | | P.O. |
| Evans | Travers | P.O. |
| Cadet Watty-Niles | Slyne | P.O. |
| Regular Scheduled Day Off Personnel | | P.O. |
| Sgt. Buckley | Det. Lundbohm | |
| | Det. Haley | Summons |

| DiPerri | Lynch | Swaps |
|---|---|---|
| Green | McDonagh | |
| Hansford | O'Connor | |
| Kearney | O'Donnell,T-MIS | |
| Lucas | Verderico | |

| Additonal Notes, Comments & Assignments |
|---|
| |
| |
| |
| |
| |
| |

OPERATION CROSSWALK TUES. and THURS.

COB001157

# District-4, Day Tour

| Day & Date: | Sunday, May 26, 2019 | Squad Off: | 1 |
|---|---|---|---|

| | | VEH # | (D/S MUST DO RECAP & FAX BATS TO BFS) | | | |
|---|---|---|---|---|---|---|
| **Captain (DC01)** | | | RAPID RESPONSE | 3 | DESK SUPERVISOR | 1 |
| **Duty Supervisor** | Sgt. Buckley | D907 | WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| **Patrol Supervisor** | Sgt. Deleo | D912 | SERVICE UNITS | 8 | CLERKS | 5 |
| **South End East Neighborhood Beat** | | | MOTORCYCLES | 0 | CSO/SGT | 0 |
| **Sergeant** | | | BICYCLES | 0 | CSO/PO | 0 |
| **Detective** | D824 Bagas | | FOOT PATROL | 0 | LT/DET | 0 |
| **D101D (South End East)** | Dick / Devito | | ANTI-CRIME | 0 | SGT/DET | 0 |
| **D411D (South End East)** | Kearney | | CAPTAINS | 0 | DETECTIVES | 4 |
| **D415D (South End East)** | (OT) Coppinger | | COMMUNITY POLICING: ALL UNITS AT DISTRICT - 4 | | | |
| **D417D (South End East)** | | | **E.D.T.** | | | |
| **D611D  (South End)** | | | Supervisor | Sgt. Deleo | | D912 |
| **D613D  (Lower Roxbury)** | | | PO | Bardol | | D103D |
| **S. End West / Lower Rox. Neighborhood Beat** | | | PO | Zarnoch | | D103D |
| **Sergeant** | | | PO | Donlon | | D441D |
| **Detective** | D823 Wallace | | **Detectives** | | | |
| | | | DA81D Lt. Det. | | | |
| **D421D (Lower Roxbury)** | McCarthy,Da | | D981D Sgt. Det. | | | |
| *D425D  (Lenox Street Area)* | (OT) DaSilva | Road Race | Clerk | | | |
| *D427D  (Lower Roxbury)* | | | **Administrative Sworn** | | | |
| | | | L/D Clerk | | | |
| **D621D  (Mass and Albany)** | | | Chief Clerk | Travers | | |
| **D623D  (Mass and Albany)** | | | Chief Clerk | | | |
| **Back Bay Neighborhood Patrol Beat** | | | Clerk | Lynch | | |
| **Sergeant** | | | Booking Officer | MacLean | | |
| **Detective** | D825 Lundbohm | | Autos | Nagle | | |
| **D103D  (Back Bay)** | (OT) Bardol /(OT) Zarnoch | | Evidence Clerk | | | |
| **D431D  (Back Bay)** | Verderico | | **Detail Room** | | | |
| **D435D  (Back Bay)** | | | Detail Clerk | | | |
| | | | Detail Clerk | Doherty | | |
| **D631D (Pru / Boylston)** | | | **Civilian Personnel** | | | |
| **D633D (Newbury/Boylston)** | | | Captain's Clerk | | | |
| **D635D (Upper Newbury )** | | | Civilian  Clerk | | | |
| **D637D (Lower  Newbury )** | | | Front Desk | | | |
| **D639D (Boylston/Copley)** | | | CSO | | | |
| | | | Detectives | | | |
| **Fenway Neighborhood Patrol Beat** | | | **Assignments** | | | |
| **Sergeant** | | | **Code 19's** | | | |
| **Detective** | | | Harrison/Worcester Sq | | | |
| **D105D  (Kenmore Sq.)** | (OT) Russell /(OT) Lenane | | 7:30AM - 9:00AM (D101D) | | | |
| **D441D (East Fenway)** | (OT) Donlon | | | | | |
| *D445D  (East Fenway)* | | | Code 19's Lenox St | | | |
| **D447D (West Fenway)** | | | 12-2pm (D105D & D499D) | | | |
| **D641D (Mass / Huntington)** | | | 2-4pm (D103D) | | | |
| **D693** | | | | | | |
| **District Wide Units** | | | | | | |
| **D201D ( Wagon)** | Carr / Chiola | | | | | |
| **Anti-Crime Supervisor** | | | | | | |
| **DK01D (Anti-Crime)** | | | | | | |
| **D499D ( District Wide)** | (OT) Kulesza | 1200-1600 | | | | |
| **DG01D (Memorial Day GC)** | (OT) Parlon / (OT) Simpson | 1200-1600 | Villa Code 19 (DG01D) | | | |
| | | | | | | |
| **DT55D** | Lucas | | | | | |
| **Courts** | | | | | | |
| **BMC** | | | | | | |
| **Roxbury** | | | | | | |
| **Juvenile** | | | | | | |
| **CSO Personnel** | | | | | | |
| **Supervisor** | | | **Minimum Manning Requirements** | | | |
| **DD03  C.S.O.** | | | 15 Patrol Officers,One Booking & One Clerk | | | |
| **DD04  C.S.O.** | | | **Green does not count towards minimum manning** | | | |
| **DD05  C.S.O.** | | | " * " indicates that the person was sick their previous tour of duty. | | | |
| **DD07  C.S.O.** | | | | | | |

| District Four, Day Tour | | | Page 2. |
|---|---|---|---|
| Day & Date: | Sunday, May 26, 2019 | Squads Off: | 1 |
| Comp Day Off: | | Comp Day Off (Civilian) | |

COB001158

OPERATION CROSSWALK TUES. and THURS.

Ivens - PL

| Vacation: | | Vacation (Civilian) |
|---|---|---|
| McDonagh | Det. Haley | |
| Hansford | | |
| DiPerri | | |
| O'Connor | | |

| Sick / Injured: | Sick Civilian |
|---|---|
| Green - FMLA | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| O'Donnell,T | |

| Range (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| Admin Regular Scheduled Day Off | | Detailed Out / Special Assignments |
|---|---|---|
| Captain Sweeney | Lt. Ryan | Gill - WI Run to Remember |
| Lt. Det. Hopkins | Lt. Hill | |
| Det. Keeley | Litto | |
| Evans | Slyne | |
| McNabb | B. O'Donnell   Sgt. Power | |

| Regular Scheduled Day Off Personnel | | Grant Funded O.T. Patrols |
|---|---|---|
| Sgt. Hogardt | Det. Ryan | Supervisor |
| | Det. McCarthy | P.O. |
| | | P.O. |
| | | P.O. |
| | | Summons |
| Flynn | Papasso | |
| Harlow | Tobin | Swaps |
| Lydon, B | Vivalex | |
| Mathewson | Walton | |

| Additonal Notes, Comments & Assignments |
|---|

OPERATION CROSSWALK TUES. and THURS.

COB001159

# District-4, Day Tour

| Day & Date: | **Monday, May 27, 2019** | Squad Off: | 1 |
|---|---|---|---|

OPERATION CROSSWALK EVERY TUESDAY & THURSDAY

| | | VEH # | (D/S MUST DO RECAP & FAX BATS TO BFS) | | | |
|---|---|---|---|---|---|---|
| **Captain (DC01)** | Captain Sweeney | | RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| | | | WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| **Duty Supervisor** | Sergeant DeLeo | | SERVICE UNITS | 6 | CLERKS | 1 |
| **South End East Neighborhood Beat** | | | MOTORCYCLES | 0 | CSO/SGT | 0 |
| | | | BICYCLES | 0 | CSO/PO | 1 |
| **Detective** | *D823 Wallace* | | FOOT PATROL | 1 | LT/DET | 0 |
| **D101D (South End East)** | (OT) S. O'Brien / Verderico | 7537 | ANTI-CRIME | 1 | SGT/DET | 0 |
| **D411D (South End East)** | Kearney | 7536 | CAPTAINS | 1 | DETECTIVES | 3 |

**COMMUNITY POLICING: ALL UNITS AT DISTRICT - 4**

### E.D.T.
- D907 Sergeant Buckley
- D101D Officer S. O'Brien
- D103D Officer Verderico
- D431D Officer King

### Detectives
- DA81D Lt. Det.
- D981D Sgt. Det.
- Clerk

**S. End West / Lower Rox. Neighborhood Beat**

| | | | |
|---|---|---|---|
| **Detective** | *D843 Keeley* | | |
| **D421D (Lower Roxbury)** | McCarthy,Da.  **RIFLE** | 7538 | |
| | | 7540 | |

### Administrative Sworn
- L/D Clerk
- **Chief Clerk** Travers
- Captain's Clerk
- **Clerk** Lynch
- **Booking Officer** MacLean
- **Autos  DD11** Nagle
- Evidence Clerk

### Detail Room
| Detail Clerk | McDonagh |
| Detail Clerk | Donovan- WI |

### Civilian Personnel
- Captain's Clerk
- **Community Service** Blas
- Cadet
- CSO Clerk
- **Detective's Clerk** Williams

**Back Bay Neighborhood Patrol Beat**

| | | | |
|---|---|---|---|
| **Sergeant** | Sergeant Buckley    D907 | 3519 | |
| **Detective** | *D825 Lundbohm* | | |
| **D103D (Back Bay)** | (OT) Francis / (OT) Pagan | 9526 | |
| **D431D (Back Bay)** | (OT) King  **RIFLE** | 9522 | |
| **D633D (Newbury / Boylston)** | (OT) Simpson | 9524 | |

### CD19 Assignments
**Harrison Av / Worcester Sq**
| 0730-1000 | DK01D |

**Lenox**
| 1200-1400 | D101D |
| 1400-1600 | D103D |

**780 Albany Street**
| 0830-0930 | D431D |
| 1230-1330 | D441D |

**Villa**
| 1200-1400 | DG01D |
| 1400-1600 | DG02D |

**Fenway Neighborhood Patrol Beat**

| | | | |
|---|---|---|---|
| **Detective** | *D824 Bagas* | | |
| **D441D (East Fenway)** | (OT) Sparrow | 9525 | |

### Rifle Cars
D421D & D431D

**District Wide Units**

| | | | |
|---|---|---|---|
| **D201D (Wagon)** | (OT) Zarnoch / (OT) McCabe | 7609 | |
| **DK01D (Anti-Crime)** | Dick / Devito | 7515 | |
| **DG01D (1200-1600)** | (OT)Kulesza/(OT)Abasciano | 7539 | |
| **DG02D (1200-1600)** | (OT)Lonergan/(OT)Cavanaugh | 5532 | |
| **D499D** | (OT) L. Wright | 7540 | |
| **DT55D** | Lucas | 7535 | |

**Courts**
| BMC | Russell / Vinson |
| Roxbury | Doyle |
| Juvenile | |

**CSO Personnel**
| Supervisor | |
| DD03  C.S.O. | |
| DD04  C.S.O. | |
| DD05  C.S.O. | |
| DD07  C.S.O. | Slyne |

### Minimum Manning Requirements
15 Patrol Officers, One Booking & One Clerk
D635D does not count towards minimum mannning

**District Four, Day Tour**                                                                 **Page 2.**

COB001160

| Day & Date: | | Squads Off: | 1 |
|---|---|---|---|

| **Comp Day Off:** | | **Comp Day Off (Civilian)** |
|---|---|---|
| Ivens - PL,  Doherty- WO | Lt. Det. Hopkins- E | |
| Carr- PL | Lt. Ryan- E | |
| Chiola- PL | Lt. Hill- E | |
| Evans- E | Sgt. Freeman- E | |

| **Vacation:** | | **Vacation (Civilian)** |
|---|---|---|
| Hansford | Haley | |
| DiPerri | | |
| O'Connor | | |

| **Sick / Injured:** | **Sick Civilian** |
|---|---|
| Green - FMLA | |

| **MIS:** | **BPSOF / BPPA / BPDS** |
|---|---|
| O'Donnell,T-inj | |

| **Range  (Arrive 15 minutes prior)** | **Inservice Training** |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| **Admin Regular ScheduledDay Off** | | **Detailed Out / Special Assignments** |
|---|---|---|
| McNabb | Sgt. Det. Power | |
| Litto | | |
| B. O'Donnell | | |

| **Regular Scheduled Day Off Personnel** | | **Grant Funded O.T. Patrols** |
|---|---|---|
| Sgt. Hogardt | Det. Ryan | Supervisor |
| | Det. McCarthy,T. | P.O. |
| | | P.O. |
| | | P.O. |

| | | **Summons** |
|---|---|---|
| Flynn | Papasso | **Swaps** |
| Harlow | Tobin | |
| Lydon, B | Vilvalex | |
| Mathewson | Walton | |

| **Additonal Notes, Comments & Assignments** |
|---|
| |

COB001161

# District-4, Day Tour

| Day & Date: | Tuesday, May 28, 2019 | Squad Off: 3 |
|---|---|---|

| In-Charge | | VEH # |
|---|---|---|
| Captain (DC01) | Captain Sweeney | |
| Duty Supervisor | Lieutenant Hill | DA04 |

### South End East Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | Sgt. Hogardt | D908 |
| Detective | D825 Lundbohm | |
| D101D (South End East) | Flynn / (OT) Katikakis | 7539 |
| D411D (South End East) | Kearney | 7536 |
| D415D (South End East) | (OT) O'Connor | |
| D611D (South End) | | |
| D613D (South End) | | |

### S. End West / Lower Rox. Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | D803 McCarthy | |
| D421D (South End) | (OT) Forde | 7540 |
| D425D (Lenox St Area) | Harlow **RIFLE** | 9522 |
| D427D (South End West) | | |
| D621D (Mass and Cass) | | |
| D622D (Tremont St) | | |

### Back Bay Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | Sergeant Buckley | D907 |
| Detective | D843 Keeley / Fancelli WI | |
| D103D (Back Bay) | (OT) Francis / (OT) Pagan | 9526 |
| D431D (Back Bay) | (OT) Shoulla | 7541 |
| D435D (Back Bay) | (OT) Herrera-Brea | 9525 |
| **D630D (Pru/Boylston)** | | |
| **D631D (Copley/Boylston)** | | |
| **D633D (Copley Sq.)** | | |
| **D634D (Newbury)** | | |
| **D635D (Newbury)** | | |
| **D636D (Newbury)** | | |
| **D637D ( Newbury)** | | |

### Fenway Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | D841 Ryan | |
| D105D (Kenmore Sq.) | | |
| D441D (East Fenway) | (OT) Patterson | |
| D445D (East Fenway) | Lucas | 9523 |
| D447D (West Fenway) | | |
| D639D (Mass/Huntington) | | |

### District Wide Units

| | | |
|---|---|---|
| D201D (Wagon) | Verderico / (OT) Butcher | 7609 |
| D203D (Wagon) | | |
| Anti-Crime Supervisor | | |
| DK01D (Anti-Crime) | Tobin / Mathewson | 7515 |
| DK03D (Anti-Crime) | | |
| DT55D (Traffic Enf.) | Papasso | 7535 |

### Courts

| | |
|---|---|
| BMC | Russell / Vinson |
| Roxbury | Walton |

### CSO Personnel

| | | |
|---|---|---|
| D905 Supervisor | Sergeant Freeman | |
| DD04 C.S.O. | Litto | |
| DD05 C.S.O. | Evans | |
| DD07 C.S.O. | Slyne | |

### RECAP

| | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 2 |
| SERVICE UNITS | 9 | CLERKS | 2 |
| MOTOR CYCLES | 0 | CSO/SGT | 1 |
| BICYCLES | 0 | CSO/PO | 3 |
| FOOT PATROL | 0 | LT/DET | 1 |
| ANTI-CRIME | 1 | SGT/DET | 1 |
| CAPTAINS | 1 | DETECTIVES | 5 |

COMMUNITY POLICING: ALL UNITS AT DISTRICT - 4
(D/S MUST DO RECAP & FAX BATS TO BFS)

### E.D.T.

| | |
|---|---|
| Supervisor | D14 Sgt. |
| PO | Flynn   D101D |
| PO | Katikakis   D101D |
| PO | Lucas   D445D |

### Detectives

| | |
|---|---|
| DA81D Lt. Det. | Hopkins |
| D981D Sgt. Det. | Power |
| Clerk | |

### Administrative Sworn

| | |
|---|---|
| Chief Clerk | Travers / O'Donnell |
| Auto    DD11 | Nagle |
| Clerk | (OT) L. Wright |
| Booking Officer | Lynch |
| Evidence Clerk | McNabb |

### Detail Room

| | |
|---|---|
| Detail Clerk | McDonagh / Lydon, B |

### Civilian Personnel

| | |
|---|---|
| Captain's Clerk | |
| Community Service | Blas |
| CSO Clerk | |
| Detective's Clerk | Williams |
| Cadet | Watty-Niles |

### Assignments

**Brigham & Women's Hosp - Prisoner Watch**
D411& D445 7:30-9:30, D415&D431 9:30-11:30,
D421&D435 11:30-13:30, D103 13:30-16:00

#### CD19 Assignments

**Lenox**

| | |
|---|---|
| 1200-1400 | D103D |
| 1400-1600 | D201D |

**780 Albany Street**

| | |
|---|---|
| 0830-0930 | DT55D |
| 1230-1330 | D421D |

#### CD8 Assignments

| School Safety Posts | | | Unit |
|---|---|---|---|
| McKinley S.E. Academy | 0900-1530 | 90 Warren Avenue | D421D |
| McKinley School | 0720-1315 | 97 Peterboro Street | D441D |
| Cathedral High School | 0730-1530 | Washington St .@ Union Park | D431D |
| Snowden School | 0730-1415 | 150 Newbury Street | D411D |

**School Traffic Post**

**Blackstone School**
West Dedham between Washington St and Shawmut Av

| | |
|---|---|
| 0730-0930 & 1330-1530 | DT55D |

Minimum Manning: 15 Officers outside and two Officers inside.
D635D does not count towards minimum manning

District-4, Day Tour                                              Page 2.

| Day & Date: | Tuesday, May 28, 2019 | Squads Off: 3 |
|---|---|---|

| Comp Day Off: | Comp Day Off (Civilian) |
|---|---|
| | |

| Vacation: | | Vacation (Civilian) |
|---|---|---|
| Diperri | Det. Haley | |
| Hansford | | |
| O'Connor | | |

| Sick/Injured: | Sick Civilian |
|---|---|
| Green - FMLA | |
| Vilvalex | |
| Lt. Ryan | |

| MIS: | BPSOF / BPPA / BPDS |
|---|---|
| T. O'Donnell | |

| Range (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 9:45A.M. | |
| 1:15P.M. | |

| | Detailed Out  //   Assignments |
|---|---|
| | Walton @ Rox Ct (Doyle) |

| Admin Regular ScheduledDay Off | |
|---|---|

| Grant Funded O.T. Patrols |
|---|
| Supervisor |
| P.O. |
| P.O. |
| P.O. |
| P.O. |
| P.O. |

| Regular Scheduled Day Off Personnel | |
|---|---|
| | |
| Sgt. Deleo | Det. Wallace |
| | Det. Bagas |
| | |
| | |
| Carr | Doherty |
| Chiola | Ivens |
| Dick | Maclean |
| Devito | Da. McCarthy |

| Summons |
|---|

| Swaps |
|---|

| Additonal Notes, Comments & Assignments |
|---|
| D103D to Brigewater to pickup prisoner |

# District-4, First Half Tour

| Day & Date: | Saturday, May 25, 2019 | Squad Off: 5 |
|---|---|---|

| | VEH # |
|---|---|
| Captain (DC01) | |
| Duty Supervisor | **(OT) Lt. Foley** |
| Patrol Supervisor | **Sgt. McGrail    D903** |

### South End East Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | | D820 Simpson |
| **D101F** | **(South End East)** | **Turcotte/ Martinez** |
| **D411F** | **(South End East)** | |
| D415F | (South End East) | **(OT) Dick** |
| D417F | (South End East) | |
| **D611F** | **(Blackstone Park)** | **Coppinger** |
| **D613F** | **(SoWa Area)** | |
| **D615F** | **(Villa Victoria)** | |

### S. End West / Lower Rox. Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | | D822 Felix |
| **D421F** | **(Lower Roxbury)** | **Katikakis** |
| **D427F** | **(Lower Roxbury)** | **(OT) Tobin** |
| **D425F** | **(South End West)** | |
| D621F | (Mass and Albany) | |
| D623F | (Tremont St) | |

### Back Bay Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | | D837 Kelleher |
| **D103F** | **(Back Bay)** | **Bardol / Sparrow** |
| D431F | (Back Bay) | **(OT) Marshall** |
| D435F | (Back Bay) | **(OT) Cook** |
| **D437F** | **(Back Bay)** | |
| **D631F** | **(Boylston/Copley)** | |
| **D633F** | **(Boylston/Copley)** | |
| **D635F** | **(Upper Newbury)** | |
| **D637F** | **(Lower Newbury)** | |

### Fenway Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | | D801 Fencer |
| **D105F** | **(Kenmore Sq.)** | |
| **D441F** | **(East Fenway)** | **(OT) Walsh** |
| D445F | (Fenway East) | **(OT) Hernandez** |
| D447F | (Fenway East) | |
| **D641F** | **(Fenway Area)** | |
| **D442F** | **(West Fenway)** | |
| D446F | (Fenway West) | |
| D642F | (Fens area) | |

### District Wide Units

| | | |
|---|---|---|
| **D201F** | **(Wagon)** | **(OT) Carr /(OT) Chiola** |
| **D203F** | **(Wagon)** | |
| **DT55** | **(Traff. Enf.)** | |
| **DK01F** | **(Anti-Crime)** | **Butler / Haslett** |
| **DG01F** | **(Memorial Day GC)** | **(OT). T. McCarthy/ (OT) Dunn** |
| **DG02F** | **(Memorial Day GC)** | **(OT) Mathewson/ (OT) Simonson** |
| **D693F** | **(Bike Patrol)** | **De. McCarthy** |
| D695 | | |

### CSO Personnel

| | |
|---|---|
| **DD01F** | |
| **DD03F** | **(Y.S.O.)** |
| **DD06F** | |

### Civilian Personnel

| | |
|---|---|
| Clerk | |
| Cadet | |

### Injured

### RECAP

| | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| SERVICE UNITS | 7 | CLERKS | 3 |
| MOTORCYCLES | 0 | CSO SGT. | 0 |
| BICYCLES | 1 | CSO P.O. | 0 |
| FOOT PATROL | 1 | LT. DET. | 0 |
| ANTI-CRIME | 1 | SGT. DET. | 0 |
| CAPTAINS | 0 | DETECTIVES | 4 |

**COMMUNITY POLICING: All Units At District-4**
**(DS MUST DO RECAP & FAX BATS TO BFS)**

### E.D.T.

| | |
|---|---|
| Supervisor | **D903** |
| PO Dick | **D415F** |
| PO Martinez | **D101F** |
| PO Turcotte | **D101F** |

### Detectives

| |
|---|
| DA81D Lt.-Det. |
| D982F Sgt. |
| D984F Sgt.-Det. |
| Detective |
| Detective |

**Drug Unit (Detailed In)    Squad 6**

### Clerical Sworn

| | |
|---|---|
| Clerk L/D | |
| Clerk | **Kulesza** |
| Booking Officer | **Gately** |
| L/D | |
| L/D | |

### Detail Room

| | |
|---|---|
| Detail Clerk | **L. Wright** |
| Detail Clerk | |
| Detail Clerk | |

### DAILY ASSIGMENTS & NOTES:

**Code 19's**
**Mass Ave and Albany Street**

Code 19's Lenox St
4-6pm---D101F
6pm-8pm---DK01F
8pm-10pm---D201F
10pm-finish---D103F

Villa CD 19's
D445F
D441F
D435F
D427F

The Duty Supervisor must make a notation on the
Bat of any comments or notes pertaining to the shift.
The notes will then be placed in the "Blue Detail"
book by the Chief Clerk's Office.

**F.I.O.'s & TAGS**
**Minimum Manning Requirements**
15 Officers outside and 2 Officers inside.

COB001164

# District-4, First Half Tour
## Page 2.

**Day & Date:** Saturday, May 25, 2019          **Squads Off:** 5

| Comp Day Off: | | Comp Day Off (Civilian) | |
|---|---|---|---|
| Sgt. Carroll - E | | | |

| Vacations: | | Vacation (Civilian) | |
|---|---|---|---|
| Keaton | | | |
| Brady | | | |
| Burton | | | |
| J. Lydon | | | |

| Sick: | | Sick (Civilian) | |
|---|---|---|---|
| Arthur | Sgt. Wright | | |

| MIS: | | BPSOF / BPPA / BPDS | |
|---|---|---|---|
| Rockwell | | | |

| Range (Arrive 15 minutes prior) | | Inservice Training | |
|---|---|---|---|
| 6:00 PM | | | |
| 8:00 PM | | | |

| | | Detailed Out | |
|---|---|---|---|

| Admin Regular Scheduled Day Off | | | |
|---|---|---|---|
| Lt. Gaughan | Pagan | | |
| | Francis | Grant Funded O.T. Patrols | |
| Cadet Liang | Shoulla | Supervisor | |

| Regular Scheduled Day Off Personnel | | | |
|---|---|---|---|
| Sgt. Grey | Det. Parlon | P.O. | |
| | Det. Tierney - MIS | P.O. | |
| | Det. Fancelli | P.O. | |
| Bucelewicz | McGregor | P.O. | |
| Donovan | Moccia | P.O. | |
| Hessler | Paulino | Summons | |
| McMorrow | Texeria | | |
| Medrano | King | Swaps | |

**ADDITIONAL NOTES & ASSIGNMENTS**

| |
|---|
| |

# District-4, First Half Tour

| Day & Date: | Sunday, May 26, 2019 | Squad Off: 1 |

| | | VEH # |
|---|---|---|
| Captain (DC01) | | |
| Duty Supervisor | **Sgt. Grey** | **D904** |
| Patrol Supervisor | **Sgt. Wright** | **D909** 3531 |
| Patrol Supervisor | | |

| South End East Neighborhood Beat |||
|---|---|---|
| Sergeant | | |
| Detective | | |
| **D101F** | **(South End East)** | **(OT) Lundbohm / (OT) Cook** 9522 |
| **D411F** | **(South End East)** | **(OT) Kearney** 7536 |
| *D415F* | *(South End East)* | **(OT) Bertocchi** 9525 |
| **D611F** | **(Blackstone Park)** | **Coppinger** 7540 |
| **D613F** | **(Castle Square)** | |
| **D615F** | **(Villa Victoria)** | |
| **D617F** | **(O'Day Playground)** | |

| S. End West / Lower Rox. Neighborhood Beat |||
|---|---|---|
| Sergeant | | |
| Detective | D820 Simpson/ D822 Felix | |
| **D421F** | **(Lower Roxbury)** | **Paulino** 9526 |
| *D425F* | *(Lower Roxbury)* | **King** 5532 |
| **D427F** | **(South End West)** | |
| D621F | (Mass and Albany) | |
| D625F | | |

| Back Bay Neighborhood Patrol Beat |||
|---|---|---|
| Sergeant | | |
| Detective | | |
| **D103F** | **(Back Bay)** | **Bardol / Sparrow** 9523 |
| **D431F** | **(Back Bay)** | **(OT) Moore** 9524 |
| **D435F** | **(Back Bay)** | |
| **D437F** | **(Back Bay)** | |
| **D631F** | **(Upper Boylston)** | |
| **D633F** | **(Boylston/Copley)** | |
| **D635F** | **(Upper Newbury)** | |
| **D637F** | **(Lower Newbury)** | |
| **D639F** | | |

| Fenway Neighborhood Patrol Beat |||
|---|---|---|
| Sergeant | | |
| Detective | D842 Parlon | |
| **D105F** | **(Kenmore Sq.)** | |
| **D441F** | **(East Fenway)** | **(OT) Lucas** 7535 |
| *D445F* | *(Fenway East)* | **Katikakis** 7537 |
| *D447F* | *(Fenway East)* | |
| **D641F** | **(Fens Area)** | |

| District Wide Units |||
|---|---|---|
| **D201F** | **(Wagon)** | **(OT) Travers /(OT) Da. McCarthy** 7609 |
| **DT55F** | **( Traffic )** | |
| **DK01F** | **( Anti Crime)** | **Hessler / Medrano** 7515 |
| **DG01F** | **(Memorial Day GC)** | **(OT) Carr / (OT) Chiola** 5613 |
| **DG02F** | **(Memorial Day GC)** | **(OT) Boyle / (OT) Marshall** 7539 |
| **D691F** | **(Bike Patrol)** | |
| **D693F** | **(Bike Patrol)** | |
| **D695F** | | |
| **DG01F** | **(Villa)** | |
| **DG03F** | | |

| CSO Personnel ||
|---|---|
| **DD01F** | |
| **DD03F** | **(Y.S.O.)** |
| **DD06F** | |

| Civilian Personnel |
|---|
| Clerk |
| Cadet |

| Injured |
|---|

---

## RECAP

| RAPID RESPONSE | 4 | DUTY SUPERVISOR | 1 |
|---|---|---|---|
| WAGON PATROL | 1 | PATROL SUPERVISOR | 1 |
| SERVICE UNITS | 6 | CLERKS | 3 |
| MOTORCYCLES | / | CSO SGT. | / |
| BICYCLES | / | CSO P.O. | / |
| FOOT PATROL | 1 | LT. DET. | / |
| ANTI-CRIME | 1 | SGT. DET. | / |
| CAPTAINS | / | DETECTIVES | 3 |

COMMUNITY POLICING: All Units At District-4
(DS MUST DO RECAP & FAX BATS TO BFS)

### E.D.T.
| Supervisor | D14 | |
|---|---|---|
| PO | Bardol | D103 |
| PO | Sparrow | D103 |
| PO | King | D425 |

### Detectives
DA81D Lt.-Det.
D982F Sgt.-Det.
D984F Sgt.-Det.
Detective
Detective (L/D)

### Drug Unit (Detailed In)    Squad 6
| VD983 Sgt. Det. Keenan | VD103 PO Stoddard |
| VD189 PO Rodriques | PO Ryan |
| | Det. Boyle |

### Clerical Sworn
| Clerk L/D | |
| Clerk | **(OT) Dick** |
| Booking Officer | **Kulesza** |
| Clerk L/D | |

### Detail Room
| Detail Clerk | |
| Detail Clerk  L/D | **Wright** |
| Detail Clerk | |

### DAILY ASSIGNMENTS & NOTES:
P/S to perform OPERATION CRISS-CROSS

Code 19's Lenox St
| 4-6 | 6-8 | 8-10 | 10-finsh |
|---|---|---|---|
| D103 | D101 | DK01 | D201 |

GANG CARS FIXED POST CD19
DG01  LENOX 4-8 / VILLA 8-11:45
DG02    VILLA 4-8 / LENOX 8-11:45

The Duty Supervisor must make a notation on the
Bat of any comments or notes pertaining to the shift.
The notes will then be placed in the "Blue Detail"
book by the Chief Clerk's Office.

**Minimum Manning**
15 patrol officers, 1 booking & 1 clerk

All walking beats are included when figuring minimum
manning requirements

| **Day & Date:** | **Sunday, May 26, 2019** | **Squads Off:** 1 |
|---|---|---|

| Comp Day Off: | | Comp Day Off (Civilian) |
|---|---|---|
| **Bucelewicz- PL** | | |
| **McGregor- PL** | | |
| **Donovan- WO** | | |

| Vacations: | | Vacation (Civilian) |
|---|---|---|
| **McMorrow** | **Brady** | |
| **Burton** | | |

| Sick: | | Sick (Civilian) |
|---|---|---|
| **Det. Fancelli** | **De. McCarthy -J** | |
| **Texeria** | | |

| MIS: | | BPSOF / BPPA / BPDS |
|---|---|---|
| **Tierney** | **Clark** | Moccia - LO |

| Range  (Arrive 15 minutes prior) | | Inservice Training |
|---|---|---|
| **6:00 PM arrive by 5:45pm** | | |
| **8:00 PM arrive by 7:45pm** | | Detailed Out |

| Admin Regular Scheduled Day Off | | |
|---|---|---|
| **Lt. Gaughan** | **Pagan** | |
| **Sgt. Det. Carroll** | **Shoulla** | Grant Funded O.T. Patrols |
| **Francis** | **Cadet Liang** | **Supervisor** |

| Regular Scheduled Day Off Personnel | | |
|---|---|---|
| Sgt. McGrail | **Det. Kelleher** | P.O. |
| | **Det. Fencer** | P.O. |
| | | P.O. |
| | | P.O. |
| | | P.O. |

| | | Summons |
|---|---|---|
| Arthur | Lydon,J | |
| Butler | Martinez | |
| | Rockwell | Swaps |
| Gately | Turcotte | |
| Haslett | Keaton | |

O'Brien - Military Deployment

**ADDITIONAL NOTES & ASSIGNMENTS**

# District-4, First Half Tour

| Day & Date: | Monday, May 27, 2019 | Squad Off: 1 |
|---|---|---|

| | | VEH # |
|---|---|---|
| Captain (DC01) | | |
| Duty Supervisor | Lt. Gaughan | DA02 |
| Patrol Supervisor | Sgt. Grey | D904 |
| Patrol Supervisor | Sgt. Wright | D909 |

### South End East Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | Sgt. Carty - WI | D906 |
| Detective | D822 Felix | |
| **D101F** (South End East) | Kulesza / (OT) Russell | 7539 |
| **D411F** (South End East) | (OT) Travers | 7540 |
| *D415F* (South End East) | | |
| **D417F** (South End) | | |
| **D611F** (Blackstone Park) | Coppinger | 9524 |
| **D613F** (Castle Square) | | |
| **D615F** (Villa Victoria) | | |
| **D617F** (O'Day Playground) | | |

### S. End West / Lower Rox. Neighborhood Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | D819 Det. Gill - L/D | |
| **D102F** (South End West) | | |
| **D421F** (Lower Roxbury) | Paulino | 9526 |
| *D425F* (Lower Roxbury) | King | 9522 |
| **D427F** (South End West) | | |
| **D621F** (Mass and Albany) | | |
| **D623F** (Lenox/ Shawmut) | | |
| **D625F** (Lenox/Shawmut) | | |

### Back Bay Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | D820 Simpson | |
| **D103F** (Back Bay) | Katikakis / Sparrow | 9525 |
| **D431F** (Back Bay) | (OT) Cook | 5532 |
| **D435F** (Back Bay) | | |
| **D437F** (Back Bay) | | |
| **D631F** (Boylston/Pru) | | |
| **D633F** (Boylston/Copley) | | |
| **D635F** (Upper Newbury) | | |
| **D637F** (Lower Newbury) | | |
| **D639F** | | |

### Fenway Neighborhood Patrol Beat

| | | |
|---|---|---|
| Sergeant | | |
| Detective | D842 Parlon/ D817 Fancelli * | |
| **D105F** (Kenmore Sq.) | | |
| **D441F** (East Fenway) | (OT) Lucas | 7536 |
| *D445F* (Fenway East) | Texeria | 7541 |
| *D447F* (Fenway West) | | |
| **D641F** (Fens Area) | | |

### District Wide Units

| | | |
|---|---|---|
| D201F (Wagon) | (OT) Canty / (OT) Bertocchi | 7609 |
| DT55F (Traffic) | Brady | 7535 |
| DK01F (Anti-Crime) | Hessler / Medrano | 7515 |
| DG01F | (OT) Verderico / (OT) Bagas | 7537 |
| DG03F | (OT) McDonagh / (OT) Boyle | 9523 |
| D693F (Bike Patrol) | | |
| D695F | | |

### CSO Personnel

| | |
|---|---|
| **D906** (CSO-Sup) | |
| DD01F | Pagan |
| DD03F (Y.S.O.) | |
| DD06F | Francis |

### Civilian Personnel

| | |
|---|---|
| Clerk | |
| Cadet | Liang |

### RECAP

| | | | |
|---|---|---|---|
| RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| WAGON PATROL | 1 | PATROL SUPERVISOR | 3 |
| SERVICE UNITS | 8 | CLERKS | 3 |
| MOTORCYCLES | 0 | CSO SGT. | 0 |
| BICYCLES | 0 | CSO P.O. | 3 |
| FOOT PATROL | 0 | LT. DET. | 0 |
| ANTI-CRIME | 1 | SGT. DET. | 0 |
| CAPTAINS | 0 | DETECTIVES | 5 |

**COMMUNITY POLICING:** All Units At District-4
(DS MUST DO RECAP & FAX BATS TO BFS)

### E.D.T.

| | |
|---|---|
| Supervisor | D904 Sgt. Grey |
| PO | D103 Katakakis |
| PO | D103 Sparrow |
| PO | D431 Cook |

### Detectives

| | |
|---|---|
| DA81D Lt.-Det. | |
| D982F Sgt.-Det. | |
| D984F Sgt.-Det. | |
| Detective | L/D |
| Detective | |

### Drug Unit (Detailed In) Squad 6

| | |
|---|---|
| VD983 Sgt. Det. Keenan | VD 103 PO J. Stoddard |
| VD189 PO Rodrigues | PO Ryan |
| | Det. Boyle |

### Clerical Sworn

| | |
|---|---|
| Clerk L/D | |
| Booking Officer | Wright |
| L/D | |
| Clerk | Bucelewicz |

### Detail Room

| | |
|---|---|
| Detail Clerk | |
| Detail Clerk L/D | Donovan |
| Detail Clerk | |

### DAILY ASSIGNMENTS & NOTES:

**Code 19's**
**Mass Ave and Albany Street**

Code 19's Lenox St

| 4-6 | 6-8 | 8-10 | 10-finish |
|---|---|---|---|
| DG01F | | | |

Villa CD 19
DG03

Brigham & Women's Hospital
4-6 D103
6-8 D101
8-10 DK01
10-1145 D201

The Duty Supervisor must make a notation on the Bat of any comments or notes pertaining to the shift. The notes will then be placed in the "Blue Detail" book by the Chief Clerk's Office.

**Minimum Manning**
15 patrol officers, 1 booking & 1 clerk

## District-4, First Half Tour
### Page 2.
| Day & Date: | | Squads Off: 1 |
|---|---|---|

COB001168

| Comp Day Off: | | Comp Day Off (Civilian) |
|---|---|---|
| McGregor- PL | Shoulla -E | |
| Bardol - PL | | |

| Vacations: | Vacation (Civilian) |
|---|---|
| McMorrow | |
| Burton | |

| Sick/ Injured: | Sick (Civilian) |
|---|---|
| De. McCarthy - J | |

| MIS: | | BPSOF / BPPA / BPDS |
|---|---|---|
| Det. Tierney | | Moccia - LI/LO |
| Clark | | |

| Range  (Arrive 15 minutes prior) | Inservice Training |
|---|---|
| 6:00 PM arrive by 5:45pm | |
| 7:30 PM arrive by 7:15pm | Detailed Out |

| Admin Regular Scheduled Day Off | |
|---|---|
| Sgt. Det. Carroll | |

| Grant Funded O.T. Patrols |
|---|
| Supervisor |
| P.O. |
| P.O. |
| P.O. |
| P.O. |
| P.O. |

| Regular Scheduled Day Off Personnel | |
|---|---|
| Sgt. McGrail | Det. Kelleher |
| | Det. Fencer |

| Summons |
|---|

| Arthur | Lydon,J |
|---|---|
| Butler | Martinez |
| | Rockwell |
| Gately | Turcotte |
| Haslett | Keaton |

| Swaps |
|---|

O'Brien - Military Deployment

**ADDITIONAL NOTES & ASSIGNMENTS**

COB001169

# District-4, First Half Tour

| Day & Date: | Tuesday, May 28, 2019 | Squad Off: | 3 |
|---|---|---|---|

| | | VEH # | RECAP | | | |
|---|---|---|---|---|---|---|
| Captain (DC01) | | | RAPID RESPONSE | 2 | DUTY SUPERVISOR | 1 |
| Duty Supervisor | **Lt. Gaughan**   **DA02** | | WAGON PATROL | 1 | PATROL SUPERVISOR | 2 |
| Patrol Supervisor | **Sgt. McGrail**   **D903** | | SERVICE UNITS | 9 | CLERKS | 3 |
| Patrol Supervisor | **Sgt. Grey**   **D904** | | MOTORCYCLES | 0 | CSO SGT. | 0 |
| **South End East Neighborhood Beat** | | | BICYCLES | 0 | CSO P.O. | 3 |
| Sergeant | | | FOOT PATROL | 0 | LT. DET. | 0 |
| Detective | D819 Det. Gill -L/D | | ANTI-CRIME | 1 | SGT. DET. | 1 |
| D101F   (South End East) | (OT) Papasso / Turcotte | 7539 | CAPTAINS | 0 | DETECTIVES | 5 |
| **D411F   (South End East)** | **Paulino** | 7540 | COMMUNITY POLICING: All Units At District-4 | | | |
| *D415F   (South End East)* | (OT) T. McCarthy | 7541 | (DS MUST DO RECAP & FAX BATS TO BFS) | | | |
| *D417F   (South End East)* | | | | | | |
| D611F   (SoWa Area) | | | E.D.T. | | | |
| D613F   (SoWa Area) | | | Supervisor | | | |
| D615F   (Villa Victoria) | | | PO Papasso | | **D101F** | |
| **S. End West / Lower Rox. Neighborhood Beat** | | | PO Turcotte | | **D101F** | |
| Detective | D801 Fencer | | PO Gately | | **D425F** | |
| D102F   (South End) | | | **Detectives** | | | |
| **D421F   (Lower Roxbury)** | **Texeira** | 9524 | DA81D Lt.-Det. | | | |
| **D425F   (South End West)** | **Gately** | 7537 | D982F Sgt. | | **Carroll** | |
| D427F ( South End) | | | D984F Sgt.-Det. | | | |
| D621F  (Lenox) | | | Detective | | | |
| D623F  (Villa Victoria) | | | Det. Detailed Out | | | |
| **Back Bay Neighborhood Patrol Beat** | | | **Drug Unit (Detailed In)**   Squad 6 | | | |
| Sergeant | | | VD983 Sgt. Det. Keenan | | PO Ryan | |
| Detective | D837 Kelleher | | | | VD189 PO Rodrigues | |
| **D103F   (Back Bay)** | **Hessler / Medrano** | 7536 | VD103 PO J. Stoddard | | Det. Boyle | |
| **D431F   (Back Bay)** | (OT) Vertyl | 9525 | | | | |
| D435F   (Back Bay) | | | **Clerical Sworn** | | | |
| **D437F   (Back Bay)** | (OT) Lundbohm | | Clerk L/D | | | |
| D631F  (Boylston/Copley) | | | Clerk | | **McGregor** | |
| D633F  (Boylston/Copley) | | | Booking Officer | | **Bucelewicz** | |
| D635F  (Upper Newbury) | | | L/D | | | |
| D637F  (Upper Newbury) | | | L/D | | | |
| D639F | | | **Detail Room** | | | |
| | | | Detail Clerk | | | |
| | | | Detail Clerk L/D | | **Donovan** | |
| **Fenway Neighborhood Patrol Beat** | | | Detail Clerk | | | |

| DAILY ASSIGMENTS & NOTES: |
|---|
| Code 19's |
| Mass Ave and Albany St |

| Sergeant | | |
|---|---|---|
| Detective | D842 Parlon/D817 Fancelli | |
| D105F   (Kenmore Sq.) | | |
| **D441F   (East Fenway)** | **King** | 9522 |
| *D445F   (Fenway East)* | (OT) Lucas | 9523 |
| *D446F   (Fenway East)* | | |
| **D442F   (West Fenway)** | (OT) Slyne | 7535 |
| D641F   (Fenway Area) | | |
| *D670F   (Landmark Center)* | | |
| *D671F   (Landmark Center)* | | |

Code 19's Lenox St

| 4-6 | 6-8 | 8-10 | 10-finish |
|---|---|---|---|
| D101F | D103F | D201F | DK01F |

Villa Code 19's
D411F / D421F / D431F

| **District Wide Units** | | |
|---|---|---|
| **D201F   (Wagon)** | (OT) Mathewson / (OT)PJ Kearney | 7609 |
| D107F | | |
| DT55F   (Traffic Enf.) | | |
| D691F | | |
| D693F | | |
| D695F | | |
| Anti-Crime Supervisor | | |
| **DK01F   (Anti-Crime)** | **Butler / Haslett** | 7515 |
| DG01F   (Villa ) | | |
| DG02F   (Mass Av) | | |

Brigham & Women's

| 4-6 | 6-8 | 8-10 | 10-finish |
|---|---|---|---|
| D103F | D437F & D442F | D101F | D201F |

| **CSO Personnel** | |
|---|---|
| **D906 CSO - Supervisor** | |
| DD01F | **Pagan** |
| DD03F   (Y.S.O.) | **Shoulla** |
| DD06F | **Francis** |
| **Civilian Personnel** | |
| Cadet | **Liang** |
| **Injured** | |

The Duty Supervisor must make a notation on the
Bat of any comments or notes pertaining to the shift.
The notes will then be placed in the "Blue Detail"
book by the Chief Clerk's Office.

F.I.O.'s & TAGS
Minimum Manning
15 Officers outside and 2 Officers Inside

COB001170

# District-4, First Half Tour                                  Page 2.

| **Day & Date:** | | **Squads Off:** 3 |
|---|---|---|

| **Comp Day Off:** | **Comp Day Off (Civilian)** |
|---|---|
| | |

| **Vacations:** | **Vacation (Civilian)** |
|---|---|
| McMorrow | |
| J. Lydon | |
| Keaton | |

| **Sick:** | | **Sick (Civilian)** |
|---|---|---|
| Arthur | Martinez | |

| **MIS:** | | **BPSOF / BPPA / BPDS** |
|---|---|---|
| Rockwell | Clark | Moccia - LI/LO |
| Tierney | | |

| **Range (Arrive 15 minutes prior)** | **Inservice Training** |
|---|---|
| 6:00 PM | |
| 7:30PM | |

| | **Detailed Out** |
|---|---|
| | |

| **Admin Regular Scheduled Day Off** | **Grant Funded O.T. Patrols** |
|---|---|
| | Supervisor |

| **Regular Scheduled Day Off Personnel** | | P.O. |
|---|---|---|
| Sgt. Wright | Det. Felix | P.O. |
| | Det. Simpson | P.O. |
| | | P.O. |
| | | P.O. |

| | | **Summons** |
|---|---|---|
| Bardol | Kulesza | |
| Brady | De. McCarthy | **Swaps** |
| Burton | Sparrow | |
| Coppinger | L. Wright | |
| Katikakis | | |

**ADDITIONAL NOTES & ASSIGNMENTS**

| |
|---|
| |

COB001171

# LAST-HALF TOUR AREA D-4

| Day & Date: | Saturday, May 25, 2019 | Squad Off: 5 |
|---|---|---|

| | | VEH # | RECAP | | | |
|---|---|---|---|---|---|---|
| Duty Supervisor | (OT) Lt. Gaughan  DA02 | | Rapid Response | 4 | Duty Sup. | 1 |
| Patrol Supervisor | Sgt. Aziz  D910 | | Wagon Patrol | 1 | Patrol Sup. | 1 |
| | | | Service Units | 5 | Clerks | 2 |
| | | | Foot Patrol | 0 | Anti-Crime | 0 |
| | | | (DS MUST DO RECAP & FAX BATS TO BFS) | | | |

### South End East Neighborhood Beat
**Sergeant**

| | | | |
|---|---|---|---|
| D101A (South End East) | RO Doolan / Canty | | 9523 |
| D411A (South End East) | (OT)Felix | **7537** | Road Race |
| D415A (South End East) | | | |
| D611A (O'Day Playground) | | | |
| D613A (O'Day Playground) | | | |

### S. End West/Lower Rox. Neighborhood Beat
**Sergeant**

| | | | |
|---|---|---|---|
| D102A (South End West) | | | |
| D421A (Lower Roxbury) | (OT) Stenstrom | 7536 | |
| D425A (Lower Roxbury) | (OT) Katikakis | 9526 | |
| D427A (Lower Roxbury) | | | |
| D621A (Tremont St) | | | |
| D623A (Tremont St) | | | |

| E.D.T. | | |
|---|---|---|
| Supervisor | Sgt. Aziz | D910 |
| PO | Marshall | D105 |
| PO | Melay | D105 |
| PO | Felix | D411 |

| CLERICAL SWORN | |
|---|---|
| Clerk | |
| Clerk | Lenane |
| Booking | |
| Booking | (OT)MacLean |
| Light Duty | |
| Data Entry | |
| Civilian Clerk | |

### Back Bay Neighborhood Patrol Beat
**Sergeant**

| | | | |
|---|---|---|---|
| D103A (Back Bay) | Walsh / Simonson | **7540** | Road Race |
| D431A (Back Bay) | (OT) Tran | 5532 | |
| D435A (Back Bay) | | | |
| D437A (Back Bay) | | | |
| D635A (Newbury St.) | | | |

| Comp Days Off | |
|---|---|
| | Sgt. McManus - PL |
| Kearney Jr. - PL | Nazaire - PL |
| Linnane - PL | Maloney - PL |

| Vacations |
|---|
| Boudreau |

### Fenway Neighborhood Patrol Beat
**Sergeant**

| | | | |
|---|---|---|---|
| D105A (Fenway Patrol Unit) | Marhsall / Melay | 9522 | |
| D441A (Fenway East) | | | |
| D445A (Fenway East) | DaSilva | **7525** | Road Race |
| D442A (Fenway West) | | | |
| D641A (Lansdowne St) | | | |
| D642A (Lansdowne St) | | | |
| D670A (NU Patrol) | | | |
| D671A (NU Patrol) | | | |

| Sick |
|---|
| |

| Injured / MIS | |
|---|---|
| Holbrook | Joseph |
| Beato | Telisnor |
| Antonino | |

### District Wide Units

| | | | |
|---|---|---|---|
| D201A (Wagon) | Moore / Monahan | 7609 | |
| D203A (Wagon) | | | |
| DK01A (Anti-Crime) | | | |
| DG01A (Memorial Day GC) | (OT)Haslett/(OT)Turcotte | 7539 | |
| DG03A | | | |
| D499A (District Wide) | | | |
| DT55A (Traffic Car) | | | |

| Range - Every Wednesday @ 6:30 A.M. |
|---|
| |

| In-Service |
|---|
| |

### Regular Scheduled Day Off Personnel:

| Lt. Horan | Sgt. Carty |
|---|---|
| Almeida | McCabe |
| Bertocchi | Pankievich |
| Boyle | Rosario |
| Butcher | Zarnoch |

### Detailed Out/Union/Special Assignment/Swaps
Sgt. Parolin

| Daily Assignments & Notes |
|---|
| Assign Sector cars to Code 19's as needed |
| **DG01A in 11:45pm - 3:45am** |
| **\*\*PO's assigned to the Road Race are to be at A-1 for roll call at 0600\*\*** |

| Lenox Code 19's | | | |
|---|---|---|---|
| 11:45pm - 1:30am | D103A | 1:30am - 3:00am | D101A |

| Villa Code 19's |
|---|
| D411A & D445A |

### Minimum Manning
13 Officers outside & 2 Officers inside.

"*" indicates: person was out sick their previous tour

Minimum Manning: - 15 Patrol Officers and two inside clerks.

COB001172

# LAST~HALF TOUR AREA D~4

| Day & Date: | Sunday, May 26, 2019 | Squad Off: | 1 |
|---|---|---|---|

|  |  | VEH # |
|---|---|---|
| Duty Supervisor | (OT) Lt. Gaughan |  |
| Patrol Supervisor | Sgt. Carty | D906 |
| **South End East Neighborhood Beat** | | |
| Sergeant | | |
| D101A (South End East) | Canty / Moore | 9424 |
| D411A (South End East) | | |
| D415A (South End East) | (OT) Hessler | 7536 |
| D611A  (O'Day Playground) | | |
| D613A  (O'Day Playground) | | |
| **S. End West/Lower Rox. Neighborhood Beat** | | |
| Sergeant | | |
| D102A  (South End West) | | |
| D421A  (Lower Roxbury) | Pankievich | 9582 |
| D425A  (Lower Roxbury) | | |
| D427A  (Lower Roxbury) | | |
| D621A  (Tremont St) | | |
| D623A  (Tremont St) | | |
| **Back Bay Neighborhood Patrol Beat** | | |
| Sergeant | | |
| D103A      (Back Bay) | Butcher / Bertocchi | 9525 |
| D431A      (Back Bay) | (OT) Connor | 9523 |
| D435A      (Back Bay) | | |
| D437A      (Back Bay) | | |
| D635A       (Newbury St.) | | |
| **Fenway Neighborhood Patrol Beat** | | |
| Sergeant | | |
| D105A (Fenway ) | | |
| D441A     (West Fenway) | (OT) Felix | 7540 |
| D445A      (Fenway East) | | |
| D447A        (Fenway West) | | |
| D641A      (Lansdowne St) | | |
| D642A      (Lansdowne St) | | |
| D670A      (NU Patrol) | | |
| D671A      (NU Patrol) | | |
| **District Wide Units** | | |
| D201A     (Wagon) | Marshall / (OT) Medrano | 7609 |
| D203A      (Wagon) | | |
| DK01A     (Anti-Crime) | Boyle / Zarnoch | 7515 |
| DK03A      (Anti-Crime) | | |
| DG01A     (Party Car) | (OT) Paulino / (OT) Egan    (4 hour) | 9526 |
| D499A      (District Wide) | | |
| DT55A (Traffic Car) | Lenane | 7535 |

| **Regular Scheduled Day Off Personnel:** | |
|---|---|
| Lt. Horan | Sgt. Parolin |
| Sgt. Aziz | Maloney |
| Simonson | Nazaire |
| Boudreau | DaSilva |
| PJ Kearney | Telisnor |
| Holbrook | Walsh |
| Joseph | Melay |
| **Detailed Out/Union/Special Assignment/Swaps** | |
| | |

* ~ indicates: person was out sick their previous tour

| ****** Minimum Manning ****** |
|---|
| 13 Patrol Officers, 1 Booking and 1 Clerk |

| **RECAP** | | | |
|---|---|---|---|
| Rapid Response | 2 | Duty Sup. | 1 |
| Wagon Patrol | 1 | Patrol Sup. | 1 |
| Service Units | 5 | Clerks | 2 |
| Foot Patrol | 0 | Anti-Crime | 1 |
| (DS MUST DO RECAP & FAX BATS TO BFS) | | | |

| **E.D.T.** | | |
|---|---|---|
| Supervisor | | |
| PO | Butcher | D103A |
| PO | Bertocchi | D103A |
| PO | Pankievich | D421A |
| **CLERICAL SWORN** | | |
| Clerk L/D | | |
| Clerk | Doolan | |
| Booking | Monahan | |
| Booking | | |
| Light Duty | | |
| Light Duty | | |
| Civilian Clerk | | |
| **Comp Days Off** | | |
| Sgt. McManus- PL | | |
| Almeida- PL | | |
| Linnane- PL | | |
| **Vacations** | | |
| McCabe | | |
| | | |
| **Sick** | | |
| Rosario | | |
| | | |
| **Injured / MIS** | | |
| Beato- Inj | | |
| Antonino- Inj | | |
| **RANGE - Every Wednesday at 6:30 A.M.** | | |
| | | |
| **In-Service** | | |

| **Daily Assignments & Notes** |
|---|
| Code 19's |
| 815 Albany Street |
| 6:00-7:30am |
| |
| Newbury Street |
| 3AM-5AM |
| |
| Lundbohm & Bagas on call 03:30 - 07:30 |
| |
| Lenox St Cd 19 |
| 23:45 - 01:30 D103A |
| 01:30 - 03:00 D201A |
| |
| Villa Code 19 |
| DG01A |

COB001173

# LAST~HALF TOUR AREA D~4

| Day & Date: | Monday, May 27, 2019 | Squad Off: | 1 |
|---|---|---|---|

|  | VEH # |
|---|---|
| Duty Supervisor | Lt. Horan | DA03 |
| Patrol Supervisor | Sgt. Carty | D906 |
| Patrol Supervisor | Sgt. McManus | D901 |

| RECAP | | | |
|---|---|---|---|
| Rapid Response | 2 | Duty Sup. | 1 |
| Wagon Patrol | 1 | Patrol Sup. | 2 |
| Service Units | 5 | Clerks | 2 |
| Foot Patrol | 0 | Anti-Crime | 1 |
| (DS MUST DO RECAP & FAX BATS TO BFS) | | | |

### South End East Neighborhood Beat
Sergeant
| D101A (South End East) | Linnane/ Moore |
|---|---|
| D411A (South End East) | RO Doolan |
| D415A (South End East) |  |
| D611A   (O'Day Playground) |  |
| D613A   (O'Day Playground) |  |

### S. End West/Lower Rox. Neighborhood Beat
Sergeant
| D102A  (South End West) |  |
|---|---|
| D421A  (Lower Roxbury) | Pankievich |
| D425A   (Lower Roxbury) |  |
| D427A   (Lower Roxbury) |  |
| D422A  (South End West) |  |
| D621A  (Tremont St) |  |
| D622A  (Tremont St) |  |

### Back Bay Neighborhood Patrol Beat
Sergeant
| D103A     (Back Bay) | Butcher/ Bertocchi |
|---|---|
| D431A     (Back Bay) | Canty |
| D435A     (Back Bay) |  |
| D437A     (Back Bay) |  |
| D635A     (Newbury St.) |  |

### Fenway Neighborhood Patrol Beat
Sergeant
| D105A (Fenway ) |  |
|---|---|
| D441A    (East Fenway) | Monahan |
| D445A     (Fenway East) |  |
| D447A     (Fenway East) |  |
|  |  |
| D641A     (Fens ) |  |

### District Wide Units
| D201A     (Wagon) | Rosario* / Marshall |  |
|---|---|---|
| D203A       (Wagon) |  |  |
| DK01A    ( Anti-Crime) | Zarnoch / Boyle |  |
| DK03A |  |  |
| DG01A | (OT) Paulino / (OT) Barker | 23:45-03:45 |
| DG03A | (OT) /(OT)Medrano | 23:45-03:45 |
| DT55A  (Traffic Car) | Lenane |  |

### Regular Scheduled Day Off Personnel:
| Sgt. Aziz | Sgt. Parolin |
|---|---|
| Boudreau | PJ Kearney |
| Simonson | Telisnor |
| Joseph | Walsh |
| Maloney | DaSilva |
| Nazaire | Melay |

### Detailed Out/Union/Special Assignment/Swaps
Sgt. Parolin - LI

* ~ indicates: person was out sick their previous tour

### ****** Minimum Manning ******
13 Patrol Officers, 1 Booking and 1 Clerk

### E.D.T.
| Supervisor | D901 Sgt. McManus |
|---|---|
| PO Linnane | D101 Moore |
| PO Doolan | D101 Linnane |
| PO | D411 Doolan |

### CLERICAL SWORN
| Clerk | Almeida |
|---|---|
| Clerk L/D |  |
| Booking | McCabe |
| Booking |  |
| Light Duty |  |
| Clerk L/D |  |
| Civilian Clerk |  |

### Comp Days Off

### Vacations

### Sick

### Injured / MIS
Antonino- Inj
Beato-Inj

### RANGE ~ at 6:30 A.M.

### In-Service

### Daily Assignments & Notes
**Code 19's**
ASSIGN SECTOR CARS TO CD 19'S AS NEEDED

**Lenox St Cd 19**
| 23:45-01:30 D101A | 01:30-03:00 D201A |
|---|---|

**Villa CD19**
| 23:45-01:30 D103A |
|---|
| 01:30-03:00 DK01A |

# LAST~HALF TOUR AREA D~4

| Day & Date: | Tuesday, May 28, 2019 | Squad Off: | 3 |
|---|---|---|---|

|  |  | VEH # |
|---|---|---|
| Duty Supervisor | Lt. Horan | DA03 |
| Patrol Supervisor |  |  |
| Patrol Supervisor | Sgt. Aziz | D910 |

### South End East Neighborhood Beat
Sergeant
| | | |
|---|---|---|
| D101A (South End East) | Butcher / Bertocchi | |
| D411A (South End East) | Maloney | |
| D415A (South End East) | | |
| D611A (O'Day Playground) | | |
| D613A (O'Day Playground) | | |

### S. End West/Lower Rox. Neighborhood Beat
Sergeant
| | | |
|---|---|---|
| D102A (South End West) | | |
| D421A (Lower Roxbury) | Pankievich | |
| D425A (Lower Roxbury) | Walsh | |
| D427A (Lower Roxbury) | | |
| D422A (South End West) | | |
| D621A (Lenox) | | |
| D623A | | |

### Back Bay Neighborhood Patrol Beat
Sergeant
| | | |
|---|---|---|
| D103A (Back Bay) | PJ Kearney / Simonson | |
| D431A (Back Bay) | Nazaire | |
| D435A (Back Bay) | | |
| D635A (Newbury St.) | | |

### Fenway Neighborhood Patrol Beat
Sergeant
| | | |
|---|---|---|
| D105A (Fenway Patrol Unit) | | |
| D441A (East Fenway) | Melay | |
| D445A (Fenway East) | | |
| D447A (Fenway East) | | |
| D671A (NU Walking Beat) | | |

### District Wide Units
| | | |
|---|---|---|
| D201A (Wagon) | DaSilva / Rosario | |
| DK01A (Anti-Crime) | Boyle / Zarnoch | |
| DK03A (Anti-Crime) | | |
| DG01A (Villa) | | |
| DG03A (Mass Av) | | |
| DT55A (Traffic Car) | | |
| D499A (District Wide) | | |

### Regular Scheduled Day Off Personnel:
Sgt. McManus

| | |
|---|---|
| Antonino | Lenane |
| Beato | Linnane |
| Canty | Marshall |
| RO Doolan | Monahan |
| | Moore |

### Detailed Out/Union/Special Assignment/Swaps
Sgt. Parolin - LI/LO

\* ~ indicates: person was out sick their previous tour

****** Minimum Manning ******

13 Officers outside and 2 Officers inside.

### RECAP
| | | | |
|---|---|---|---|
| Rapid Response | 2 | Duty Sup. | 1 |
| Wagon Patrol | 1 | Patrol Sup. | 1 |
| Service Units | 5 | Clerks | 2 |
| Foot Patrol | 0 | Anti-Crime | 1 |

(DS MUST DO RECAP & FAX BATS TO BFS)

### E.D.T.
| | | |
|---|---|---|
| Supervisor | | |
| PO | Bertocchi | D101A |
| PO | Butcher | D101A |
| PO | Maloney | D411A |

### CLERICAL SWORN
| | |
|---|---|
| Clerk L/D | |
| Clerk | Almeida |
| Booking | |
| Booking | McCabe |
| Light Duty | |
| Light Duty | |
| Civilian Clerk | |

### Comp Days Off
Sgt. Carty - WO

### Vacations
Boudreau

### Sick

### Injured / MIS
Telisnor    Joseph
Holbrook

### RANGE ~ @ 6:30 A.M.

### In~Service

### Daily Assignments & Notes
**Code 19's**

Assign sector cars to CD 19's as needed

**Lennox CD19**
23:45-01:30 D101A
01:30-03:00 D103A

**Villa CD19**
23:45-01:30 D201A    23:45-01:30 DK01A

COB001175