

**DEPARTMENT**                                      1 Schroeder Plaza, Boston, MA 02120-2014

To:	Deputy Superintendent Jeffery Walcott
	Bureau of Professional Standards

From:	Sergeant Detective Charles Cellucci
	Internal Affairs Division

Date:	August 1, 2019

Subject:	SA2019-008

    Victim:	Mr. Christhian Geigel
		Homeless
		LKA: 98 Morton Street apartment #57
		        Jamaica Plain, MA 02130

    Violation:	None

## Summary of Incident

At approximately 09:00 Hours, on Tuesday May 28, 2019, Sergeant Detective Charles Cellucci, the on-call Internal Affairs Supervisor was contacted by Boston Police Operations and informed of an in-custody prisoner death at Area D-4. Upon being notified, he notified Lieutenant Detective Williams. Sergeant Detective Cellucci and Lieutenant Detective Williams responded to area D-4 and met with the Duty Supervisor Lieutenant Thomas Hill (ID# 10411) who informed Sergeant Detective Cellucci that while officers were attempting to get the prisoners off to court Officer Butcher opened cell #16 and called out to the prisoner Mr. Christhian Geigel to wake up for court. When Mr. Geigel did not respond Officer Geigel entered the cell and attempted to wake him up. Officer Butcher discovered that Mr. Geigel was unresponsive and had passed away. Boston EMS responded and pronounced the prisoner (Mr. Geigel) at 08:47 Hours.

## Investigation:

As the on-call IAD Investigator, Sergeant Detective Charles Cellucci was notified by Boston Police Operations of an in-custody prisoner death (identified as Mr. Christhian Geigel) that occurred in Cell #16 at area D-4.

Sergeant Detective Cellucci responded to area D-4 and spoke with the booking Officer Jeffrey Lynch (ID#102405). Officer Lynch reported "About 0840 hours on Tuesday, 5/28/2019, Officers Lynch, Butcher, and Vederico discovered a deceased prisoner in cell 16. While officers were attempting to get the prisoners off to court around the above time/date Officer Butcher opened cell 16 and called out to the prisoner to wake up for

court. When the prisoner did not move Officer, Butcher entered the cell to try and wake him up. Once Officer Butcher touched the prisoner to wake him up, he could feel that he was very stiff and not moving. Officer Butcher realized the prisoner was stiff and not moving and came back to get Officer Lynch. Officer Lynch and Butcher went back into the cell and could see that the prisoner was stiff and discolored. Officer Lynch notified Sgt. Buckley immediately and Sgt. Buckley told Officer Lynch to notify Boston EMS.

Boston EMS A4 (Foster/Rosati) and D1 (Alexander) responded to D4 and pronounced the prisoner at 0847 hours.

Also responding to the scene was: BIS: Sup. Donovan (YC04) and Capt. Sexton (YC02)

IAD: Lt. Det. Williams (XA05) and Sgt. Det. Cellucci (X926)

Homicide: Sgt. Det Foley (V952), Det. Autio (V844), Det. Evans (V877), Det. MacPherson (V885)

BFS: Dep. Sup. McGoldrick (YC12)

Crime Scene: Sgt. Blando (V979), P.O. Briggs, P.O. Santillana and P.O. Gill.

Captain Sweeney (DC01), Lt. Det. Hopkins (DA81), Sgt. Det. Power (D981).

Assistant D.A.: Dana Goheen.

Once the scene was investigated and processed the body of the deceased was released to the Medical Examiner's Officer. Cayce Lombardi and Kayla Colpitts responded to transport the body to the M.E.'s officer per order of Dr. Andrew Elin.

Officers Briggs, Santillana and Gill from the crime scene response unit processed the scene. The photos were uploaded and incorporated into the case file.

Sergeant Detective Cellucci also spoke with the Duty Supervisor Lieutenant Thomas Hill who reported Mr. Christhian Geigel was found unresponsive in cell #16 at area D-4 by Officer Butcher. Lieutenant Hill reported Officer Lynch was preparing the prisoners court paperwork and Officer Butcher who was assigned to the D201D was assisting Officer Lynch by getting the prisoners up and ready for court. Lieutenant Hill reported Officer Butcher entered cell #16 and attempted to wake Mr. Geigel. Lieutenant Hill reported Officer Butcher informed him that Mr. Geigel was unresponsive. Lieutenant Hill reported Officer Lynch notified operations to send E.M.S. to District 4 to provide medical attention to the prisoner. Lieutenant Hill reported E.M.T.'s Foster and Rosati assigned to ambulance A1 arrived and pronounced the prisoner (Mr. Geigel) deceased at 08:47 Hours. Lieutenant Hill reported cell #16 was secured with crime scene tape. Lieutenant Hill reported full notifications were then made through the operations division.

COB001064

Lieutenant Hill reported he instructed Officer Lynch to complete an incident report documenting the incident (I192039859 attached).

Sergeant Detective Cellucci collected all the necessary information and reports at area D-4. The Prisoner Inspection Record reflected that the required 15 minute cell block checks were conducted in accordance with rules and procedures.

A review of the "Q5" Suicide Check Printout revealed that the "Q5" check had been listed on Mr. Christhian Geigel's booking sheet (booking #19-00806-04) by Officer Brian MacLean as being completed at the time of Mr. Geigel's arrest.

Officer Jeffrey Lynch turned over Mr. Christhian Geigel's booking packet which included his booking sheet, his signed miranda, his Mass driver's license and criminal history (BOP). Sergeant Detective Cellucci asked Officer Lynch if he could locate the original "Q5" report which was listed on Mr. Geigel's booking sheet as completed by Officer MacLean. Officer Lynch reported it was not with the booking packet.

On May 28, 2019 at 12:39:30 a suicide check was entered into the "Q5" system by Officer Lynch (attached).

On May 28, 2019 Sergeant Detective Cellucci requested video footage of the booking process and cell #16 at area D-4 during the time Mr. Geigel was being held.

Officer Madeira contacted Sergeant Detective Cellucci by email on May 28, 2019 and reported:

"Sir,
 on Monday May 27th 2019 I responded to District 4 after finding that several district station cameras were offline. I found that an adapter supplying power to a video encoder had shorted out causing several cameras to go offline. I contacted the vendor (Lan-Tel Communications) who dispatched a technician to District 4. The power adapter was replaced and all affected cameras resumed recording video at approximately 1253 hours.

The following cameras were affected and were not recording from Friday May 24th 2019 (2008 hours) to Monday May 27th 2019 (1253 hours).

Booking
Cell Block A
Cell Block B
Sallyport
Sallyport In
Sallyport Out
Evidence
Community Room
Staff Entrance

3

Lobby
Cell #15
Cel#20
Stair 3"

Officer Louis Madeira provided Sergeant Detective with a flash drive and a hard drive of the video inside cell #16.

On June 3, 2019 Sergeant Detective Cellucci emailed Michael Loney and requested a copy of the prisoner inspection alarm printout during the time Mr. Geigel was in custody (printout attached).

On July 29, 2019 Sergeant Detective Cellucci carefully examined the cell video.

1. The video shows Mr. Geigel reaching into the back of his pants inside cell #16 at 6:13PM on May 27, 2019 at D4.

4



2. The video then shows Mr. Geigel's placing both of his hands inside the front pocket of his Red Sox hoody manipulating an item he removed from his

COB001067

buttocks area at 6:13:13 PM.



3. Mr. Geigel is places the item to his mouth with his left hand at 6:13:34 PM.



COB001068

4. Mr. Geigel is walks over to the sink and appears to be manipulating the item while standing in front of the toilet and sink at 6:18 PM.



COB001069



5. Mr. Geigel then bends down over the front of the toilet/sink and appears to be snorting an unknown substance for the next few minutes.



COB001071





6. Mr. Geigel then walks over to the bed and lies face down with his hoody over his head at 6:21PM.

COB001073



COB001074

7. At 6:29 PM Mr. Geigel is lying face down with his hoody over his head as the booking Officer walks by his cell door.

8. At 6:40 PM Mr. Geigel appears to take his last breath.

9. Between 6:44 PM and 6:58 PM, the booking Officer is seen walking by the window of cell #16 and resetting the alarm.



COB001075



10. At 8:39AM on May 28, 2019 Officer Butcher enters cell #16 and attempts to wake Mr. Geigel for court.



11. At 8:46 AM EMT enter cell #16 and Mr. Geigel is pronounced at 8:47 AM.

12. At 8:53 AM Lieutenant Thomas Hill secures cell #16 with crime scene tape.



**Recommendation:**

After a careful review and due consideration of all the facts and evidence, I concluded that in regards to this incident, all Boston Police Department Rules and Procedures were adhered to and that no further investigation is necessary.

15

Respectfully submitted,

_____
Sergeant Detective Charles Cellucci
Internal Investigations Unit

Approved,

_____
Lieutenant Michael Connolly
Internal Investigations Unit

Concurred,

_____
Superintendent Dennis A. White
Office of the Police Commissioner

Contents Noted and Approved,

_____
Deputy Supt. Jeffrey Walcott
Assistant Bureau Chief, BPS

_____
Legal Advisor

COB001078

**Attachments:**

| | |
|---|---|
| Attachment #1 | Form 26- Lieutenant Thomas Hill |
| Attachment #2 | Form 26- Officer Brian MacLean |
| Attachment #3 | Form 26- Sergeant Ethan Grey |
| Attachment #4 | Form 26- Officer Matthew McCabe |
| Attachment #5 | Form 26- Officer James Verderico |
| Attachment #6 | Form 26- Officer Jeffrey Lynch |
| Attachment #7 | Form 26- Officer Matthew Kulesza |
| Attachment #8 | Form 26- Lieutenant Timothy Gaughan |
| Attachment #9 | Form 26- Sergeant Paul DeLeo |
| Attachment #10 | Form 26- Sergeant James Buckley |
| Attachment #11 | Form 26- Lieutenant Timothy Horan |
| Attachment #12 | Form 26- Officer Kevin Butcher |
| Attachment #13 | Form 26- Officer Lisa Wright |
| Attachment #14 | Form 26- Officer Sean Monahan |
| Attachment #15 | Original Arrest 1.1 CC# I192039379 |
| Attachment #16 | Death Investigation 1.1 CC# I192039859 |
| Attachment #17 | Copy of Original Prisoner Booking Forms |
| Attachment #18 | Copy of District Prisoner Inspection Record |
| Attachment #19 | Journal Replay Report |
| Attachment #20 | CD/Photographs taken by CSU |
| Attachment #21 | 2-Flashdrives containing cell # 16 video surveillance. |

COB001079