# Boston Police DEPARTMENT

## PRISONER INSPECTION RECORD

| CELL# | NAME | CHARGE | COURT | WARRANT | BAIL/AMT | REMOVED BY/TIME | DESTINATION | TIME |
|-------|------|--------|-------|---------|----------|-----------------|-------------|------|
| 2 | ▓▓▓ | | Rox | | $5040 | | | |
| 3 | ▓▓▓ | | Rox | | $5040 | | | |
| 4 | ▓▓▓ | | BMC | | | | | |
| 5 | ▓▓▓ | | BMC | | $10050 | | | |
| ~~▓▓▓~~ | ~~▓▓▓~~ | ~~▓▓▓~~ | ~~Rox~~ | | | | | |
| 9 | ▓▓▓ | | BMC | | $2040 | | | |
| 10 | ▓▓▓ | | Rox | | $5040 | | | |
| 6 | ▓▓▓ | ~ | Rox | | $50K | | | |
| 7 | ▓▓▓ | Trespassing | BMC | | 40 | | | |
| 19 | ▓▓▓ | ~~Eq~~ | Rox | ×3 | | | | |
| 16 | CHRISTHAIN Geigel | Fugitive from Justice | Rox | | | | | |
| | ▓▓▓ | | | | | → | Bridgewater Hospital | |

DATE: _____ DAY: _____ TOUR: _____ BOOKING OFFICER: _____

| COMMENTS | PC HEARING (TIME/MAGIST) | TIME | PR | PC | INSPECTOR | TIME | PR | PC | INSPECTOR |
|---|---|---|---|---|---|---|---|---|---|
| | | 12:00am | 7 | 0 | TL | 8:00am | 7 | 0 | BM |
| | | 12:15am | 7 | 0 | TL | 8:15am | 7 | 0 | BM |
| | | 12:30am | 7 | 0 | TL | 8:30am | 8 | 0 | BM |
| | | 12:45am | 7 | 0 | TL | 8:45am | 8 | B | BM |
| | | 1:00am | 7 | 0 | TL | 9:00am | 8 | 0 | BM |
| | | 1:15am | 7 | 0 | TL | 9:15am | 8 | 0 | BM |
| | | 1:30am | 7 | 0 | TL | 9:30am | 8 | 0 | BM |
| | | 1:45am | 7 | 0 | TL | 9:45am | 8 | 0 | BM |
| | | 2:00am | 7 | 0 | TL | 10:00am | 8 | 0 | BM |
| | | 2:15am | 7 | 0 | TL | 10:15am | 8 | 0 | BM |
| | | 2:30am | 7 | 0 | TL | 10:30am | 8 | 0 | BM |
| | | 2:45am | 7 | 0 | TL | 10:45am | 8 | 0 | BM |
| | | 3:00am | 7 | 0 | TL | 11:00am | 8 | 0 | BM |
| | | 3:15am | 7 | 0 | TL | 11:15am | 8 | 0 | BM |
| | | 3:30am | 7 | 0 | TL | 11:30am | 8 | 0 | BM |
| | | 3:45am | 7 | 0 | TL | 11:45am | 8 | 0 | BM |
| | | 4:00am | 7 | 0 | BM | 12:00pm | 8 | 0 | BM |
| | | 4:15am | 7 | 0 | BM | 12:15pm | 8 | 0 | BM |
| | | 4:30am | 7 | 0 | Bm | 12:30pm | 8 | 0 | BM |
| | | 4:45am | 7 | 0 | BM | 12:45pm | 8 | 0 | BM |
| | | 5:00am | 7 | 0 | BM | 1:00pm | 8 | 0 | BM |
| | | 5:15am | 7 | 0 | BM | 1:15pm | 8 | 0 | BM |
| | | 5:30am | 7 | 0 | Rm | 1:30pm | 8 | 0 | BM |
| | | 5:45am | 7 | 0 | BM | 1:45pm | 8 | 0 | BM |
| | | 6:00am | 7 | 0 | BM | 2:00pm | 9 | 0 | BM |
| | | 6:15am | 7 | 0 | BM | 2:15pm | 10 | 0 | BM |
| | | 6:30am | 7 | 0 | BM | 2:30pm | 10 | 0 | Bm |
| | | 6:45am | 7 | 0 | BM | 2:45pm | 10 | 0 | BM |
| | | 7:00am | 7 | 0 | BM | 3:00pm | 10 | 0 | Bm |
| | | 7:15am | 7 | 0 | BM | 3:15pm | 10 | 0 | BM |
| | | 7:30am | 7 | 0 | Bm | 3:30pm | 10 | 0 | BM |
| | | 7:45am | 7 | 0 | BM | 3:45pm | 10 | | |

COB001033

*Page 1 of 2*

 **PRISONER INSPECTION RECORD**

| CELL# | NAME | CHARGE | COURT | WARRANT | BAIL/AMT | REMOVED BY/TIME | DESTINATION | TIME |
|---|---|---|---|---|---|---|---|---|
| 20 | | | BMC | X2 | | EMS BMC 5P | Returned @ 73¢ | |
| 19 | | | ROX | X 3 | NO BAIL | | | |
| 16 | Geigel Christian | Fugitive from Justice | ROX | | HOLD | | | |
| 10 | | Assault by Means DW | BMC | | $5040 | | | |
| 8 | | Assault by Means Dist Peace | ROX | | $5040 | | | |
| 7 | | Trespass | BMC | | 40 | | | |
| 6 | | | ROX | X5 | $50K | | | |
| 5 | | Kidnapping | BMC | X 1 | $10050 | | | |
| 4 | | Poss CLB Resisting | Rox | X 2 | NO | | | |
| 2 | | DIST CLB Resisting | Rox | | $5040 | | | |
| 11 | | | BMC | X 4 | NO BAIL | | | |
| 12 | | A+B | Rox | X 2 | NO BAIL | | | |
| 13 | | | BMC | X 2 | NO BAIL | | | |

COB001034

| COMMENTS | PC HEARING (TIME/MAGIST) | TIME | PR | PC | INSPECTOR |
|---|---|---|---|---|---|
| | | 4:00pm | 10 | 0 | MK |
| | | 4:15pm | 10 | 0 | MK |
| | | 4:30pm | 10 | 0 | MK |
| | | 4:45pm | 10 | 0 | MK |
| | | 5:00pm | 9 | 0 | MK |
| | | 5:15pm | 9 | 0 | MK |
| | | 5:30pm | 9 | 0 | MK |
| | | 5:45pm | 9 | 0 | MK |
| | | 6:00pm | 9 | 0 | MK |
| | | 6:15pm | 9 | 0 | MK |
| | | 6:30pm | 9 | 0 | MK |
| | | 6:45pm | 9 | 0 | MK |
| | | 7:00pm | 9 | 0 | MK |
| | | 7:15pm | 9 | 0 | MK |
| | | 7:30pm | 11 | 0 | MK |
| | | 7:45pm | 12 | 0 | MK |
| | | 8:00pm | 12 | 0 | MK |
| | | 8:15pm | 12 | 0 | MK |
| | | 8:30pm | 12 | 0 | MK |
| | | 8:45pm | 13 | 0 | MK |
| | | 9:00pm | 13 | 0 | MK |
| | | 9:15pm | 13 | 0 | MK |
| | | 9:30pm | 13 | 0 | MK |
| | | 9:45pm | 13 | 0 | MK |
| | | 10:00pm | 13 | 0 | MK |
| | | 10:15pm | 13 | 0 | MK |
| | | 10:30pm | 13 | 0 | MK |
| | | 10:45pm | 13 | 0 | MK |
| | | 11:00pm | 13 | 0 | MK |
| | | 11:15pm | 13 | 0 | MK |
| | | 11:30pm | 13 | 0 | MK |
| | | 11:45pm | 13 | 0 | MK |

COB001035



# PRISONER INSPECTION RECORD

| CELL# | NAME | CHARGE | COURT | WARRANT | BAIL/AMT | REMOVED BY/TIME | DESTINATION | TIME |
|-------|------|--------|-------|---------|----------|-----------------|-------------|------|
| 20 | | | BMC | X2 | | EMS/BMC 5PM | Returned @ 7:30p | |
| 19 | | | ROX | X3 | no Bail | | | |
| 16 | Geisel/ Christian | Fugitive from Justice | ROX | | HOLD | | | |
| 10 | | AB DW | BMC | | $5,040 | | | |
| 8 | | AB DW Dist. Peace | ROX | | $5,040 | | | |
| 7 | | Trespass | BMC | | $40 | BM 3:15 | BAILED | 3:15 |
| 6 | | | ROX | X5 | $50K | EMS/BMC @ 2:00 AM | Returned 0600 | |
| 5 | | Kidnapping | BMC | X1 | $10,050 | | | |
| 4 | | Poss ClassB Resisting | ROX | X2 | No BAIL | | | |
| 2 | | Poss ClassB Resisting | ROX | | $5,040 | | | |
| 11 | | | BMC | X4 | NO BAIL | | | |
| 12 | | A+B | ROX | X2 | NO BAIL | | | |
| 13 | | | BMC | X2 | NO BAIL | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**DATE:** 5/27/19   **DAY:** Monday   **TOUR:** LH   **BOOKING OFFICER:** Monahan / Dolan

| COMMENTS | PC HEARING (TIME/MAGIST) | TIME | PR | PC | INSPECTOR | TIME | PR | PC | INSPECT |
|---|---|---|---|---|---|---|---|---|---|
| | | 12:00am | 13 | 0 | RM | 8:00am | 13 | 0 | RM |
| | | 12:15am | 13 | 0 | RM | 8:15am | 13 | 0 | RM |
| | | 12:30am | 13 | 0 | RM | 8:30am | 13 | 0 | RM |
| | | 12:45am | 13 | 0 | RM | 8:45am | 13 | 0 | RM |
| | | 1:00am | 13 | 0 | RM | 9:00am | 13 | 0 | RM |
| | | 1:15am | 13 | 0 | RM | 9:15am | 13 | 0 | RM |
| | | 1:30am | 13 | 0 | RM | 9:30am | 13 | 0 | RM |
| | | 1:45am | 13 | 0 | RM | 9:45am | 13 | 0 | RM |
| tock pills, hld to | | 2:00am | 13 | 0 | RM | 10:00am | 13 | 0 | RM |
| QS | | 2:15am | 13 | 0 | RM | 10:15am | 13 | 0 | RM |
| | | 2:30am | 12 | 0 | RM | 10:30am | 13 | 0 | RM |
| | | 2:45am | 12 | 0 | RM | 10:45am | 13 | 0 | RM |
| | | 3:00am | 12 | 0 | RM | 11:00am | 13 | 0 | RM |
| | | 3:15am | 12 | 0 | RM | 11:15am | 13 | 0 | RM |
| | | 3:30am | 12 | 0 | RM | 11:30am | 13 | 0 | RM |
| | | 3:45am | 12 | 0 | SD | 11:45am | 13 | 0 | RM |
| | | 4:00am | 12 | 0 | SD | 12:00pm | 13 | 0 | RM |
| | | 4:15am | 12 | 0 | SD | 12:15pm | 13 | 0 | RM |
| | | 4:30am | 12 | 0 | SD | 12:30pm | 13 | 0 | RM |
| | | 4:45am | 12 | 0 | SD | 12:45pm | 13 | 0 | RM |
| | | 5:00am | 12 | 0 | SD | 1:00pm | 13 | 0 | RM |
| | | 5:15am | 12 | 0 | SD | 1:15pm | 13 | 0 | RM |
| 0600 ████████ | | 5:30am | 12 | 0 | SD | 1:30pm | 13 | 0 | RM |
| RETURN FROM BMC | | 5:45am | 12 | 0 | SD | 1:45pm | 13 | 0 | RM |
| | | 6:00am | 13 | 0 | SD | 2:00pm | 13 | 0 | RM |
| | | 6:15am | 13 | 0 | SD | 2:15pm | 13 | 0 | RM |
| | | 6:30am | 13 | 0 | SD | 2:30pm | 13 | 0 | RM |
| | | 6:45am | 13 | 0 | SD | 2:45pm | 13 | 0 | RM |
| | | 7:00am | 18 | 0 | SD | 3:00pm | 13 | 0 | RM |
| | | 7:15am | 13 | 0 | SD | 3:15pm | 13 | 0 | BM |
| | | 7:30am | 13 | 0 | BM | 3:30pm | 12 | 0 | BM |
| | | 7:45am | 13 | 0 | BM | 3:45pm | 12 | 0 | BM |

COB001037

# Boston Police DEPARTMENT — PRISONER INSPECTION RECORD

| CELL# | NAME | CHARGE | COURT | WARRANT | BAIL/AMT | REMOVED BY/TIME | DESTINATION | TIME |
|---|---|---|---|---|---|---|---|---|
| 20 | ▮▮▮▮▮ | | BMC | Q5 | | | | |
| 19 | ▮▮▮▮▮ | | ROX | | NO BAIL | | | |
| 18 | WATER OFF | | | | | | | |
| 17 | ▮▮▮▮▮ | | ROX | | NO BAIL | | | |
| 16 | Geigel – Christhian | | ROX | | NO BAIL | | | |
| 15 | | | | | | | | |
| 14 | ▮▮▮▮▮ | | ROX | | | | | |
| 13 | ▮▮▮▮▮ | | BMC | guarded @ BWH | NO BAIL | ✳Hospital | | |
| 12 | ▮▮▮▮▮ | | ROX | | NO BAIL | | | |
| 11 | ▮▮▮▮▮ | | BMC | | NO BAIL | | | |
| 8 | ▮▮▮▮▮ | | ROX | Q5 | | C6 Guard ✳MRSA Hospital | | |
| 6 | ▮▮▮▮▮ | | ROX | Q5 | 50K | | | |
| 5 | ▮▮▮▮▮ | | BMC | Q5 | 10K | | | |
| 4 | ▮▮▮▮▮ | | ROX | | NO BAIL ✳MRSA | | | |
| 3 | ✳ vomit (to needs be cleaned) | | | | | | | |
| 2 | ▮▮▮▮▮ | | ROX | | 5040.— | | | |
| 1O | ▮▮▮▮▮ | | BMC | | 5040. | | | |
| | ▮▮▮▮▮ | | ROX ✳Held @ ✳BRIDGEWATER HOSPITAL✳ | | | | | |
| 1 | Toilet not Flushing | | | | | | | |
| 17 | WATER OFF | | | | | | | |
| 9 | ✳MRSA exposure✳ NEEDS CLEANING | | | | | | | |

Monday          5/27/19    FH

| COMMENTS | PC HEARING (TIME/MAGIST) | TIME | PR | PC | INSPECTOR |
|---|---|---|---|---|---|
| | | 4:00pm | 13 | 0 | dw |
| | | 4:15pm | 13 | 0 | dw |
| | | 4:30pm | 13 | 0 | dw |
| | | 4:45pm | 13 | 0 | dw |
| | | 5:00pm | 13 | 0 | dw |
| | | 5:15pm | 13 | 0 | dw |
| | | 5:30pm | 13 | 0 | dw |
| | | 5:45pm | 13 | 0 | dw |
| | | 6:00pm | 13 | 0 | dw |
| | | 6:15pm | 13 | 0 | dw |
| | | 6:30pm | 13 | 0 | dw |
| | | 6:45pm | 13 | 0 | dw |
| | | 7:00pm | 13 | 0 | dw |
| | | 7:15pm | 13 | 0 | dw |
| | | 7:30pm | 13 | 0 | dw |
| (Returned) AB/F 6:33pm. F101 | | 7:45pm | 13 | 0 | dw |
| | | 8:00pm | 13 | 0 | dw |
| | | 8:15pm | 13 | 0 | dw |
| | | 8:30pm | 14 | 0 | dw |
| | | 8:45pm | 14 | 0 | dw |
| | | 9:00pm | 14 | 0 | dw |
| | | 9:15pm | 14 | 0 | dw |
| | | 9:30pm | 14 | 0 | dw |
| | | 9:45pm | 14 | 0 | dw |
| | | 10:00pm | 14 | 0 | dw |
| | | 10:15pm | 14 | 0 | dw |
| | | 10:30pm | 14 | 0 | dw |
| | | 10:45pm | 14 | 0 | dw |
| | | 11:00pm | 14 | 0 | dw |
| | | 11:15pm | 14 | 0 | dw |
| | | 11:30pm | 14 | 0 | HS |
| | | 11:45pm | 14 | 0 | HS |

COB001039



**PRISONER INSPECTION RECORD**

| CELL# | NAME | CHARGE | COURT | WARRANT | BAIL/AMT | REMOVED BY/TIME | DESTINATION | TIME |
|---|---|---|---|---|---|---|---|---|
| 20 | ███ | | BMC | | | | | |
| 19 | ███ | | ROX | | | | | |
| 18 | | | | | | | | |
| 17 | | | | | | | | |
| 16 | CHRstian Geigel | | ROX | | | | | |
| 15 | | | | | | | | |
| 14 | ███ | | ROX | | | | | |
| 13 | ███ | | BMC | —Brigham & Womns | | | | |
| 12 | ███ | | ROX | | | | | |
| 11 | ███ | | BMC | | | | | |
| 10 | ███ | | BMC | | | | | |
| 9 | ✗ MRSA Exposung ✗ | | | | | | | |
| 8 | ███ | | ROX | | | | | |
| 7 | ███ | | ROX | | | | | |
| 6 | ███ | | ROX | | | | | |
| 5 | ███ | | BMC | | | | | |
| 4 | ███ | | ROX | | | | | |
| 3 | | | | | | | | |
| 2 | ███ | | ROX | | | | | |
| 1 | | | | | | | | |
| ✗ | ███ | | ROX | —Bridgwater | | | | |

COB001040

DATE: 5/27/19   DAY: Monday   TOUR: _____   BOOKING OFFICER: _____

| COMMENTS | PC HEARING (TIME/MAGIST) | TIME | PR | PC | INSPECTOR | TIME | PR | PC | INSPECTOR |
|---|---|---|---|---|---|---|---|---|---|
| | | 12:00am | 14 | ∂ | IA | 8:00am | 15 | | JC |
| | | 12:15am | 14 | ∂ | IA | 8:15am | 15 | | JC |
| | | 12:30am | 14 | ∂ | IA | 8:30am | 15 | | JC |
| | | 12:45am | 14 | O | IA | 8:45am | 15 | | JC |
| | | 1:00am | 14 | O | IA | 9:00am | 15 | | JC |
| | | 1:15am | 14 | O | IA | 9:15am | | | |
| | | 1:30am | 14 | ∂ | IA | 9:30am | | | |
| | | 1:45am | 14 | O | IA | 9:45am | | | |
| | | 2:00am | 14 | O | IA | 10:00am | | | |
| | | 2:15am | 14 | O | IA | 10:15am | | | |
| | | 2:30am | 14 | O | IA | 10:30am | | | |
| | | 2:45am | 14 | O | IA | 10:45am | | | |
| | | 3:00am | 14 | O | IA | 11:00am | | | |
| | | 3:15am | 14 | ∂ | IA | 11:15am | | | |
| | | 3:30am | 14 | ∂ | IA | 11:30am | | | |
| | | 3:45am | 14 | O | IA | 11:45am | | | |
| | | 4:00am | 14 | O | IA | 12:00pm | | | |
| | | 4:15am | 14 | O | MM | 12:15pm | | | |
| | | 4:30am | 15 | O | MM | 12:30pm | | | |
| | | 4:45am | 15 | O | MM | 12:45pm | | | |
| | | 5:00am | 15 | O | MM | 1:00pm | | | |
| | | 5:15am | 15 | O | MM | 1:15pm | | | |
| | | 5:30am | 15 | O | MM | 1:30pm | | | |
| | | 5:45am | 15 | O | MM | 1:45pm | | | |
| | | 6:00am | 15 | O | MM | 2:00pm | | | |
| | | 6:15am | 15 | O | MM | 2:15pm | | | |
| | | 6:30am | 15 | O | MM | 2:30pm | | | |
| | | 6:45am | 15 | O | MM | 2:45pm | | | |
| | | 7:00am | 15 | O | JC | 3:00pm | | | |
| | | 7:15am | 15 | | JC | 3:15pm | | | |
| | | 7:30am | 15 | | JC | 3:30pm | | | |
| | | 7:45am | 15 | | JC | 3:45pm | | | |

COB001041