

# Boston EMS

785 Albany Street Boston MA 02118| PH 617-343-2367

| | |
|---|---|
| Incident: | 191480089 |
| Patient: | Geigel, Christhian |
| Impression: | --- |
| Case Status: | CLOSED |

## Care Events

| Date/Time | Event | Details |
|---|---|---|
| 2019-05-28 08:47:00 | Patient Assessment | Prior to EMS?: No Crew ID: Rosati, Felicia |
| 2019-05-28 08:47:00 | Vitals | Responsiveness (AVPU): Unresponsive Heart Rate: 0 Respiratory Rate: 0 Eye: 1 : No eye movement Verbal: 1: No verbal/vocal response Motor: 1: No Motor Response Total GCS: 3 |

## Scene

### Dispatch

| | |
|---|---|
| Incident Number | 191480089 |
| Incident Type | DECLAR-Declaration |
| EMD Card Number | DECLAR |
| Incident Location Type | Prison |
| Address | 650 HARRISON AVE |
| State | Massachusetts |
| City | BOSTON |
| Zip Code | 02118 |
| Cross Street | PLYMPTON ST / E DEDHAM ST |

### Response

| | |
|---|---|
| Unit Call Sign | 2A04 |
| Shift | Days |
| Level of Care | BLS-Basic /EMT |

### Agency

| | |
|---|---|
| Agency Number | 3066 |

## Crew/Times

### Crew Members

Role: Primary Patient Caregiver-Transport Employee ID: 1112 Last Name: Foster Badge #: 1112 First Name: Shawn Cert Level: EMT-Basic

Role: Primary Patient Caregiver-Transport Employee ID: 1230 Last Name: Rosati Badge #: 1230 First Name: Felicia Cert Level: EMT-Basic

### Times

| | |
|---|---|
| Dispatched | 05/28/2019 08:43:12 |
| En Route | 05/28/2019 08:43:20 |
| At Scene | 05/28/2019 08:45:01 |
| At Patient | 05/28/2019 08:47:00 |
| In Service | 05/28/2019 09:55:11 |

## Disposition

### Disposition

| | |
|---|---|
| Disposition | Dead at Scene - No Resus - Not Transported |

## Signatures

**EMS Primary Care Provider (for this event)**

Rosati, Felicia
2019-05-28 08:57:01
Report Author
Signed
Rosati, Felicia

*[signature: Felicia Rosati]*