# OCME DISPATCH REMOVAL REPORT

| Data entry operator: Kalan Jasny | D/T of report initiation: 05/28/2019, 9:27 AM | Accepted Case Number: 2019-6820 |
|---|---|---|

| Caller Information | |
|---|---|
| Caller name: Felicia Rosati | Title: EMT |
| Tel. of Caller: (617) 840-5787 | Caller Extension/Pager #: |

| Facility: Other | |
|---|---|
| If State Police, County | Town |
| If Local Police, Town | |
| If any other facility, Specify Boston EMS | |
| Officer on Scene: Sgt. Buckley | Scene Contact Number(s): (617) 343-4255 |

| Scene Data | | |
|---|---|---|
| Place of Death (Street, Number) District 4 Police Station/650 Harrison Ave. Jail 16 | City/Town of death/scene: Boston | County of death/scene: Suffolk |
| If Hospital, Hospital Name: | Department: | Medical Record #: |
| If Nursing Home, Nursing Home Name | | |
| Date of Death: 05/28/2019 | Time of Death: 8:47am | |
| Elevator: | Floor: 1 | |
| Body Decomposed: No | | |

| Decedent Data | | |
|---|---|---|
| Decedent Last Name: Geigel | First Name: Christhian | Middle Name: |
| Date of Birth: ███████ | Age: 39 | |
| Race: Hispanic | Sex: Male | |
| Approximate Weight (lb): 170 | | |

| Funeral Services |
|---|
| OCME Contracted Funeral Service Name: |

| Circumstances (if applies) |
|---|
| 39 year old male, reported death due to unknown cause and manner of death while in police custody. D was arrested over the weekend for an outstanding warrant. D LSA is unknown but the jail cells are monitored every 15 minutes. PD attempted to wake D up at 8:45am in Jail 16 to take him to court but he would not wake up. D was unresponsive on his back on the bench seat wearing a hooded sweatshirt, dark jeans, socks, and sneakers unlaced on the left side of his head. EMS was called and declared as D has lividity on his back and is in rigor. No trauma, abuse, or neglect noted. No concern for foul play at this time. ***see additional notes KJ 05/28/19*** |

# OCME DISPATCH REMOVAL REPORT

| Data entry operator: Kalan Jasny | D/T of report initiation: 05/28/2019, 9:27 AM | Accepted Case Number: 2019-6820 |
|---|---|---|

### Dispatch Information

| | |
|---|---|
| Technician(s) responding to scene: | CL  KC |
| Vehicle: | 590  415 |
| Date/Time of departure from OCME: | 5/28/19  11:05a |
| Time of arrival at scene: | 11:15 am |
| Person in charge at scene: | |
| Time of clearing scene: | 11:30 |
| Property removed from scene: | NO  YES -KC 5/28/19 |

### Technical Notes

Spoke with Sgt. Det. Foley at 9:45am. He had just arrived to the scene and was just starting to process the scene. I let him know we had a team headed to a scene locally and he said that he was not in a rush and they did need time to take photographs. I took his direct line and informed him I would have the team call with an ETA when they cleared the scene. JL 5.28.19

11:35am