

# The Commonwealth of Massachusetts

## Office of the Chief Medical Examiner



Name of Decedent:    CRISTHIAN GEIGEL

OCME Case # 2019-6820

Examination Performed by:   FARYL SANDLER, M.D.

Date Examined:
MAY 29, 2019

## DECLARATION OF CAUSE AND MANNER OF DEATH

### Cause Of Death:

**ACUTE INTOXICATION DUE TO THE COMBINED EFFECTS OF
FENTANYL, OXYCODONE, METHAMPHETAMINE AND HEROIN**

### Manner Of Death (How Injury Occurred):

**ACCIDENT, (SUBSTANCE ABUSE)**

FARYL SANDLER, M.D.
Medical Examiner
07/19/2019

07/13/2019/LAW/FNL

CERTIFIED COPIES OF DEATH CERTIFICATES CAN BE OBTAINED BY CONTACTING THE CITY/TOWN CLERK'S OFFICE
IN THE CITY/TOWN WHERE THE DEATH OCCURRED.

COB000126