

CHARLES D. BAKER
*GOVERNOR*

KARYN E. POLITO
*LIEUTENANT GOVERNOR*

THOMAS A. TURCO, III
*SECRETARY*

COLONEL KERRY A. GILPIN
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*
**Department of State Police**

*Crime Laboratory*
*124 Acton Street*
*Maynard, Massachusetts 01754*
*Telephone (857) 377-3020 Facsimile (857) 377-3035*

## POSTMORTEM TOXICOLOGY REPORT

## Case Information:

Report Date: July 05, 2019
Laboratory No.: 19-13342
Date of Death: May 28, 2019

**Medical Examiner Case No.: 19-6820**

Medical Examiner: Faryl Sandler, MD
Decedent: Cristhian GEIGEL

## Specimens:

| Item Number | Item Type | Miscellaneous Information |
|---|---|---|
| 1-1-01 | Heart Blood | |
| 1-1-02 | Vitreous Humor | |
| 1-1-03 | Femoral Blood | |
| 1-1-03.1 | Femoral Blood | |
| 1-1-04 | Urine | |
| 1-1-05 | Additional Specimens | Bile, Gastric Content |

## Detailed Findings:

### Item: 1-1-01 : Heart Blood

Ethanol : None Detected
Methanol : None Detected
Isopropanol : None Detected
Acetone : None Detected
Amphetamine Screen : None Detected
Benzodiazepines Screen : None Detected
Buprenorphine Screen : None Detected
Cocaine metabolite Screen : None Detected
Fentanyl Screen : **Positive**
Methamphetamine Screen : **Positive**
Opiates Screen : **Positive**
Cannabinoid Screen : None Detected
Organic Bases and Neutrals : **Methamphetamine, oxycodone and fentanyl detected**
Morphine - Free : **9.6 ng/mL**
Codeine - Free : None Detected
6-Acetylmorphine - Free : None Detected
Fentanyl : **5.9 ng/mL**

### Item: 1-1-02 : Vitreous Humor

Morphine - Free : None Detected
Codeine - Free : None Detected
6-Acetylmorphine - Free : **1.5 ng/mL**
Fentanyl : **1.9 ng/mL**