I# 192039859

TO:     Assistant District Attorney John Verner,
        SCDAO, Homicide Unit

FROM:   Detective Timothy C. Evans
        Boston Police Homicide Unit

SUBJECT:  Homicide Victim-Family Notification Information

- Date of Incident: **05/28/2019**
- Location of Incident: **650 Harrison Ave**
- (Victim) **Cristhian Geigel** (DOB ▮▮▮▮▮) –Homeless
- <u>Family Contact Information</u>:
  - (Daughter): **Michelle Geigel** ▮▮▮▮▮ **(21 YOA)**
  - (Ex-wife): **Jannette Geigel-Gonzalez** ▮▮▮▮▮

Both above live at:

36 Bishop Joe L. Smith Way #103
Dorchester, MA

COB000180