CJISWeb Printout Generated On: 05/28/2019 12:36:19
By User/Agency: EVANS-TIMOTHY/BOSTON POLICE DEPARTMENT

## MA Driver's License (R1)

**Results For -** Name: **GEIGEL, JANNETTE**

STATUS: ACTIVE

**License Image**



**License Information**

| | |
|---|---|
| License No.: ▮▮▮ | Status: **ACT** |
| State: **MA** | SSN ▮▮▮ |

**Person Information**

| | | |
|---|---|---|
| Last: **GONZALEZ** | First: **JANNETTE** | Middle: |
| DOB ▮▮▮ | Sex: **F** | Height: **5' 01"** |
| Organ Donor: **R** | | |

**Address Information**

| | | | |
|---|---|---|---|
| Mailing: **36 BISHOP JOE L SMITH WAY APT 103** | | | |
| City: **DORCHESTER** | State: **MA** | | Zip: **02121-3171** |
| Residential: **36 BISHOP JOE L SMITH WAY APT 103** | | | |
| City: **DORCHESTER** | State: **MA** | | Zip: **02121-3171** |

**Previous Names**

| | | |
|---|---|---|
| Last: **GONZALEZ-GEIGEL** | First: **JANNETTE** | Middle: |
| DOB: | | |
| Last: **GONZALES** | First: **JANNETTE** | Middle: |
| DOB: | | |
| Last: **GONZALES-GEIGEL** | First: **JANNETTE** | Middle: |
| DOB: | | |
| Last: **GEIGEL** | First: **JANNETTE** | Middle: **GONZALES** |
| DOB: | | |

**Additional Data**

| | | |
|---|---|---|
| Driver's Ed.: **N** | Military: **N** | |
| Mab: | CDL: | CDL Endor.: |

COB000052

| | | |
|---|---|---|
| Type: **L** | | Class: **D** |
| Issue Date: **03/05/1997** | | Exp. Date: **04/10/2021** |
| Restrictions: | Start Time: | End Time: |

**CJISWeb Printout Generated On: 05/28/2019 12:36:19**
**By User/Agency: EVANS-TIMOTHY/BOSTON POLICE DEPARTMENT**

COB000053