CJISWeb Printout Generated On: 05/28/2019 12:39:18
By User/Agency: EVANS-TIMOTHY/BOSTON POLICE DEPARTMENT

## MA Driver's License (R1)

**Results For** - Name: **GEIGEL, MICHELLE;**   Date of Birth: 

⚠ STATUS: NO STATUS FOUND ON RECORD

### License Image



### License Information

| | | | |
|---|---|---|---|
| License No.: | ▇▇▇ | Status: | |
| State: | **MA** | SSN: | ▇▇▇ |

### Person Information

| | | | | | |
|---|---|---|---|---|---|
| Last: | **GEIGEL** | First: | **MICHELLE** | Middle: | **MARI** |
| DOB: | ▇▇▇ | Sex: | **F** | Height: | **5' 00"** |
| Organ Donor: | **R** | | | | |

### Address Information

| | | | | | |
|---|---|---|---|---|---|
| Mailing: | **36 JOE L SMITH WAY** | | | | |
| City: | **DORCHESTER** | State: | **MA** | Zip: | **02121-0000** |
| Residential: | **36 JOE L SMITH WAY** | | | | |
| City: | **DORCHESTER** | State: | **MA** | Zip: | **02121-0000** |

### Previous Names

### Additional Data

| | | | | | |
|---|---|---|---|---|---|
| Driver's Ed.: | **N** | Military: | **N** | | |
| Mab: | | CDL: | | CDL Endor.: | |
| Type: | **M - MASS ID ONLY** | Class: | | | |
| Issue Date: | | Exp. Date: | ▇▇▇ | | |
| Restrictions: | | Start Time: | | End Time: | |

CJISWeb Printout Generated On: 05/28/2019 12:39:18
By User/Agency: EVANS-TIMOTHY/BOSTON POLICE DEPARTMENT