**CC#:** 192039859

**Date:** 05/28/2019    **Time:** 8:42 am

**Area:** D-4

**Type:** Death Investigation

**Location of Incident:** 650 Harrison Avenue

**Injuries:**

**Victim Name (Last, First, M)**
Geigel,Christian

**Victim Date of Birth**

**Victim Address**
Homeless

**Next of Kin Notification**
Ex wife  Jannette Gonzalez


**INVESTIGATORS**
Sgt.Det.Lewis
Det.Autio
Det.Evans
Det.McPherson

**ADA Assigned**
Goheen

**Summary:**
Victim discovered unresponsive  by  BPD Transport officers preparing prisoners for court. Officers notified EMS and EMS pronounced victim at approximately  8:47 am.




## 2018 Homicide Unit Investigation Report

| Incident Number 192039589 | Page 1 of 1 | Date of Incident  5/28/2019 |

File Title Christian Geigel

Case #

Method

**INVESTIGATOR 1**:  Sgt Det Richard Lewis

**INVESTIGATOR 2**: Det Eric McPherson

**INVESTIGATOR 3**: Det Timothy Evans

**INVESTIGATOR 4**: Det Kenneth Autio

**Report Re:**   Initial Response

**INCIDENT LOCATION**:  650 Harrison Ave.

On 05/28/2019, Squad Six Days was notified of full notifications for an unresponsive prisoner found in cell #16 in the Area D-4 Police Station.
This detective responded along with the squad and I observed the victim from the monitor laying face down on his stomach clothed in a red hooded sweatshirt and dark colored jeans. Interviews conducted, scene processed in the usual manner.
While at Headquarters I took a phone call from a man claiming to be the cousin of the victim a Juan Geigel 857-236-0017 who claimed that the victims mother was deceased and the Father was never in his life. That info was found to be untrue seeing that Det. Evans and Autio spoke with  ex wife Jannette Gonzalez who informed them that the mother was alive and well living in Puerto Rico and the father lived in New York.

Det.Eric McPherson #11117
Squad Six Days Homicide

COB000178